# EXHIBIT 1

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Rustic Paint Rack Citadel Wooden Paint And Brush Holder Paint Rack Organizer Wood Storage Rack - Buy Paint Storage Container wood Paint Jar Holder paint Storage Racks Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Rustic-Paint-rack-Citadel-Wooden-Paint_1600990616927.html

**Collection Date**

Wed, 29 Jan 2025 08:00:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JYG6Oon8I5Wnh5HfnVf4nIjuqfGTFT84UYzPF/oynZ4+PsDfPXz+SWKqfO0+Gvz4TuTwgd6OwXdhTtHSXbiXrV4F3Eq4sti5HZ8Fb0lXgT6UJXvnHJYLmrH92yyTULwoWTAkNITETuV5YpCABV0R3/BUJ9xX4S0JBH9B7Hco9BP5TZHJRnA7kYQG1mlInQ+p/
azH95LEn6TyvSChe4IurBif1GkTIMZRbfeuE9dYZQk6hofPKY90Y7NGQ9xmo8zy0wd/SgszZh+OjQ0DfbzSV7n7wdy6tMUmBz9vZM4G4IEi2XfGjTX3ImKvjGMjEn7nUWtqSSTJUFQoY/DmVKnYXw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Rustic-Paint-rack-Citadel-Wooden-Paint_1600990616927.html]]_Wed,-29-Jan-2025-08-00-46-GMT.mhtml

**Hash (SHA256)**

667ca1f6b2fd96d214ff5d12e86aedea7c44ef5a17c8d4b750f2ce3fa097a809

**Signature (PKCS#1v1.5)**

bZj+oAC/jDGNTmHCmCdkzkBxHQhxy/PLZojLNdwDR9M5j8pETFJI7+YmRwpkVLOtEKlfZpANXbs6bROmNUJfbhHpIj049+TvEocpE8hcTqG/b5UWMgb4B19zys0fIBR9YWuxtoFKrkZwzxG3r8Ok7VLEMuG
+b80PfgFXTpb4alDbffy2ENEfvYgXEh2WPTmDtEFntKY5CLW2BNJuKsNMElNKwVJsQ4hunW5JQzZ/HiUXoSFv4mywYQCGYT+verce/fjYgHe9lnJAohhqcGfg60t5OSOqNWl4LBxx1Ruy+Ffg/vnEaNxO8iI7BfaJObteTej+5dRK5pYUjcJId+kTbQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Wed, 29 Jan 2025 08:01:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KGlzH1M3Jl2RLGIfsWKSZY8B0lJUnPxhUYXlIRiyOw0r+bmIThAcd+rRu3XRXq/YDtFQ1843VTt9L6JtvMWjbVFbim1+ASQecSrQ4KJ2RdlI/DB81soOiY6R+43VGaHs5UJ0rz/nb5hX9s4iL8dohABpMsm0uHATNtdyNOSo+elI4M/
qaQAZxgNwoAe8EmG3ukvkXDaSF2gsYt8thk6m8sugrPpyv09F0QXs68pC/f+3hasD8NuDhnIDFgrrGqAZFdGDbY0dRZJGzZJaYwPeaAEAorLjq3juKYmSBHHhI6JFq9tVHutdj2O6lm4gPyCslLjgSbEDwR6Rcn7zUtJ0uQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Wed,-29-Jan-2025-08-01-52-GMT.mhtml

**Hash (SHA256)**

da09d4fbd7c0c246ed67b05410bd493f999cb05a6f092bb3c0aa9e3a9f4f555f

**Signature (PKCS#1v1.5)**

TIrIqLmOG4oZ2zkg80Rn697zz6KxmyHwu/+zK9ypFTWB01Tmui0iGB2HHQU0tdgHR68s2bKcnQmZPWs9y3+v4RFT4hGDF5xpK+/7GiXGeUjnHYVnTN6VGylfFNwz2HBJXs6u9JiJFCkpy60yWxgvEkyBLK9fwWkTI6Utd/
hqhcTWpjVpLMROrxA/8orG4MHxAEuHtSuM2B26xDk4E3VGVInHzNcwbcM3RFYYZIdR1WQ5vqK4q2KWVDTcPYvaPSwXJF0N/VnSBUOF91naqFUMmwgk85+5SSHIqNBkkFn9x/12vVeZ6vWvTSNFoFwNRSSeL0o/bUVkdVfF3neomFl8QA==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]
111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America
[redacted]

**Payment method**

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

**Items and delivery options**

**Sold by: Caoxian Shinehome Artware Co., Ltd.**

Delivery by Apr 23 | Shipping fee: ~~USD 59,432.70~~ USD 59,412.70 Change



Rustic Paint rack Citadel Wooden Paint And Brush Holder Paint Rack Organizer Wood Storage Rack
Min. order: 500 pieces

Color: Customized; Size: Customized
USD 12.00 /piece — 2000 — USD 24,000.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more
If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (2000 items)**

| | |
|---|---|
| Item subtotal | USD 24,000.00 |
| Shipping fee | USD 59,432.70 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 83,412.70 |
| Tax | USD 5,840.29 |
| Amount due | USD 89,252.99 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

**On-time Dispatch Guarantee**
Dispatched within 35 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?



© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Hard Miniatures Carrying Case With Foam Interior For Dungeons & Dragons,Warhammer 40k Plastic Flight Case For Keyboard - Buy Miniatures Carrying Case Apache 1800 Case,Protective Shockproof Long Gun Case,Plastic Flight Case For Keyboard Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Hard-Miniatures-Carrying-Case-With-Foam_1600920518672.html

**Collection Date**

Wed, 29 Jan 2025 07:54:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dfI7lmlS/EPY/lShHVusNi28OunWVfJMZKaFEa2lCDVBFwcl1EEXp+4gtLrX7lYMGyuIXaU6XYeJU/RI0Cx3XDDl8AdxwDTW7R/eyLc/PbG4d1MU+i3BBe+pp/xj1osn+jWtKKyY3nCx/I7RjO2FkpaWGMf2l37g0/Ok8VOzMrqrBpKIs3UL+dy/gRu+r
+BLNpTVMPgcAUN7wJXpDwLLmjM05Sx3BlzxVrihPv03e9dUAAMzdkiZV9H1fcqxgx/bAMXwPeBzT0XiHglPAxi1wRwBy9ANWrer/qooene28FyyXrBjoQ+cceEO4aElKjAtfihjM5tFxOTHeIKhQwKA0Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Hard-Miniatures-Carrying-Case-With-Foam_1600920518672.html]]_Wed,-29-Jan-2025-07-54-17-GMT.mhtml

**Hash (SHA256)**

c77564a7ea4292251f0eda5cf5e082d0e61ada131557abccadd08339c6a06c9b

**Signature (PKCS#1v1.5)**

NccOkyoPfAWlwC4c4fCwjTm7dHl116JiY1Q6TsVI0/UKBYGibETXJhpX9bzlV/4JrCR2CWzxLBxGJm1tsFgmcoxyvYwtGM6P3yhmxYQsyt397jxlqDgLe6KRlt/7iO83Y33rENGH0UQbCIBlSxDj+hlxYzvSkZC21GYgQwr3QN/
SZiTnRXQmwPQFNfEUSNdm9Y2QFlI0FnUlW4DYTIpy9ZLksw7IbI0KtcrVr5orV8c8KbiusvYYdl+jDnkhUoUDP2DHYEfrJkPMGD9bC7PGIMjdwUfWIXRYr4cPKHbtMN8RoCeAsR2ydTdKrSIrfP/qYdjx7xsQXZrtqW+NG/NHAw==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Wed, 29 Jan 2025 07:55:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

njDrrnQjoma0afwvvDHSb8QgYmpxN5xbbk6nOOcIgTfgm26OFuRi6IguwaofrZwAXHCRJWtdHgTapG7EKyCD8KkTQQ574HBtnWmYJsV8KuD6Xus8jwfqnUIL59piOGeEYk1QsnLc0vmyjMdxAE7piItfTWTuJfeULEHtBy+6Upat2Sh4t/xTbVcFCQE8/pbg/
WwSBpbS6nZ9jh67R4FB8bardSWd8UOHyuFnqtTxqmV8EE1QfkR2+8QkYKIBguM0n14psF3GCiFyeJUGMSNy2lRhwXgevxg7xCg/KMW0oOwQl8mPx5xmh0dBEL9mNfEVf8QajZMLi9iS8OPkJjZyFg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Wed,-29-Jan-2025-07-55-26-GMT.mhtml

**Hash (SHA256)**

5440e4df1ac48550cc2f12bf428fe6daff34d76e46f4a13e2241774abe026d05

**Signature (PKCS#1v1.5)**

WoQH8mo2iJjPL+2vMnubCoZqhNkc1KKpgveGmqATFsj79C4LyycsurjCgP7OnJv++NJuoqp1YcbCj3EOLd5+WKfGO76tKs4jiS6W32Gyc1X/09iUbUs/
dvkyIL80c3Rv6PMN9qFQK9AQxSE71ZNdx7uhYl7w8QZsJmJABmr5aXGVXPOrAJH3OVwZ3XRgzQ9Dm1H3zfNcJfiUaowv2RNiUOS6+UYnwTHTFe6LAX7LcEIsPrEB2NB3qtkSfkSQNvjuL01paQcid+skCMQBuBA2coVTJRcrSwpwb6HJe3GIxMqfPvfKyWFjcGx6/VAkLEXzPWay6kmY/
YblV8kBmdNnsw==

Alibaba.com

## Start order

### Shipping address

Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

### Payment method

Add a new card

Other payment methods

### Items and delivery options

Sold by: DB Imps&exps Co.(Guangzhou) Ltd.

Delivery by Apr 24 | Shipping fee: ~~USD 4,445.13~~ USD 4,425.13 Change



Hard Miniatures Carrying Case With Foam Interior For Dungeons & Dragons,Warhammer 40k plastic flight case for keyboard
Min. order: 2 pieces



size: 1387*394*152mm; material: Plastic
USD 46.00 /piece | 100 | USD 4,600.00

Add note to supplier

### Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

### Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 4,600.00 |
| Shipping fee | USD 4,445.13 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 9,025.13 |
| Tax | USD 633.16 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

7pcs Polyhedral Metal Dice Set For Rpg Board Game Dnd Metal Dice Set Dungeons And Dragons,Shadowrun Savage World,Warhammer Dice - Buy Dragon Scale Dice dragonscale Metal Dice Set real Scene Colorful Polyhedral Dice Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/7pcs-Polyhedral-Metal-Dice-Set-for_1600861670406.html

**Collection Date**

Tue, 28 Jan 2025 09:37:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kyGpS4X07c7gKoCVt+o+Tm1TcOnzdqoiczeAuQEywWlKEf6abYwMwWuH3ZxJ0yhdVNuqiHARQWuKsQQEgCqk9o6yFZfBClp1ZtHuj0aTGxQz/jMb1ryHnsBExxDjsCmGXaoGEGOpCHf/HRPmxcAoczotwBeru8A4GMfPq1flG3tkcQEgjQE4GKfwJ161eK7z/
IV7i0y8G2m597UVi6MiPb7GMt9rM4dnZsq3Bt5j2r2DFDp+Ejxx/DmnRryUp6LRMn+qxx98hPXz9SYAD+0nQQ7ipP8OGQ8JqmRe65PwawQgGCQB8Y7xlnnhxmwFXKjoYGfr767Nn7kzkyrlb5G3bg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]7pcs-Polyhedral-Metal-Dice-Set-for_1600861670406.html]]_Tue,-28-Jan-2025-09-37-38-GMT.mhtml

**Hash (SHA256)**

f2258a6416507f9ee933aa956fdb77ffea6ee091e42ea5f566206d3e545232b5

**Signature (PKCS#1v1.5)**

hYPxpmX5DJBrRQZ82jqa++uzRQeE+HpumMfjTKdSbS4GRGS2TP6Ry6LIOE63iKrfENeijko1tAkFZW5zI3sruO4HHJcrfyl6suSwzKuqCl6XCXIPSR1A8SgvWQ5//JXspH66p+zQhXgJWig1jC8TG6Cp1WknK4uQRAQPX+DFOV3mUPOxpygyQJwmXZ6UjUYmnsJY/tbJtw94TsOdAJeBewmJtG2/
UXIFVvyzcuuBN1RVz+2FLl9KqZmbmCY1FhkOWYOB2Qv/QR/THALHPiLyWTBusbS1/4WcU2/z3IFufQ74P8FTwu1Jqh+YfB3LYRM/L39qyr7wvEJ0RFf1Nj8mbA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 09:38:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QNCSMrM8asnCA3hT/CFO0lbRBk3bQcbSsOfg7BJUaB7Y85YJ9ABAtLnbSkqja+VLaYrtDx1jUuX7A4U+NZaN5nWHPEDMsD8JNUhAdv2D5+a7UOaO9rUlBXEvuJkeBnggiqG1WrNZv4OQL2SQMTZSnpEUMb+H4B2H+NblUkjLIfY2Q+0Gju3KCL2KoxaLU2i1WqG/
RRZXSxFvl2BFxpchc5Fd7oHRnS/2AmCptUK0xHIdTBsl+nru1kaY2jGoYgw9ipbgHbIdWfmGwSi9an+VzKVOWC8Mg0eJY3itJNUTR1BfnYzFamC3/DrXvIQaKzV0dO7FoCO+QlGrrkblcz1PKw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-09-38-51-GMT.mhtml

**Hash (SHA256)**

c91e5802a4fc8ac4810ac75358af18b8acd1f60101d253c7d4913a4df78d887f

**Signature (PKCS#1v1.5)**

m3AEqDgW8OjjHEebAD/d9DkQUK8FlVpYdslJr9oVuCWmasLOOUZPnAlFHfP1yDMsZHJzmy08cHFx1rOVoIaotyEe1pax/cz/I/Ybg0j4R4HvZf1hEY61Atf0PJLZiZDho/crgnZc/40zOP5D5OKYEOjroQ5XNFoLGJbd7iUE1ru/4FAMnBtQwusQmQHX/
iMrfvfiNEWodwE0Gme54yw4BPjN3IP4Uzf1G5DPLanBV88mZxBOed8lMZoeESKdX98PrVfdVYJFDvxcTjj+bb22MNAehsbjedBCVm9yn0hb19x4WjR3PcUD7Blpsh3YodhGSgD/wLLzPWY/to0M6eh1iA==

Alibaba.com

## Start order

### Shipping address

Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

### Payment method

Add a new card

Other payment methods

### Items and delivery options

Sold by: Dongguan Gubeite Hardware Technology Co., Ltd.

Estimated delivery by Mar 6-Apr 3 | Shipping fee: Free | Change



7pcs Polyhedral Metal Dice Set for RPG Board Game DND Metal Dice Set Dungeons and Dragons ,Shadowrun Savage World,Warhammer Dice

Min. order: 1 bag

Color: 1

USD 6.82 /bag

300

USD 2,046.00

Add note to supplier

### Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

### Order summary (300 items)

| | |
|---|---|
| Item subtotal | USD 2,046.00 |
| Shipping fee | USD 0.00 |
| Subtotal | USD 2,046.00 |
| Tax | USD 143.22 |

Proceed to pay

Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Customized 6x4 60x44 Gaming Table Wargaming Battle Terrain Mat Sublimation Style Rubber Play Mat War Hammer 40k Tabletop Game - Buy Battle Mat wargaming Battle Mat wargaming Mat 60x44 Battle Mat 6x4 Battle Mat 4x4 Battle Mat 3x3 Game Mat 36x36 Game Mat 48x48 Game Mat large Game Mat game Mat play Mat wargame Mat neoprene Mat gaming Mat gaming Table Mat tabletop Game Mat wargaming Mats board Game Mat neoprene Gaming Mat gaming Playmat board Game Playmat war Hammer Game Mat 40k Battle Mat terrain Mat war Game Mat Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Customized-6x4-60x44-Gaming-Table-Wargaming_60839713136.html

**Collection Date**

Wed, 29 Jan 2025 07:46:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BEo8I6drClo2bJlZzwfQZFnQ6c/QK7SHBAdYR5FWXVv4dlTFdsLmZ8Uq6Zq2hRpW9TgiYnCGxJgb6+EOIvAmx38DqWEi956i7b+KMQwqU8WwkQ8oDI41XilFsuUXRGdtbDc9n9ziiv
+vMiCmSZX8bvQ7pGTRizPuSlWxpdGkgrz67nRs8fdGuTKSdHvf9eOTqNPVeJwE2drZdZNjdQ5cZo9rbvKd77+D9HlfSoKZMrGlBpQ0na/37MaWDzkt+KnUe2N+drYp3FF/9zTipfmXGNecp6Dd1yr9wVC2M0c0SDd0hTUoe44GFmvqVw97bZtM1e1JqnLyHWegEoxnoW2lVQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Customized-6x4-60x44-Gaming-Table-Wargaming_60839713136.html]]_Wed,-29-Jan-2025-07-46-50-GMT.mhtml

**Hash (SHA256)**

17f53193240fc5c59ccc79f628174282a5ad3c3bbe93c017f83c9a682189d9a7

**Signature (PKCS#1v1.5)**

O8kiJpfgWx6qP2HRGMvf0swilw9PUgmZHqIez1goPmgVWAl85ICD+xGqdKYhCsutEjS2Xvzt+ojmj97pfkIA2A+k+l5A4t7nQ2VurVe39CMH4FKrLB7IamxSXtgGAlfJPtH/aJib2Aa57woN/SemcctvgI8HFK7shqIBw4zBImePtsKDq1jh5DztfvSeGqwEJ4zwB
+MAEoXQJRE7EZNQlzs1L9RWt98YpU19qhVIDS5ILTO2Z0NGk+A6ui8v6RHH3dhvNR9rojGpMsDZpz8wacUIiLj6tN4aSBeYegn46i9Dy1EGt+MA0OMkpxnHBkPXkl8a9v/GvSS8QuzLboJdiw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Wed, 29 Jan 2025 07:50:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

av7WZBBE01PaxRalYCWdQQyZFSFtYSiGUv1FmQulsovf18Z0d+xRcGm+fqBdXnlFmrHoOanVd25yPw8YMINheEbXhOxPJHAtsB3abKcdU6X1ATl/LADkjopVWgtUU7o6x8uu4/nBGKvhpfXCAvQkgAYHF70UXnjy5mWQMKjARi/nG7zyrdAS9ciL0NG9UgqgvkZQL0ip5UwL4VYc
+0n2COdJk8lR4nbyw9Z4MMzL6/7iQoc067vMiaWf3ubZd908u8Pellrh5g8LslQ9SR20yC0hYokvD5GPw3xHNJK8BAgMsqTRJhCfOKB119hyUTKI1DcMAHLo7SeORKASrBkVJQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Wed,-29-Jan-2025-07-50-22-GMT.mhtml

**Hash (SHA256)**

5a87cdad43715becfb2b45a1d29375e672cdd4e2aa64ddf81089ea46dcb2c8a1

**Signature (PKCS#1v1.5)**

A/xpJixbLNIADufANAgzKcdjBvQYMlhqnABmVc34TG6JcGsLepW4kQz7HzfWH4+yPfxkxge7oJpCw4jSFa10s4Eh1swJWdwer5ZKIWiEfzG7AJ+Yo+uxBs/nJSNFyKgJfS5J6NwRwHv3gD4BETEtZVbYjLtL3O/w1es2T88Ne/17QsA
+UnTuxBeZykYZF1r0m1xgE8+GtCKqCSwIiSwlUBOpiFoNZjbdoirhdwgOmcpVNl2STlNodZ6nffIpI4gP4Wmb+5dCyOdAQouOUtVCeeEod8g3vDHRP3me2ZYDFU0iwy7xP1vZWJxWDAOpa1HqfpWhn7OOlBUchdoEPa0WCQ==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

+ Add a new card

Other payment methods

**Items and delivery options**

**Sold by: Dongguan Utrust Craft Products Co., Ltd.**

Delivery by Apr 3 | Shipping fee: ~~USD 2,483.94~~ USD 2,463.94 | Change



Customized 6x4 60x44 Gaming Table Wargaming Battle terrain Mat Sublimation Style Rubber Play Mat War Hammer 40k Tabletop Game

Min. order: 100 pieces

color: Multi
USD 15.00 /piece | 200 | USD 3,000.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (200 items)**

| | |
|---|---|
| Item subtotal | USD 3,000.00 |
| Shipping fee | USD 2,483.94 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 5,463.94 |
| Tax | USD 383.88 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Apr 3 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 10:25:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QTP9Bhk4OfNooWvscEI/xfyuYcQ5W7ASciTp1vA/C5LZ6h3DoKiKD+GF0yXNxxgnk/aVZwiCkIHbIusyKF4h7DG8tBZsj68CGhncs8DVxzwLsojjmOnVV8IEZycdQ7H2HWZ5/vyZqzJ5XmoJjo+PqS0zaelFqFnICYpQdrXaIl/4hYx25sdi5l/hyVKtFL+B3Kv5V4apoTuh/FJbXBLoxwS749Ql0WTXf/
FnL1bWjbmY/d1+N2XO+PtJEb+B2jwgD18E/899s1QQWpkDUsZGR44Od1lrbkeKSbD/Y5Ol8pc5WX7lOD1VWsqBfAbkwEs9epzf9/+6jnsY0djyKZq9vA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-10-25-15-GMT.mhtml

**Hash (SHA256)**

997a743a3b37d0a693bd8aa5051730e6e7946d4052840ceedb5752d22aa819e8

**Signature (PKCS#1v1.5)**

dEe2VxQStqwnhDqH4e76N14QQiOsYrUKHmrkWYTmlfCb1yTG4GqLrjvki/bptKqJCM/3N8oJ5gZZbKSVsQyUCA3ySd83SVCQsWd8T7KajjS0ucRxPn8/wMeF3YN3zscGjI2gevgiB+spcDRYmMQOC+TjT
+uWUByFwon1lUXFKgjABz2sDzn3QbCrOQg6QUepmL2ncUo3QeHgm3gvBbF1KFJiNXhhnBc/Wqg93qLdOoP29MQ9/FpAop8IMCjVCUmsYZqL9L4OhQDKzervuIf1xDPq/dk+6jEKi1sSs69lZ294AvtbvHz692G9wCEigpUSvZiRuW0K/oef5oJfIJBs+g==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods

**Items and delivery options**

Sold by: Ezhou Tongguodou Trading Co., Ltd.

Delivery by Apr 7 | Shipping fee: ~~USD 1,113.61~~ USD 1,093.61 | Change



Games MOC1561 MOC1562 War hammer 40K Space Bayard MOC Bricks Mini Diy Building Block Sets Educational Kids Toys

Min. order: 1 set

Color: MOC1561

USD 8.41 /set | 1000 | USD 8,410.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (1000 items)**

| | |
|---|---|
| Item subtotal | USD 8,410.00 |
| Shipping fee | USD 1,113.61 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 9,503.61 |
| Tax | USD 666.66 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Apr 7 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Games Moc1561 Moc1562 War Hammer 40k Space Bayard Moc Bricks Mini Diy Building Block Sets Educational Kids Toys - Buy Model Kit kids Educational Toys Kids Products children Toys anime Figure Figure Anime building Blocks juguetes Para Los Ninos educational Toys anime Toys Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Games-MOC1561-MOC1562-War-hammer-40K_1601275736103.html

**Collection Date**

Wed, 29 Jan 2025 09:59:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

146.70.228.173

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n0xksblKUvPV33xdMtNhyvBjWK+bAGe3Nd55+aHXiKJG8vePilGjAwa9yptbKRj7o/rglvbiR4Uqi4Yc2N1AJHdxV3N4GJQbWpLMQgxaV0pX13ytNOYdw1na5KLz/yQmbxwcaXd63EVc5rCmU/HYE42XXeCauBod7XmkC7Tb1r2Xovfo4d3KIpt8smgqRzThs+qhZBksVQqn6twFgtkb6t/iZmaueTKToT7J25SXFMCJgLHlleYMYD1MxjNEwPU1KZWeMHoBLeJPVBMty2UB2QDC1FzSUekIEPouGx43j7vODfkFdu6y5QkzKly/uq3f71cBFAM5P5uQ2gxJ1kvIOA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Games-MOC1561-MOC1562-War-hammer-40K_1601275736103.html]]_Wed,-29-Jan-2025-09-59-45-GMT.mhtml

**Hash (SHA256)**

aec257b812bbd94252a90e7d246f42133c655a115906daabb433c4ce63f5cf97

**Signature (PKCS#1v1.5)**

heePkpRGlu3BpWUABVtM5AiQGtrh9Q9Lx+gaKDDX5HxOBnaaLQsuZOaC80nmdmSVo4RllsMXajF1eok0ybO7Sb4l4yBvm4tIF4kM0St+hiJFPzif2FncV+Il45QziHy0kV9L5wqTfdRdxNkgLEXU4ohs1SHa119ot+4xRtmOWRGKaDTp6MS3XnEFXx6Ok7YaeZWjPjT7aBJFTAK3iSvxkqPF77k2n/rP2s8JJlouijugddLG7KFqFAdAb5fTb4hEGBqwrlhM9H2elblbdS6jcRE+6VfandP4Pz3m1v8gwEYy4zKkXYu4tXsNRg8bprFwnEpJrE5ClUpyPJJ91Nh+/A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Cheap Price Ordinary Rounded Corners Resin Dice Set Polyhedron Warhammer Dice - Buy Warhammer Dice polyhedron Dice plastic Dice Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Cheap-Price-Ordinary-Rounded-Corners-Resin_1600964129322.html

**Collection Date**

Tue, 28 Jan 2025 11:21:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CPlW7lkMhz8pVIujwo+XpAiEHSomA5oDnzcO0Qa5rnL6UYitsbvWg/Zc4pjUWMDdF1OD33ocZjZWTiKWMfEhheYJH3WBYkHbuVXHqUzALXX0aomBS/fDlTP8gs7R7jujqk61wKvZf6vP07MBIalsljp8qBqeUqRNOLmNXxAffJSebOCIuRIc8XFiGn1MdLLxCbzQp4fv/
vCQ81EggNm0ljbUao9qYItNAwcAhSKb+n2QMzrBrqZ1m4f5q1Fp7Cd19z7FLsFDHPuS/k5WMEAn8XcAwo9wa4Ub65JOQoGONHoS+NS1YGP3IL7Mr48vpLZKnbV01eqwGn3ZkxrupK4rVA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Cheap-Price-Ordinary-Rounded-Corners-Resin_1600964129322.html]]_Tue,-28-Jan-2025-11-21-07-GMT.mhtml

**Hash (SHA256)**

d002d7121db5f04ac872bffbeda835a1368566cd515cf3c4557856cdf2b3b8fa

**Signature (PKCS#1v1.5)**

mtRgyln5Ul8rnU0UUIvh0msGTYUopQ7lmYfv1K6uMyqJ0SdwR1olHglofqLpY7YlkOZGsx3C/mqHhdTeZLdi9qZKPGDrlMWjD2yz2VlsM2IeO4V6Zw77WBReftzw+ajBVlnXaZwM+q6lHmrtuG
+kkN1vDy0xCGZxMrbyMAj27t8YiCS220mc6KB0EpzovM7WTGrkaSnNkG4eSsRHHIszb5sKcTPTFNTjfBmAbU0CGy88lTgRaViPjHea215xtV6ik8MzqiRYLCQ7/eRtkldTj97dMfldi9UisSga4QYuDoCxn+UVPZIYliHcs+qr+QkDV89++An8aVkx+mpl0A5OWw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 11:22:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P32Af21q0eDs9tw7ZP1SnYzU2hqfbpBL2TnxEmJ1uFf4THez5gnoaJvYY/ScyLZDT0Dd+WsRH3J7kst9P1oqz7r+ZDIfQihgXvy0n/7fHqlRv3NZgRXxPddUFF0D80QB/pw+pMYbPIyKchGOg0nEjvmxdrKuFTIW7IKHLA3zEmMual+A
+5JRTF80+0thKtyBbHoor3Qnrq17mzQqMJt79VCJz1DXnJ9sB4RaNVQL4FjYCHdGBS+j8SvGcFHx3gcWP8fI9+Q9XaXD0BcENYhk41o/kH0zpNd0oc980XeeinSXFyc1d/YzZg/6yMn9YeeZ9WhHQ1++NBgsBNUtoY3F4g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-11-22-17-GMT.mhtml

**Hash (SHA256)**

95e4abb68feda452cbb79a437a2acd1585b41546ed550943ae41a8fd0503f8fe

**Signature (PKCS#1v1.5)**

C6ApCzKXX1m41/jgUuE7seNSV5g7y8h4vLotJK2VCizOLMnIMKdaKYEXJuyvRvPCQdtKaLjgteLa1MPzrMRNoI4Wm2GYMXk1NDX2viqiz7w7E1WJDpwoNYwro1k1ISiIeRjhXarIFnT+A+TQyE5pjhBX91NJ47SxUbnL4lV1dclTr+VTtJdz9xFO69p0S/
Vj52jTGaZyacLwjRGnelB8KPb11gEGgC8558mprZtInsWHk8JFgDYlH69npvfvi7/hlA+mztd4I1ViAQeQ2Ewz3V0YMrr4MXXi2/QCdC9992PEk8bc5wxsLgHQIwsVVUhqOQw9xC9jgcqJ4cWTyCLasA==

Alibaba.com

## Start order

### Shipping address

Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

### Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

### Items and delivery options

**Sold by: Foshan Haofan Trading Co., Ltd.**

Delivery date to be calculated | Shipping fee: ~~USD 149.12~~ USD 129.12 Change



Cheap Price Ordinary Rounded Corners Resin dice set Polyhedron Warhammer Dice

Min. order: 10 pieces



Color: rainbow

USD 3.25 /piece

200

USD 650.00

Add note to supplier

### Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Need Help?

### Order summary (200 items)

| | |
|---|---|
| Item subtotal | USD 650.00 |
| Shipping fee | USD 149.12 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 779.12 |
| Tax | USD 55.94 |
| Amount due | USD 835.06 |

You saved USD 20.00 on this order!

Pay now for **USD 20.00 off shipping!**

Submit order

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Mar 27 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Game Series Bricks War Hammer Ultramrines Outrider Mini Building Block Figures Children Toys My501 - My505 - Buy Space Marines Game Series Blood Angels Imperial Fists Dark Angels White Scars Mini Building Block Figure Plastic Toy My606 My607 abs Plastic Toys Collection Toys Building Blocks wm Enmei Leguoguo Kopf Pogo Xp Kt Tv Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Game-Series-Bricks-War-Hammer-Ultramrines_10000017371388.html

**Collection Date**

Wed, 29 Jan 2025 08:20:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d5Mfog6b1VJc1qF+Qf20pQKGpKEkL92m4HSKWnQ7GxwWD9TNnLOWQXN4vhiex8oP2YK9os5eCJo6M1riOBgTOqWCc7rr8dDKW8KykgY6sEVGXAKrSPsb2VCuK+rUOeCUV7bQ+VFB832qvFjAcEz7qWqH4zIKg8Qh9FZINzAey0FawZzSlAJVvbq1TuPinu8nfl7A6fZDpZ
+yTFDEXhknBcT9t8txQtZyelpj1COfp64VAzkN4pHtBUXFPKz+7fTMhZZLMrGyaXDMCDjTuGnHb+1ezykew42ZCSSF+NYS9kS1hOd3LEwnsv6BJvV2sOtPKkD+gIOggRaDO8W/bKBgUw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Game-Series-Bricks-War-Hammer-Ultramrines_10000017371388.html]]_Wed,-29-Jan-2025-08-20-17-GMT.mhtml

**Hash (SHA256)**

0065cf8784c21a7e99ac5842b53e18a32651f79dfc56b7d847c4cdcd0e751d4d

**Signature (PKCS#1v1.5)**

Yvr5NoiIfqvl4/X6w+o45xpZM/m5JKd7+m7fR4/d1IgpwWRKbhwRVcFEeovG6fxFdnVT72PPVPLY+1LNQMvk1jW4P+ZKLx0eyLpD5nPaRaNdKI2oYOG55PpKZOB/
hnw9py2jyZqS7g7SjI1V2CcOVaXUVopeuya48r4MtoXgXzMuBaNzWcHvVecyCaqJeHJCFZgXa6e4gkUofQiYA4gav8iKSoLqEEblTMvagApyLEXqeBzTdSIcZajcicv7JOPGETJ4TFkecg9CPAMFwviU2zlosG8IQCxe1Dj6SgGYBfgtm6Z7BTk6U4knsrYtxcg4oNAWy/DFcWUsQkTc0h0s9w==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Wed, 29 Jan 2025 08:21:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CDubNcUcnTmB+EjH2LiR4JmiEushtfRQMK7SPyHn6YtuWfufYWtr8fhfOTGtX22sYMEH8lPmjoGi9QAeukyX5Kl40M6+YZMPvr9Sj3lY2V8AwDvhdEOHj4035NxRUZVn8YSCa8jdDDO4pCVLRhJ7+4j6F/Z5Ea7MxmSQFK2Tx5Yp/8LDLfdl2jbze9OmMqPh2WpbHqLPWxkv5uNAYr
+nynbR9C5kLYxK9Y//I9rQXQlwpKOJHMvxJlFAY5p+cWNQuwfZU4uuowD7D+qT4v/sQjWcc9mUfzkNFX1RzuTewJq3EqXRvXSb3+s77rqxHOw5sChVRJZsoNQYuQZ1Vr4dww==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Wed,-29-Jan-2025-08-21-32-GMT.mhtml

**Hash (SHA256)**

23cd6432128bc2b129f9939d3bf69486398b27a26ae8b0d829623b95921271f5

**Signature (PKCS#1v1.5)**

T/Km/wQzaC5eA7XHCYxBTHp1HyW3yPgJ1/udo+EuIqRPby1HM42w+/hmGAQJnr/XwHjwX8tlzXwQBousnI01EX/4WooIceWImJ0HO2x7H1JvBtLm+GsG9luVf9ZzBTLpYst6C8IXg5BssrC7VIT8FnS3TH7/6BvvSWeJO3aScsdoce+ODxRQm2z3kyJ1UdvRhonXY0aHvZRYSz8ZN1r/
nrpkHpwlfZMhtH3PacaL7sldh58oRvFnAceBHm6xBNjLy33SVBXVgnZBqC4eZLWRwDSXpy9j/FxHGNDxO4GiUNnSi3S57CyruExxcSDSaVSD6hA8uNJO0Ufqx3QIDVjniQ==

Alibaba.com

## Start order

### Shipping address

Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

### Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

### Items and delivery options

**Sold by: Guangzhou Longcheng Ceramics Co., Limited**

Delivery date to be calculated | Shipping fee: ~~USD 951.10~~ USD 931.10 Change



Game Series Bricks War Hammer Ultramrines Outrider Mini Building Block Figures Children Toys MY501 - MY505

Min. order: 10 pieces



Color: MY501

USD 1.00 /piece

10000

USD 10,000.00

Add note to supplier

### Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Need Help?

### Order summary (10000 items)

| | |
|---|---|
| Item subtotal | USD 10,000.00 |
| Shipping fee | USD 951.10 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 10,931.10 |
| Tax | USD 766.58 |
| Amount due | USD 11,697.68 |

You saved USD 20.00 on this order!

Pay now for **USD 20.00 off shipping!**

**Submit order**

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 6 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Party Favor Double Bladed Battle Axe Box And Antique Rpg Mini Dice Set For Warhammer- Gifts Role Playing Board Games Accessories - Buy Polyhedral Dnd Dice Set Rpg Dice antique Dice For Dnd Battle Axe Case rpg Board Game Sets Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Party-Favor-Double-Bladed-Battle-Axe_1601262550686.html

**Collection Date**

Tue, 28 Jan 2025 09:25:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J2/1DQ7v4gODNdsM98dADVFrwdGaR1PKAb0utmDmg4JGR4bflJjZjgAYaoWQIapif0/hCgLBYe2c5lElE9xu4qL34pzv8eloKsLbcCaU6aTvrlNVnmbPsvOuz+n03/oPtnlZWfSMzjt0+++D/MlVq2mxqtlO+d/vvYBBfeo4AaLR0mInbwmkTeQQgLFi39Ja3fDbFLC9m+qJrmVZMiSumF22TJKEDi++d+9a0lqdq2LWYOJ2hVrajbwEl6PsZppK0Y5WpVVk2U64WSDCJrIMiGCpRhlmxjJIRKeMQTLkki0m4clwBfjkjtH+OLREE4SPrZzlM86m1O2yJwKrnVL71w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Party-Favor-Double-Bladed-Battle-Axe_1601262550686.html]]_Tue,-28-Jan-2025-09-25-09-GMT.mhtml

**Hash (SHA256)**

601d6235dca2868adef17ec74dcec57aab9decdbeb5cb4f2b7f5c58e158e87b2

**Signature (PKCS#1v1.5)**

dBWFo1+MFqZe/9c1e6XheY04OYiJXTwZCVxRrBpyZ8F0YQVFlJbolR3MjuEFU1rxVGHbF2A46pivGGihZ4xHuVvDW8FaMBDHxEq7YcJSoEp1rWE3+3E75msFnI0EWtiTPB7NaP1iPEwCvlhKbqHOoyHoFLITOFRPvGGABz8qBdjebrObWsnfKUXXwCDjU5fJG/QbRT2KGetK5Ffr5zq3t8yn4vglFBogUoGlvolTZl+DqTkEhtOo4DJw6c47M/09MFvgX/Zyc+nJOsNJm4FTiEUKRQqWvgLekvVNG6AzOlJLbZnbCxZyclPptOtTBpm/08jrw7lANX9REfQvpnG2LA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 09:26:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eOQ+prt
+vU5nNYAiliXWg2g4QWGo27cq2A5ZDhZH4GY6rfQ13LuNlMUMa0jAAgCcfsi5bW3yoKqPUXbdgVcd7SN2KKf9sUqw3KpW0t5S3dOXXl1smTp053xXSGcuBUm2gbIxrB96kXmsJ2G00lEPszQGSuTg6q2RUooPgqZzNQtjnqFvlW0+2oiFJIRlXQd0vBSjOKavy1bx7UXkQN0IWxnuL1lpOkZsT
+fR8jCs7J26Vn0qhxx14nIB6YQl628sdv1D7GBuJNIiQxN29tcLyOzD+/k7t0HyUZTPeg9M8BosqREmgXFOPGKtpbM9ZJgL3TnqZUp8IWpxZI8xI6WMzw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-09-26-34-GMT.mhtml

**Hash (SHA256)**

b86c3ff71d4e02317ec29517d749fb716a2d59008191d81c4c074174046b05b4

**Signature (PKCS#1v1.5)**

P4Zc5+dl+LX1icw6qWmD2CXnD2p0Bp9H7p0JZiZ/ax9yPBXkwp/Z7mjH968zvYJbAcaZbtweIIkM70vEaBZNOD53ASpaWHx7oj26r6ojNQry+bEqUp8h3+vFVt6s+A2eplHxbBT/3rQkDJDyfnvbBWMVGfbf4FG4F9fceVIMBR7VDSHsBDdbAsutO7hcESnufP2tzo74HJWDYuow6WZVIYS5Nb
+Zg7ly5Qm4m96KEgew+IcFXbMOZPAGej24IQgJiWwH2cjwOyb7dmVcTei0o/ov88FdVc8sDThcqVniOCVEynwE5Uq0M1NXaKYCR6QW/AyyiQ2Vju2MF6iYFtogEg==

Alibaba.com

## Start order

### Shipping address

Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

### Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

### Items and delivery options

**Sold by: Guangzhou Tjkd Watch Co., Ltd.**

Delivery date to be calculated Shipping fee: ~~USD 2,786.34~~ USD 2,766.34 Change



Party Favor Double Bladed Battle Axe Box And Antique Rpg Mini Dice Set For Warhammer- Gifts Role Playing Board Games Accessories

Min. order: 10 pieces



color: PDND3501

USD 2.60 /piece

5000 USD 13,000.00

Add note to supplier

### Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Need Help?

### Order summary (5000 items)

| | |
|---|---|
| Item subtotal | USD 13,000.00 |
| Shipping fee | USD 2,786.34 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 15,766.34 |
| Tax | USD 1,105.04 |
| Amount due | USD 16,871.38 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Submit order

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

New Coming 108 Slot Figurine Miniature Carrying Case Aluminum Case Compatible With Warhammer 40k Dungeons & Dragons Storage Box - Buy Aluminum Case Compatible With Warhammer 40k Dungeons & Dragons,108 Slot Figurine Miniature Carrying Case,Miniature Storage Sturdy Carrying Figure Case Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/New-coming-108-slot-figurine-miniature_1601009332797.html

**Collection Date**

Wed, 29 Jan 2025 07:56:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hmAhLyNyb4ifsKjiD3TQLeXKP3jFvQve7yzYnkysxw4WFX7gInyGvszK8f4k6FbI/PQ4uaU70LBMnwMi9Au73ytp1EGnAsDnNRA1TxJK8cDzkAFjUlR3ubGqCHvzd4+ZogLKhm67B+RuqVx2FH2GZqRFp5Fey
+xVxzNb7rLbfANsWSr5fJN3n5WxRz0xiq6guHW6MTmW02IfUsz42nac4M2akLLuEpUa9bqzIhl7IG6kwY1CiTEEpuRuF6HnN6CreU+jMZxfwVWnFaNnAKpGwSJ5Oa8/93jLcmTIlHg0pQa43RLhJOjdA71qmVyXjkjf10l6+Uy026tBhD59g1DSvw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]New-coming-108-slot-figurine-miniature_1601009332797.html]]_Wed,-29-Jan-2025-07-56-48-GMT.mhtml

**Hash (SHA256)**

351478d90646d5ab277403695f91a44b80e4a8425cf54be04be45343437edfd4

**Signature (PKCS#1v1.5)**

dvYRlMNzoznr0UMpuxqdPzcYnraNtc5P7HsaBpS1CZWawsBSdEjw8396vF+TTAISqJnefvHf7Z3/rY9YfbZv1NHNxNl15lyG3b4HNgNzh3zBwJd35gYvP/11m0uWyU9eFw/7c0Ig7kNwS36Aqbasmps1OqVwwNQFHBDEKZJ82/KNQZdTStu2Wo7acrHN/b
+itR9Tx8By8C0yscB10MhiEI3L5YuOznV8tBbfs8bWXgpYfa6+PqD+/MpTJJ65m0lWY20MeaXHxVyx+HAj4YZEW32n6eBWnBVbQlvdgYmsTGHIfP9tbiGkFh3zhwqXhWpl323LIMmEu+6RkxT7iAXoDQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Wed, 29 Jan 2025 07:58:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TCSDfx73x+VVOMT0yNS318kpMqnnVsDWy4kmMh3tGMjq44YSFWkqSVwCJq9Y0HkMLuSo6mJokgYzVPs62t3HleQIFrchEvadGljxCIV5DDlioFEHXUeOmduwh6BwG19LSJZyblcT9SSONuCnYx5xP9O14VwkoUUNsffgEq6Qe2DKIDDkpAUtm75jk1ci33BvrCXDsiZDKaRPphfYbDX99/otN+Q0LYbPMPHgDqs/xWjcU2Rup2H9SOsxELiDTJtUV0CY4EZig5cVGov1tJBfivKTWwrVJg6OdI9b2m3w5b1XUf7cK34KaP/9CAiiLxZsaHQ/jZyVmz7DIizbEs8NbQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Wed,-29-Jan-2025-07-58-08-GMT.mhtml

**Hash (SHA256)**

5c01e60b3bcf313c7a17da467c03f2396c3e2f33779b03f46165a0e0f871f93f

**Signature (PKCS#1v1.5)**

NeiCHQeKV5Mm/izMqbBI+ZxtYyIZqCoQXUw3aZ9WdUoIIYfKz28v49mHzzkHl2TLFROCrW3+dx/fESN7WVcDA5HkL3Vo6vcTy+x0cIOTU1faNJ/a90OdNG2qOj4BkEXOjHR1L6K8JnQIxL9ONRvzBzDI/dExfw40g4chQ/IEi6ti7dBG7iKUwgouFeWJ+e9ihK8g/cIuuwR0xukO2kbqVSrtdDe4EvhjgZiPFkmCrRLihtW0fHqnzqoSZ2XOGmifKEaY+S4SVizVYtE5zI46ZIXJiwNUCCPa7bnH8JkrSbolGd0bWRBuZTZlWsWDKop8mDlP0nDfRCnx+VkfGoOB2Q==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods

**Items and delivery options**

Sold by: Guangzhou Zilong Tech Co., Ltd.

Delivery by Apr 11 | Shipping fee: ~~USD 591.45~~ USD 571.45 Change



New coming 108 slot figurine miniature carrying case aluminum case compatible with warhammer 40k dungeons & dragons storage box

Min. order: 100 cases

size: 14.25"L x 10.5"W x 4.8"H; material: ABS P...

USD 13.00 /case | 100 | USD 1,300.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (100 items)**

| | |
|---|---|
| Item subtotal | USD 1,300.00 |
| Shipping fee | USD 591.45 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 1,871.45 |
| Tax | USD 132.40 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

Delivery via Alibaba.com Logistics

Expect your order to be delivered before Apr 11 or receive a 10% delay compensation View details

Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

Standard refund policy

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Wargaming Tabletop Map Gaming Board For Warhammer 40k Dungeons And Dragons Wargame Rpg - Buy Battle Mat wargames Mats table War Mat Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Wargaming-Tabletop-Map-Gaming-Board-for_11000015588793.html

**Collection Date**

Tue, 28 Jan 2025 11:40:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EP51QwnffCGIQO9te1lZGj7JkUA2qFCw1oMu6ciuWdfzqUbBZppky8VWxxhQdLSCQTwCO3s4bex6NB4MSGDcjFgv+6WDyhYjz4Sc1EA670fICI8NnK0NAfuhw20+1wR1tre3n47bPOpW/
yJ4pYNkFI5El0kPtGZ3tpATJdq6r3EfVD9+fT16nq6xbRbax2TCA48B08ivRPizbyEqC1bDWqRpEyuQgHCAwcIc2RKgrm1GNe0mUuv8jnRjlfZbEllYFg450Jg6Qp3JQTigryNv9O3gwaFgMBq1OetTV7p9oTui9VVpin/FOhHv8v5WwOjrvDj7EL9gnxVHjQ88VvgbWw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Wargaming-Tabletop-Map-Gaming-Board-for_11000015588793.html]]_Tue,-28-Jan-2025-11-40-06-GMT.mhtml

**Hash (SHA256)**

a71deb63d6db0b33ade0d247de792922c344254c97d1c9a3a3a3216806c748c9

**Signature (PKCS#1v1.5)**

lIAA9f4BmvOS7AkyZdMJ1KjdVy4FpMy2LmCY54b+2tLCpEmtH0z76HkYmrFEKYKn7EdnLLBLnpq+Ngr1wFfMuexLhzoezZNBZCLC64cdWsM0V+J/D//BkPAlFbOCv5KF/MGvv56ET9XAnC23rQDGKcrAAdmRE05z5qwAfxmJ04oUT8TuiqKRfqvg3rpZW54/
Hm2VEslgkOAjhvm4dbiSZrdP79Bv4d6ZYokI3NzmYqzPbWxcEcvAYnRQ1Ma12WfiYSTd/xAHd7Iz7Ic0QYFSYN0exGm8aAT/2vr36i79y6yT8C+iSuh+V/y6ixaG1CmHOsx5I3f8SOGG8ENmAlView==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 11:41:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lgfmXc3VGVhrAqvLAlgLHoTprcHHQqnS+cfeWg7HO3FXXDPWan4YaRYHRXydOmQs2N1HWxmyen74VDPegZvuhXkcT6gqxYhx6y1EKliB4w0vWWxZbWJpjIszE+UIOpEYvjhxRbgWEduS41s23nGij0wrkzqf9Vr9V8oXVb4QWQNAPR90MN1Tum9Osz0myFg/
BG8P1bLg3Jna2wkMx7dgzIMSKfKFwIc4OmOUOZZINlIbGoDE3KNg2koV1VBomfgJQFJRLGxrbz6OZ3PqFvdTm5xNhdbVmzqojO6kDfW9DAvU6F5SFkToxrAzuLnjiRbG8CPq3Sr9dQ2HCRKObhabBg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-11-41-18-GMT.mhtml

**Hash (SHA256)**

d4737efac5fe6a4b0bbeae7eb7f52c524e25ee07308a3e41f7698df2cfcc0858

**Signature (PKCS#1v1.5)**

NmeLHRiIfLQveZcY5/0qsvGdHO6ahzei6qaKGiK8MJ8R90BYafaAZECk33GSaXdngBfP2HIIxkqaBzY/vB3lhl4gaRQoGgmxPUxOOeiHfyJYcYunAh33wrke1+wAthkZRhEqSiUHDUxo3GRy8Bvoy92XDv3EdY+70O+wRJCDdWYqqDrWEJ63+Rwksg9gojPVnYhNCSDku2rppH50w7a
+s02a8oQGchDgA7/VVMdVGOaU4KHZyJiKu67wiAuei853TV8f9WtCMUH2yZRCK+wEL0upEwr6ewCBL0SWE6NArxlkUPCWqxl0P6sGbvL9yehDCHXDIr8iXrZ0wWL8fqxVZA==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods T/T

**Items and delivery options**

**Sold by: Hangzhou Jukui Technology Co., Ltd.**

Estimated delivery by Mar 20-Apr 3 | Shipping fee: ~~USD 2,457.38~~ USD 2,437.38 Change



Wargaming Tabletop Map Gaming Board for Warhammer 40k Dungeons and Dragons Wargame RPG

Min. order: 60 pieces

Color: Coastal plain_02_3'x3'
USD 8.74 /piece | 200 | USD 1,748.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (200 items)**

| | |
|---|---|
| Item subtotal | USD 1,748.00 |
| Shipping fee | USD 2,457.38 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 4,185.38 |
| Tax | USD 294.37 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Apr 3 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?



© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

4'x4' 4'x6' 4'x6' 4'x6' Wargaming Tabletop Map Gaming Board For Warhammer 40k Dungeons And Dragons Wargame Rpg - Buy Wargame Mat table War Mat warhammer Game Mat Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/4-x4-4-x6-4-x6_1601228680155.html

**Collection Date**

Tue, 28 Jan 2025 09:22:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C5LZDAs7ORUgB1Kp7rcuwvtvPyECE93Oop1EYq6sBKgfxZ5p72nAAqqP+qor4NRpJ67aLIgHldfL32g8CKyWsUmURk3hUYfnmvNbdKe40WASP6m0UnuSxX9a7T178azXJfH8mTstdwlYut/c+FwH4GEy5HWKS9YuATRipoDPu3ckR0+dfM55eBD
+P8t39pmma1hIKfaPsaD0utnzbhIy4wC9dztIjOH4bkt5qWXhNp8oWkC3DhY2ZTON/DTrvq3jFc+kJc4uY2SahjkkPml18iHSlXWHO+A/39MyAiruObToJYV5oWoFugucfN/2XO2Y9S0FPftH+BeVnQ0pi893fQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]4-x4-4-x6-4-x6_1601228680155.html]]_Tue,-28-Jan-2025-09-22-50-GMT.mhtml

**Hash (SHA256)**

986189610b88ee12a1a41ab85e93e9f5099fa85c889aabf61b4d42de9c4d034e

**Signature (PKCS#1v1.5)**

BDBIe3IyayVeRbzhvKVu7FxujTtyXmKXtli7PBP/JMkLtUB9IK8lAUhV5gTtXubaOusCxK+NS8Tfj+r7hyk0/SlSP50HJffkxjaulLzPddaaOxzmJFIOPH5HXd4J9OtHCTtK6ZhJhaQdUx4MB/mbNvNLabnGtujQe5gRciAADiOr/x66W2/cxoQWnlG/T4R9WCwigV
+F0V4eTjLkfeHcO7SYhLz2dqk7LtwPhVrUrIi+A7BH25m+mGyH3+BiEr59oa3VbeIiG38dPhmDUMfDY+hgHrvGit57zNCdgpBeZd6UToEeTku8ZW7B9r6z2JF3BVIX2hRyHcvRLk2QdoCIAw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 09:23:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XyVU5/zftYdb/fZI2/WHxXjN4xqQZ14MzXoMedruNdV9Rz7iTuRWZeR7vFb6NAnZmW0uY4+zQgFoT831TWfU1B2J1B93H1p5yOpYDvj3TLao4dMYqsn6N5nbL4ksfH4GNBIRHFHAOG45Ny8Nia0R54EVSX5OQQFy
+colvdO0qRkrwPcT0mxgBNtykMWu7TUDw8MzWxwOMznRMZaH1przzI0429vkwFNEbfS0Dh180eLAcvC+0U+74Mst0vgiXO9IKTa/Aa7ScbRCg89RE5/bk23Pgg8Oa00NvWDrL335bNAwdY2uCeDskXSJF0I3GOh2rDyTSmqVkbFto0QTLKssSg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-09-23-59-GMT.mhtml

**Hash (SHA256)**

f29c457288f322eee1a28dc6adbb8e013821f815404a04437a1f2406f9913b87

**Signature (PKCS#1v1.5)**

hIvnC/ZtpkXRU9pIIfD+tq1c6BsjWdRc+IK0WVgz/nsTkioRwFtQumLom0VlhNVFKx7TWoJBWdZDi1wv4AzQovwQxyGO33+ajDd4FjsQFJAVwUlP/q3s49/+t4kCW9+DknrwXZZMDSS7eNYdI6mQIC8fyb2EOIMfxIgdBQ/bSjgIBkzYY6LncbQl7307aNbR6M+08HCjxPqcZ92h0um+W
+xv2d7yGuncoA1atzg6N5L2IRDmf51xA9q6t812IgY1EKB84NYQkaBQM5vWI+ziTwZgt+5FfCpnyCdYgV00lluojhMzQr7fsjrvn4Hf8RAiWGk25gW/PzBRJ3qlHe3fIw==

Alibaba.com

## Start order

### Shipping address

Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

### Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

### Items and delivery options

**Sold by: Hangzhou Yufan Technology Co., Ltd.**

Delivery by Apr 22 | Shipping fee: ~~USD 17,503.91~~ USD 17,483.91 Change



4'x4' 4'x6' 4'x6' 4'x6' Wargaming Tabletop Map Gaming Board for Warhammer 40k Dungeons and Dragons Wargame RPG

Min. order: 60 pieces

color: 6'x4'

USD 16.74 /piece

2000 USD 33,480.00

Add note to supplier

### Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

### Order summary (2000 items)

| | |
|---|---|
| Item subtotal | USD 33,480.00 |
| Shipping fee | USD 17,503.91 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 50,963.91 |
| Tax | USD 3,568.87 |
| Amount due | USD 54,532.78 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Submit order

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 31 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Aquila Warhammer 40k Hook And Loop Embroidery Tactical Patch Warhammer 40k Patch - Buy Aquila Warhammer 40k Hook And Loop Embroidered Tactical Patch Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Aquila-Warhammer-40k-Hook-and-Loop_1601191091630.html

**Collection Date**

Tue, 28 Jan 2025 08:35:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PIU2/xqkl9tDanpw1rpqlU5Y6/8slK8l1481eaWB0Kzd3P/4u92ZkSpzKQbmKg1JUUEH/Pti6XEc1ozovlZEcHtdOTV8p7yd2bLxHnG+g1rPjUxUzGRXARle/hDo+cyZdNCAqzeosypLvcu+gzqFaDg9QYzR8FAU9SHVBdPD7LGNZ7hG9n5hF8jlFkQsd46Wh/0u0c
+K4k6UBNqBaEZb6ZtNbQSUWRAgryck+jwV/UVM+rfdHlgsb+rY+7eVMC1Ay0yC1E6RAWK4DILlqMvRmL6tOq5N5kiltL45tHzVGScGNaZnnKlmtJjNV8eDNgmNac+qjX809S/UFjK1UVddgA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Aquila-Warhammer-40k-Hook-and-Loop_1601191091630.html]]_Tue,-28-Jan-2025-08-35-32-GMT.mhtml

**Hash (SHA256)**

342f43b2b8f6a85bd3e74574837e8974b42a9e5ce2a0923d8884727bc1be2962

**Signature (PKCS#1v1.5)**

MY1aT0bpx+hN/KyiNrFXntVTlrvW7gUbhKV9tA2TQEJFwZBtlZ9tGs/t0aHb8dxYO36X4R9QoGBYpdCteEac1n37WkBRpZqHQp1t04jJ+UWmh1Hg0Sh6oG8o/
A22AKR0E8NSOvULgy9vLmqbGEAAGdJSntoQkVHYCDNJFaNxqtuiuVJv7xmApK4dlyU0valOdTh63ebO4fVf7QVESHckq1FEmfB03GvXW7R2AvbASqLeDHdqzAvofmJ6e6hevDpYKb8F+ueopSEBi3tmZ19M706NtkqsnktoQ9T0Vu2lfkFfn7ZkTLvqa6zfATOiLPTqt+mTJAmn9xRWcafolJL2QQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 08:36:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mG5Q8DuHEKMASndcE/z3IujT5EkheFmqDylIFBVhLU7Wq7cKcQyJXgqpxI/PAOftcrMFoQrjAc1967yOaECWuItkaiffw2IlrERPQsX92aMnaLhqbZZBoCQCyKr2YPxrP6xmnDY4kg68T86dOxP+IRvJeCekwVaBGnVhWeM0tmZ0bmyvHGoa1ecOfX+tqcv4TgpQx8b/
pqgbaKQ34ZEqsFMvEvNSh1uwNdQMvY62ddEFmKR4R3HkJYV+Ui9bchjspCwdbV+wXvSCDTOiSknFpJZZ8eD1oF8ZEvPsyqp1tLK3/4FGPWbSrfB+vE5Dh3tYjuoe4CgoCD57v6vTYSAqvA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-08-36-47-GMT.mhtml

**Hash (SHA256)**

3e3fcd9c4e333570f858473977f27cfee2548ab62fd391f9acd2f8256926b8e6

**Signature (PKCS#1v1.5)**

HRht84Iukz9XlNSr+MlM9gCB+Emat5udtYhEeJxqxXpbgrtZUupb5T1yh4RSBZuUb7dUsEr8/L7oWU6e1gnpF1N5KV/wKoBHtwJKidbUVnZCinPn3Xj2k6IdavQs2aqewckm40v2B5JUbOjGgC2pzbhW4ygKAVsAU17qnkcbmeL/
QDDPWq7LimnEFPMrNuyD8Z4nWmmhb1DpgdrjjlmplPAy34hLjqnLWdIoivr+943B2/98QNfVKtBjGrE5m6v3dkh2SikH9/LfHwDrAFdmF+zuPTk8kuoIQlQw7URogZorckPmhZszlNm2a1lY/qp4OwRnDA6MRTDN13pEyes4nw==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]
111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America
[redacted]

**Payment method**

Add a new card

Other payment methods

**Items and delivery options**

**Sold by: Huizhou Findle Computer Embroidery Co., Ltd.**

Delivery by Feb 25 | Shipping fee: ~~USD 60.54~~ USD 40.54 | Change

Aquila Warhammer 40k Hook and Loop Embroidery Tactical Patch Warhammer 40k Patch
Min. order: 10 pieces

Size: Shown in the picture; Color: 01
USD 0.95 /piece | 500 | USD 475.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more
If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (500 items)**

| | |
|---|---|
| Item subtotal | USD 475.00 |
| Shipping fee | USD 60.54 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 515.54 |
| Tax | USD 37.49 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Feb 25 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Custom Plastic Figures Miniatures Warhammers Mini Figure Custom Personality Cartoon Character Miniatures Plastic Pvc Miniature - Buy Custom Plastic Figures Custom Personality Cartoon Character Miniatures Plastic Pvc Miniature Model Miniatures Warhammers Miniature Toy Custom Plastic Animal Figurine Wholesale Miniatures Mini Figure Plastic Game Characters Custom Various Minion Military Miniatures Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/custom-plastic-figures-miniatures-warhammers-MINI_1601289392203.html

**Collection Date**

Tue, 28 Jan 2025 08:26:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UrjQVmBs+nLWmLVL5TqmOMhAiE5nAOzyXeuPavqe/lcWkQiquL5MnMXJ38gLSirckXf+LImvaQey5027KW6VLzbvyS+vdXGqoFLQH7kp66NWYf2NsScJhkZX8YyRMcuNMqBb7zYKbJcTEovoYkogDks08ls0RMddPg+N/
iQTZ7EspOmQ8VMOkV9uoDGyQAQUPyjQsQ2iZ4twQbJJiv8u1WJUCRdvZ/jz12bgzsVZrejly6vJsQgnSAu07lVXCDWKlI9FC3c5mnV9ZeCTt3ruTmkmocoMbK7BO5Hyk3656g2leb/ot5hI9M/WKnhmsDLuKBDCbV4/K2f2r3imAr08FA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]custom-plastic-figures-miniatures-warhammers-MINI_1601289392203.html]]_Tue,-28-Jan-2025-08-26-10-GMT.mhtml

**Hash (SHA256)**

a9e70236e4475b54aa2fed48d5d4331a4da23759ac0bdb768471026cd05ba67d

**Signature (PKCS#1v1.5)**

AKPErU2cJoUOCasqqpFnQfS7NNQ7Mb8Si8/+MqdxfOFtSu/Dx7H8GjisFBTVXj1gL62iQ/JB7PpzwpxgSau9tGurZjNaFVawA8AiozTOOVB05XZ6LqM4wFsPlbPAWQkiyhX5eOvJJ9syvQZv55iK7kHMebrDVG1oBII8dp0TjpcvSRSSsKsfvh5Hd4EEBC6K1/NcE4eNd6KBzbi+YhpZU/jGmduZ/f4ShA
+DVxPJX6XDOL/USVZvBRcP4EDP/tQAe9840O2qColXvfkcrsu69tHjLw8owO480nKmQT/mHX75q/vzOrYt5sbvnpFkwGVy6cZtebEsYLVUgx0pTv/OVA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 08:28:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N4j3YpRmJHDS5Hv5xUXSc7ncOE6RWtD52AOo8QT7VkL7wNryXmp+xnG+vrt3lcQ2kQfnJPFp0+/4LwMjzJpmqwPzdUEXC+Gmlc0hCY3LfvW/rdwxxDKNgOHenP3qW1gv+ZLl8/s/y45JW0ek8ZUbrc2lTyILOp0Bo3m4+VEVJUWgAw15JcTuEQKR8kZq/sk8CpV792xuhSKTPSeZc
+A8VaejhBs1kNrfQgM4SU7FUV5zln2ZU/kU5MmzN4QldoWjl3lQ3ArE5i/mH1rENYB/Vz9cHkfqvJMwUixGSdr3OsmzPY0BjkPrubNeon/I9e6Q5Zj1fM9UXHsWF/wfxO5JVA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-08-28-06-GMT.mhtml

**Hash (SHA256)**

41bd9b71876982c202a131457bcde645fe149149174687ce5d0c4a6257096ba2

**Signature (PKCS#1v1.5)**

RE3DaAHAasD0ZncActDUlAgvUa6CR1NDPC/dDF05BT3DbSWwkKxwZQNmxrGJQ3Zn5QstbUqzZor8RaapvqptHkqjDREhJ/f0IlyCOPRAYoNIR7zlsRE3aGCf3fKNLthn+wYr7ef80iKPVMkts+9NhXMi4CezyJcV78jaULKHsmvYZt7xVdSfM+/Y+piasqb
+SSRj4BznxRbfGiUSucbxMeZmzQMwwAh8xeU3Ehl/2AzXWgDHUr+TaJ6OAsvOXk8pNaZ4gBKUL1uuQ/SjY9nFvdPCI3vKqBFDGLEhuvvmn/JKoZevSWS/KHsDXWbGhniCX+vXKt9OsZv3YXXTkbSkyQ==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

(+1) 8559723030

**Payment method**

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

**Items and delivery options**

**Sold by: Huizhou Yingyihui Import And Export Trading Co., Ltd.**

Delivery date to be calculated | Shipping fee: ~~USD 164.32~~ USD 144.32 | Change



custom plastic figures miniatures warhammers MINI FIGURE custom personality cartoon character miniatures plastic PVC miniature

Min. order: 3000 pieces

| | | | |
|---|---|---|---|
| Color: Gray; Size: M | USD 0.20 /piece | 5000 | USD 1,000.00 |
| Color: Gray; Size: S | USD 0.20 /piece | 5000 | USD 1,000.00 |
| Color: Gray; Size: One Size | USD 0.20 /piece | 5000 | USD 1,000.00 |

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (15000 items)**

| | |
|---|---|
| Item subtotal | USD 3,000.00 |
| Shipping fee | USD 164.32 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 3,144.32 |
| Tax | USD 221.50 |
| Amount due | USD 3,365.82 |

You saved USD 20.00 on this order!

Pay now for **USD 20.00 off shipping!**

**Submit order**

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Mar 27 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

# Evidence Collection Report

# File Signatures

MARCH EXPO 2M+ GREAT DEALS WITH CERTAIN CERTIFICATIONS View more



Blocks & Model Building Toys > Building Block Sets

## Blood Angels Imperial Fists Dark Angels Figure Space Marines Game Outrider Building Block Plastic Model Toy Collectible Cars

No reviews yet

Iqfun(guangzhou)trading Co.,ltd · 1 yr · CN




FREE shipping capped at $20.00 on your first order

| 20 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $1.67 | $1.53 | $1.42 |

**Variations**

Total options: 5 Color . Select now

Color(5)

**Shipping**

Beauty Parcels_SY ... Alibaba.com Logistics 39 more option(s) >

Shipping total: ~~$18.47~~ FREE for 20 pieces

Guaranteed delivery by Apr 10

Start order | Add to cart | Chat now

4 interest-free payments with PayPal Klarna

**Protections for this product**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Messenger

## Key attributes

**Industry-specific attributes**

| | |
|---|---|
| Material | Plastic |
| Style | DIY TOY, MODEL TOY, Educational Toy |

**Other attributes**

| | |
|---|---|
| Quantity of Items in Set | 5 |
| Theme | Cars |
| Age Range | 14 Years & up |
| Place of Origin | Guangdong, China |

Show more

## Lead time

## Performance analysis

| Store's order volume | Store's sales amount | Store's sales trend | Store's order trend |
|---|---|---|---|
| 310+ | $30,000+ | | |

View more data >

## Ratings & Reviews

Product reviews (0) Store reviews (35)

**4.8** Very Satisfied
Based on 35 reviews for verified purchases

| | |
|---|---|
| Supplier service | 4.8 |
| On-time shipment | 4.8 |
| Product quality | 4.8 |

All | With photos/videos (28) | Rating | Sort by: Most relevant

Showing all reviews in your chosen language Show original

L***o
Jan 18, 2025
Todo muy bien embalado y llego en el tiempo indicado
★★★★★
Color: McDonald 167PCS
All very well packed, arrived in the indicated time
Hot Seller Miniature Model Shop Micro Particles Building Blocks Sets Street View Gourm...
$2.12-2.54 See product details
Helpful (0)

★★★★★
Color: McDonald 167PCS
All very well packed, arrived in the indicated time
Hot Seller Miniature Model Shop Micro Particles Building Blocks Sets Street View Gourm...
$2.12-2.54 See product details
Helpful (0)

R***k Platinum
Jan 14, 2025
★★★★★
excellent quality great colours highly recommended
Reviews with repeated content are hidden Show hidden reviews
This product is no longer available
Helpful (0)

S***n Platinum
Jan 10, 2025
★★★★★
The product they made for me exceeded my expectations. I am very happy with their work.
Strength Factory Customize Building Blocks Toy Particle ABS DIY Accessories Parts Mic...
$1.00 See product details
**Supplier's reply:**
Thank you very much for your recognition. We will continue to provide you with the best service and hope to serve you again!
Helpful (0)

1 2 3 4 ... 12

## Know your supplier

Iqfun(guangzhou)trading Co.,ltd
Manufacturer, Trading Company · 1 yrs on Alibaba.com
Located in CN

**Online store performance**

| On-time delivery rate | Online revenue | Response Time |
|---|---|---|
| 100.0% | US$ 30,000+ | ≤2h |

More products | Company profile

## Product descriptions from the supplier

**Warning/Disclaimer**

- California Proposition 65 Consumer Warning View more




## Product Description

| | |
|---|---|
| Product Name | Cool Outrider Series Of Mini Building Blocks |
| Place of Origin | China Guangdong |
| Brand Name | IQFUN |
| Model Number | MGTDOLL6696AD |
| Plastic Type | ABS |
| Material | Plastic |
| Style | DIY TOY, MODEL TOY, Educational Toy |
| Quantity of Items in Set | 5 |
| Theme | Cars |
| Gender | Unisex |
| Age Range | 14 Years & up |
| Packing | OPP Transparent Bag |
| Type | Figures Building Blocks |
| Function | Develop Creativity |
| Weight | 0.01kg |
| Customized service | Accept Personalized Customization |
| Shipping Method | Shipping/Air/Land |
| Products Size | 103*34*40mm |






Report abuse



© 1999-2025 Alibaba.com. 版权所有：杭州阿里巴巴海外信息技术有限公司 浙公网安备 33010002000092号 浙ICP备2024067534号-3

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 04 Mar 2025 06:44:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/133.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cIIvsfWn6PyTJqDDFa2Y3bVVjexynbYJzFwRc3q/x+R4vWbzNxBvMjM22UVBJd9w6qXjLGDpNTXdNGDRA2n03VnD6GZfwu8EV0grPlfFnYm6Yx/3Dq8I6V0WMTIPTzXwInAj/31TVONeAVUi/nOcFF/NvgfGGWJZVqMmlBZxjWOy3Jlw0iHqqCM3v1E5zzazueCZ1ECJNml1OaPH
+mPhzav9AMzbhNQu6M+n0uPMgqBw8QKIVKIOhf3TR+25JxbJYvHNKVT0C3rwuWwKPSaYm4K0A13+gCPJV01PGADszNsFWDMARB0VH//oYOOQTnorLcgWLSt7zdMSMjJgSTNwlQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-04-Mar-2025-06-44-25-GMT.mhtml

**Hash (SHA256)**

a2e3d68625e0d423aee7a4d5103d351ea90e63f24828bd3146bc56fc0b6c0afb

**Signature (PKCS#1v1.5)**

VjwU3wrDnJ3D4xxe35uI/iKA+TPW5dlQKTPF/2QmGWNCcA+areucMaweAMinthSwh+wOmqS9oKL4fMPqagGsbBYXRk9089t01qWifxjBoNk8RdNLorgz1CX4862x4n2jF2cGIoKRX65f/h24SbP/aj79/WRusdD3ag4XqXowTNGDFyoRtrYuHs
+0HlbiPouRfwtJuNqAvqQqUqJZSvpC2CtbRdhHK2V7w4qzVm4DAZcGxq3M9l2TbWYEJcb9hXbbe29xE/U7tzazUHU46ZsCJVNFwLgdGYnnBKVRaRenr6RvPkZifkiiqgzbgX9O4BzsZ2e30CCgnYUaAgUpwh7nxA==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods

MARCH Save up to US $30 off with PayPal

**Items and delivery options**

Sold by: Iqfun(guangzhou)trading Co.,ltd

Delivery by May 13 | Shipping fee: ~~USD 35.27~~ USD 15.27 Change



Blood Angels Imperial Fists Dark Angels Figure Space Marines Game Outrider Building Block Plastic Model Toy Collectible Cars

Min. order: 20 pieces



Color: Ultramarnes Outrider-MY501

USD 1.67 /piece

200

USD 334.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (200 items)**

| | |
|---|---|
| Item subtotal | USD 334.00 |
| Shipping fee | USD 35.27 |
| Shipping promotion | - USD 20.00 |
| Subtotal | USD 349.27 |
| Tax | USD 25.85 |

You saved USD 20.00 on this order!

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before May 13 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Customer service

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Custom Metal Spinning Fabrication Spun Parts Sheet Metal Cones Warhammer Miniatures - Buy Cnc Machining Parts aluminum Parts Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Custom-Metal-Spinning-Fabrication-Spun-Parts_1600176102718.html

**Collection Date**

Tue, 28 Jan 2025 10:34:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jFo/zKOmtqzkuNwVaBOEVX0ZnXgvANUQRsaC/h3ylNRDftB/1OZ3rEnrqE1ZUbetYhHDvO1XvQ2VnMeEny6c8yYAiD9a5Dv0Ykagb7s3nUMcb6aqc0Yse0LsKDzYthuQFNKizdHCT+JzG2+r531UVD+EaxyUqaSovUPXo3BW
+OH5UNYkQNVFQzZMHoMclGOXfMcjVavfoonj0xWAsx3CwvkXxDZzCjy1DOgnQ696JlqWA03nLY3uwPgr3UK9uLJ4ohoLxHj+b2WxmH0LDb2TGGwTS+5e8wj8STEwhUybZctOcx+NxGudCep5kenXEri0zyWNy0FOWLydSBEcpimsPw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Custom-Metal-Spinning-Fabrication-Spun-Parts_1600176102718.html]]_Tue,-28-Jan-2025-10-34-34-GMT.mhtml

**Hash (SHA256)**

fbc9f76f42cef3dab76c515876caa05e7fa061f87b0897dd604847e272b4d004

**Signature (PKCS#1v1.5)**

V0PrtpwABn5zmAPVYAEj0I6fhooZMJB1KodJRWiZDlN0k0syndh3dG5RRZP64Zelgyd5eKRQ3Gq0VLc+6lGEIIrKXBxL62RBgGqMBlUOolrI02UF3a7or5yv
+qi3mZFUjitBMwefmotsMmRY3Q32T0BDU0MAE21q0LXWyxFHAah0Sw2FC53M2ZJyy8fSTzMFwQIJysACmNaVmHtTwyldBUQe7hfrUys9q0ZRTuIjrUojlMOmxgFpMWIAafWV6ZdcADQqq7TB3Kx8E0TAzNI0cetiKhehpWgEShau0FnJnlXjunUifgVhkK5uYN
+61E5sWyowamljdE8QAWjTf3Z1KA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 10:35:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZhFm0Q2pMaZyGgHi2+Hh96xxXwj3TjCvLK9Yuv4hCPBcplMWJyELsYWBtRtRgC3hbs2v9muuLe1M6bOVy4YpmA0MpsyJnU5Ym+WH3N1Xzi9FnRwpq6kJMi/hm9TRYtiP+4koIMmInHWp2GiVaZHpUjA0CX/dECbp2k/InbmMoW5YEyctu+
+Cd9Dca5UNKpJPkqYSJWtGYHpzheAtHubwjp1hawSFrKuS9Mod+NJsaI/4vJS+wHuNP/uRJV1XJIMqU9agq6lNa123+kwh1+ijEln1ORub5WPWpMfVgSDIEHxiqhZxOLlBt2IeYnFtQZBeTaxfex7ivkjrTYmmnGgyyw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-10-35-40-GMT.mhtml

**Hash (SHA256)**

2b0acec20d5f6056c5a273991716686b0799127f0d47fd8634e7348637027800

**Signature (PKCS#1v1.5)**

DF5oXYPzo7xf3o9WSnEja+fOPVUpJmFcAlhqpEcRUoDQh9eb3nM9GM9W6XvN70Jrz8jiErTQxV15jRK195Ti0mIQI6RAgfiKxq17m/4bub4SLhZqFsZ8euUcR9f8xXfWksmG54m159vqV6uSCyT8P3sUDh+tKdMIDb9G6xs3IDhHFiSagXAIF71SPhJtO9P/
RPrz7sPKsQ0JKXgZfX6CcA5beNLyA8aAretoIUVcxTed8qtWJcCy2bDFT2vQ1wsno8xYTqKkr582JfIwRsgnYISNftwcKD+OsHZ42j/fUmaLCp5OQR9/X4y4D94/BLDYamqIIRQbrBEKU1zfSPztxA==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

**Items and delivery options**

Sold by: Ningbo Jinghai Machinery Co., Ltd.

Delivery date to be calculated | Shipping fee: ~~USD 3,782.30~~ USD 3,762.30 | Change



Custom Metal Spinning Fabrication Spun Parts Sheet Metal Cones warhammer miniatures

Min. order: 1 piece

No specification

USD 0.20 /piece

5000 USD 1,000.00

Add note to supplier

**Order summary (5000 items)**

| | |
|---|---|
| Item subtotal | USD 1,000.00 |
| Shipping fee | USD 3,782.30 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 4,762.30 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Submit order

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Mar 24 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Spherical Bloody Dice Dragon Warhammer Roleplaying Game Tabletop Trpg Hollow Dice Set - Buy Polyhedral Dice Set Bulk Solid Dragon And Dungeon Metal Dice Box Metal Rpg Dice diced Chicken Solid Dragon And Dungeon Cube Cutting Machine Metal Rpg Dice Polyhedral Dice Set Bulk wholesale Coloured Polyhedral Dice Set Bulk Metal Rpg Dice Magnetic Solitaire Game Set Adult Dragon Bedding Set Chinese Dragon Tea Sets Wooden 8 In 1 Combined Game Set Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Spherical-Bloody-Dice-Dragon-Warhammer-Roleplaying_1600737236049.html

**Collection Date**

Tue, 28 Jan 2025 11:12:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RvaFj2ZuB3BzBVsMjRNEyZVtfu4c9ZwXZqtB96AQhrPqk7KNjul8Vm5xzr4OX2uPNB2nvVY+2bK33RgT+w5eC+8Fbr9Y4YtARwok734OpMrKmotfxXzR+yfv6MpPoGOhfGS5u3QdKR8t294kaX0/hnBad2SfJcKYCxeygDilk51jJhX2ylTxeuF0PkvNvld413jlxrhwSdai
+kok58lsMOoy7o6tulL1+YmgT3admpave/r4TH8HuS/Bj2Nk1O6Vua4XSDOnU6EnWU2QvpwpvcaM5NRi5moY5lRg5i7dibTPKLmBOxYG/Sj/QPvJPlZhDDcwQSQ/JmLny7qicZ/c6Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Spherical-Bloody-Dice-Dragon-Warhammer-Roleplaying_1600737236049.html]]_Tue,-28-Jan-2025-11-12-26-GMT.mhtml

**Hash (SHA256)**

efb9dd9cce2ff74df558d5a0d2930802da1ab82f794629eb0ab6e5b136cb94c3

**Signature (PKCS#1v1.5)**

nKnp5HHll6nQYH/oCAKnJnV8IV+d6Pl03fxllt3qZoLCwQhCRIdEjYpBOHCOxptUVKu0VkbCeaQvEdO9fYuo4eClpyP6fnS3Ufv9og4XUcOiQ4ki/
RkWB9EbqtNUmN6UikqZBOWaNhURYBb5TyCSCFrOgVP1bZgLFDembNOrtk4QMAQPunSAjSlSVsFF0Q8DjTrns1YgKWQOfbZKcGDZzHsrUOKcXQnjZlp04JlF5DWJ5TTeO/pVsp84nWDT/uwQDlrK2VUWJup0HOV7bQodzKe57bmGfVfi/Fj1hCemboRSLtPsBRlCp7S/f+QcXNn/
lkb9vwULQyb7sNJeYHiPaA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 11:13:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZQ372KEIuawW3LocJIq6PIGXe1Qiofq6SbqbWKhuyz6hA7Pq69oU5zTh4EmtpRGLILSoPaLihfiD5SxgNfQebbNE3budDrLUHU5d3urawwQl+oK/2y8NnYZI8RIOR39mlR6AAl5HvI5+dXVNO7Fk7vy79ezQjmQFovqDGbz+iFXX1oW37d1ul68uSN2lYvyu9U/
jA6Uu9Ae96cQhHGn8lVTkHyM8w8EblTK90C58sH7JSQzSbijrhlqUwe8irHedZsqZhaBn759DUDlDAM8HGL8Ozi24MwUlNC+yxVr087mha+ez5mXG4P4G6ovhZuh2YqqqaFwray3AnEYpST7QhA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-11-13-52-GMT.mhtml

**Hash (SHA256)**

401a7dd81a88214d5c1466d0b406289f52020c2d924ca302f524ded7d8abc12b

**Signature (PKCS#1v1.5)**

i9bzQa5p8XjHzwgI5VMLbUrA8ZkGdufMsv34QS8GPFBX0KiYXaJPlOYxILg9U8brjmZNr+vSQOPLTrg7R2nL+Av9bug5fJyDKFGfQu/Ab8ypWXgAnxYRQJusIT7OBRlsasXQXe9WM9v+WKz6+nx/uvQ/Z6wVCKP6Ubd0FRxsjs5Iedmm83tuDGjIKAo8NxZSrg36bvT5HQt5TrpYFNag/
x0bvs4qLHeveNSmX11NQEpZq9WKZXaTTqS7abHfckYKJRXnRwMgXa1xvXIZKPk7ZJf4DA9NdYwC1OP5oQkuNWJaIEBvElByqhagjHwRIc2vyklx+tQxBdpV5xs5Us/zoA==

Alibaba.com

## Start order

### Shipping address

Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

### Payment method

Add a new card

Other payment methods

### Items and delivery options

Sold by: Ningbo Sunrise Trading Co., Ltd.

Delivery by Apr 9 Shipping fee: ~~USD 71.26~~ USD 51.26 Change



Spherical Bloody Dice Dragon Warhammer Roleplaying Game Tabletop TRPG Hollow Dice Set

Min. order: 50 sets

Color: Blue

USD 8.00 /set

100

USD 800.00

Add note to supplier

### Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

### Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 800.00 |
| Shipping fee | USD 71.26 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 851.26 |
| Tax | USD 60.99 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Apr 9 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

D6 Bullet Metal Dice Set For Table Games 6 Sided Dice Dice For Warhammer Dnd Dungeons And Dragons Role Playing Game - Buy 1pc D6 Bullet Dice Set 6 Sided Metal Bullet Dice Tables Board Game Dice For Poker Drinking Table Party Playing Games dragons Role Playing Game Pathfinder D&d Accessories Gifts d6 Bullet Dice Set 9mm 6 Sided Metal Bullet Dice Bullet Polyhedral Dice Set 3d Printed For Dnd Dice Set Tables Board Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/D6-Bullet-Metal-Dice-Set-for_1600932904222.html

**Collection Date**

Tue, 28 Jan 2025 10:47:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LgMIIs51SKYR6D8/yZS4Nj8SNnCQuTDVVM/DrXTUwhayyilAzkTbM6ldkax5RACr1dqjsGNwKU4iHGfvwBge/W/9RygctDwmSBTgSbP7IlsD1pbATlSHqsMzYWOuWFKuZHzXAwZXTZaFyaubOqwR7GZEGTB1vL/IPS4CrLbSOec4SafLGQa+x1+na0eWThIN+56EtISfi+tcRvk+xqYqf9FZNhpbOVU1Cng894S79wTjng0rrwMb+0ZQbO/91hsTO7PfLV4cC+8RRrjalQxsJR+t/Q1t/BgxQGJemXAE3qVVT3B+E5/ApoSlIUK376U+KVwl1utzQ020Dm19Kh2oCA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]D6-Bullet-Metal-Dice-Set-for_1600932904222.html]]_Tue,-28-Jan-2025-10-47-19-GMT.mhtml

**Hash (SHA256)**

9b88561fadacca6d83f5f8ed3cbae95f6b31fc73df1ed4f972d7a7b3fafccaad

**Signature (PKCS#1v1.5)**

OpoqQ6yL9JsgfxDcUQAi3IkGLihDUU1kjf9ypsf67IR7bWhrPidkClYVgeGxs2BgpPkIl7VVsXGBVPuXTjcRiiduDeK1LBfzrLr3+soUiyQmo70KpsfB2TJZREO6megat4MIMBNVU+K3VsaMenSt9V0O70NA0MIXOsLzQFeB9GdKzRw/SSTYZ2W7Vctb2snDVQuKQec38uNXdVE5JAQHI0gDMDRAOmLRwqWW2tj6Ru1z3a9A3trubWGFysgqWCrJyhS4mxDKYaBO7JLdsry35NEGV9B7g4/zMnsMNhQ0khCK21xLo+L2w3jaCxBeYZARx7/KgmLPrs+jJUW2gfboYw==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 10:49:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OZImhAlJCwQ2X05FnA7jyeN5dcQE5Pcc0E4Us0p0mdih4DmdGeqgcKGdXuZdhfu6hsCcK/7eDARvhIU5UFqhgQqZzGo8irB8+loxkDYdt
+d080zV2NsrzatEguzZQCnOu5uwDq6dsLyrvht5vPG7/9vUQMVlhBD36mo5OxkzkD91qKWV2kMu9g9rOXiD2zvp820Qg0nT0YJzDaYhodzDBWcyetRLs36rc+BsSYxa8WIsvcUCshQAI/H3ZWu99iHk3/th07jw4V5rQU2ttawhKJmIycgBAMJq3umxyibHoOFA/C23xItqmrfbsl7M+t+Xa/
+MIKuzAtR6heBj69JTJw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-10-49-28-GMT.mhtml

**Hash (SHA256)**

6893956ce454b8f3c43d9915fd911d91083778c5198709d405cd811f2903a165

**Signature (PKCS#1v1.5)**

NP0oYmfqJGc8MXmJ2tIEcxA3GLGd5Ch6sZyBmFJVh8pOrE3aq7cvwI9r/M64C4A49Q3OP640uCMerYpnh2WGG9kzzGxagb77Wz2BMvd/mUoo8Xjroucetlnkye4dlOlltEZ+0vmgEgF/r19QR0o+gbzgl05jka5TQ4HmE4pYZk3yvtIFCoUlisdG
+f0pUaQIR1aGgrlcn0tNyNquUXvuRwgZcQnew2EtMA1DqOf4I7X2Oj5BISrXHrw0YVuW+9Ek54q3/hZ8/jRoyefJn5T5YwQ/75AmSf9PUoGGPAAN+WnVSJO0YFIpFKpmVnn+d/D7dzOH8tY6hHaDn2TkdL661g==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods

**Items and delivery options**

Sold by: Shenzhen 374 Technology Co., Ltd.

Delivery by Mar 4 | Shipping fee: ~~USD 232.36~~ USD 212.36 Change

D6 Bullet Metal Dice Set for Table Games 6 Sided Dice Dice for Warhammer DND Dungeons and Dragons Role Playing Game

Min. order: 2 sets

Color: antique silver; Size: 6piece/set

USD 15.90 /set — 50 — USD 795.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (50 items)**

| | |
|---|---|
| Item subtotal | USD 795.00 |
| Shipping fee | USD 232.36 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 1,007.36 |
| Tax | USD 71.91 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Mar 4 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

The Pure Natural Lapis Lazuli Dice Set Is A Polyhedral Gemstone Dice Used In The Dragon And Dungeon Role-playing Game Warhammer. - Buy Gem Dice dungeons And Dragons custom Dice Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/The-pure-natural-lapis-lazuli-dice_1600231609522.html

**Collection Date**

Tue, 28 Jan 2025 10:29:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e9bQn6XQh3W4TxDYldMC1dN1QtBLBDPPbJTT7vlJpeeN0jdN7fepe2Xfxstfsg1VEett0kBjRlP6p1wG4riHqtY/LCEj03HOfDMsngwV2kZs1hFLCcHbsdL03QIkzXwNezQZyi44RM8YkEioMeYYHVsdaVeX6UHHAfvD2kYampBvzIWNk5xaL7GwCHYcvSfhyr3Dt5d
+fxqAsIuUlkBzaOh23LYeHAUdJV+hksFZOMwshLkYg/ad8b573///C28EJxUWhahE4ZB0RCTc0PZWNThi+g2QYhm0TOJ73Oce/EUy4V4MW2LiQbCWLKmlI9UcxjAL4iBM3bGXjjIXZUDbDQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]The-pure-natural-lapis-lazuli-dice_1600231609522.html]]_Tue,-28-Jan-2025-10-29-23-GMT.mhtml

**Hash (SHA256)**

0f383b782483b0da07209923efd5a0c2e316c48f92b5dcdd52fd686ee0c1bb18

**Signature (PKCS#1v1.5)**

RLaKJ+9uXfm94d0MeQX+qODZRqXXJ4y430yYvvj5umHj+R/yswlccnwxxmvfFtSN7Ye8/LULtbnUOrc4sVGOzPkq5elU9hUh5igjVLsrbIAJHBOYFUDaKXevaiBH1b7PbNQoq5KgaEK6Rq8IeU3BeBKgasPfetUr+z3tFaH6DAZV448/fw4277CJFt/K+65Y4kuEbmlK62OlIJl8DE4y8UwXm3LMDSe//
Q2XkMkPoNH8tI3JgPMxG2G7ZspAPvtIwuTmaRLBn9jlm0V1dt3NSeAw1BtjW1peJGCsaNBTuW/8UUNThdhPZwokfXgvmKx4hCXhklxLY1atbnpkPSM8cg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 10:30:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R9N4vn9kT5zZPHGqFKEMaELRQnvR4UJ36cnaovOfUIhF93NUg++KOYAjFXmKpRs2+A75lxFeld6K1i+nVC1HypI5w7TF1IGDuSgsXbVMdxSY1rQ5F9SpoNWI/tYm1MlBDd/PZ705TXCB+uuLNfxWMk8T/EuNbZ6rMi1djEC1Z17UnZy6CxPQ/PgeWD4h
+IFc9fNje2s3mi50D1nAVys0L1WtKLpwguIjn8BtODJDh2iYJqpYc9SqgJZd89F8TDYYz4jRgf3aTBjIFysHA+XPj3W/f4Gs+32QAjlkrIko9/6Z0nGjkuUgurlbQFszzEca/v7xXjZDGBMCBq08DlxnuQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-10-30-38-GMT.mhtml

**Hash (SHA256)**

a0b3df443a6c3aacb562cacf86c0059104faf19cebbab2265d2b0d23e51bf48e

**Signature (PKCS#1v1.5)**

Rfe1fItf5eL+JWc3RbIcg+Sa2AUzRmX1d8bQmepbD/mcq5BKDEFw+A2DmrNOchrO7tXU83D4McKiYkt7XDEkrnUZr19MzrUUSeSRsnhFD/ey0w8SWYZmyuGC7yqT1cRlZngkWKRglsrM5Ikml64c4yaCVcutkBVpxOea6Lf/BAIZmn1KFWYfMQjg1k51VdlJDcwxhb1AQRUVV
+92WWta1L6iimlPoJICrB0C3SFvH/fRfR6SdK2KJkHLLWsj9hDMHo5fIMHiAx4P/qoiMM2aCqBSLg0JKqcl4an7eBfdsLNapQJWSkU15d0nllqZtG+vRznNem8WyOjTRpnIEiq/qw==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

**Items and delivery options**

Sold by: Shenzhen Aiyouyue Industrial Co., Ltd.

Delivery date to be calculated | Shipping fee: USD 102.00 Change



The pure natural lapis lazuli dice set is a polyhedral gemstone dice used in the Dragon and Dungeon role-playing game Warhammer.

Min. order: 10 sets

Color: lapis lazuli

USD 16.03 /set

1000

USD 16,030.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (1000 items)**

| | |
|---|---|
| Item subtotal | USD 16,030.00 |
| Shipping fee | USD 102.00 |
| Subtotal | USD 16,132.00 |
| Tax | USD 1,129.24 |
| Amount due | USD 17,261.24 |

Submit order

Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?



© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Space Marines Famous Game Mini Bricks Figure Astartes Dark Angels Outrider Assemble Building Block Educational Toy My501-my505 - Buy Kids Educational Plastic Building Blocks Toys Ninja Anime Figures Lloyd Sword Weapon Figures Medieval Knights plastic Building Blocks Toys For Kids Troopers Mandalorian Set Mini Figures Diy Toys Clone Trooper medieval Knights Castle Kingdoms Kids Gifts Toys Yoda Darth Diys Toys Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Space-Marines-Famous-Game-Mini-Bricks_1601156881760.html

**Collection Date**

Wed, 29 Jan 2025 08:08:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gen23hUpRQG0Z6jhFPKuGGsH8c6YG3cQdgsSojrssiCYAAtpM5Cwpi+t+WqrdKadjKj6FsZUwNMmqkK+OMlIz6V+E23VqxdRtWNSY0aVlMiOp7NQdjd/hjErRnJ40BZi0F8mGyn7agWdmAj15Vut+VkxxeUmGt6jerAqr3/jab6zA7WKF+RplWMw5hpDCYpqC9WBzFEf4mMBNT
+Wvk3zusTWs1nOjqwBK3qDKZk6a92RkbZPN4X+59SSeB/2Q8J15sLzuNA9t0d917aZ4dcReL+VtHX+oupcTIuSX1LkmQfjmd6PgtNK2ZoV8hiyT3jbxUqU322iJq+tDVwyDH17yQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Space-Marines-Famous-Game-Mini-Bricks_1601156881760.html]]_Wed,-29-Jan-2025-08-08-52-GMT.mhtml

**Hash (SHA256)**

84524c13addae6105a5e0360758c50530936f154633410b2aaa22c3ffceba8e4

**Signature (PKCS#1v1.5)**

G+i2KXJ+f8E62ZrPLIY7hxIfk+JCEyBS6WVXxQU/a1xvNZEmbVCgZJKgeoSfDBQcHJXj3xgcSKezpDpG/nSkzQhfsJ8qYTxLzuUswaCzmYbYjN2tgVIR41Kwb9qnPf8NdRTsgi2iGqLKYkUYDhJ7CGHwjHlD3nLd43VXyg0X8RE6LAnd9DVsWfgfoQId/TpwWUT/VfolxHStUhH4kCd+
+6IWdnShFxgTvy7jWftYsU1MWmGQr67bczXOuaYHlUs2UYBgTSHilbU/0wQ7JfA4//kEmrAyDduXAeOlF/YJkysg4U7Q4TySFxl1X3X67PQmoOe0jx+nhwReeu2Hbt/k8Q==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Wed, 29 Jan 2025 08:09:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cWuRjzwUd5luBUN9AwiOG1/iHdCCgSXR0+IVuqKeTqvVJIlxbnQd0jvAF54hOCpdFK4UEIRWM7CxmHRjBCkmOrQX/+sxYIxK+Dasmqj9W8zpVRMPZ8DVOtJbCLBe3Z09Fo0adDKjBW5/KVA5hxybj/mucgqSgQvjRLtrV/mJRebg+/
SAgONsQJeUVfyU95AAfCdyvw1V3jUppuaQbhURcUWZc6A26uz/yRTvn9ZnHy+dEB7FkvbrqU/qwDyNOUzkuaqo8zwV2gkbMsJzRq217Mo5okI4wyJfXRUaq5gx7v5S7QC0/8at2YTtIyL3cdBtS+o2G+L3MRlINREmfcO10g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Wed,-29-Jan-2025-08-09-53-GMT.mhtml

**Hash (SHA256)**

0f1722ce6614ea5a917a8fb84345ec3342ad55196ed9d927a0e6fce269b9a02b

**Signature (PKCS#1v1.5)**

CBplPd3JH7aFryPJEkrNFBeYTTasQlUxZUgrNJ87o5ZRLvuktm43U6lPaUGuh2/Ohe0yNIrxE6KUaBtKV/loJ0Sux1K2diz2sSCqp55oMZqz9EOfRaaSQjXVgWa7SqBsX5Z3cPzdZPbFQiCg1Riy69cCS3TLk2Aj4xxJDZ28hISdfaW
+DtQZKoTrq3PstwX3Cok7gEfl5OB9zJpLiDCxTl9pbO3TSlIykXKWvS0bXDcJM0Swj7NNLaIZJiaqPUpUoMKssCuUxn61/JheZMhz7kTjZoi3nOUKaQy03YV3pWUD8G7Rcmkw8uOGGWAbuSta77qOzdK6r23DDeW1BTNQnQ==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods

**Items and delivery options**

Sold by: Shenzhen Bangjiashun Industrial Co., Ltd.

Estimated delivery by Feb 20-Mar 6 | Shipping fee: USD 280.00 Change

Space Marines Famous Game Mini Bricks Figure Astartes Dark Angels Outrider Assemble Building Block Educational Toy MY501-MY505

Min. order: 20 pieces

Color: you need the number

USD 1.10 /piece

1000

Only 1000 left

USD 1,100.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (1000 items)**

| | |
|---|---|
| Item subtotal | USD 1,100.00 |
| Shipping fee | USD 280.00 |
| Subtotal | USD 1,380.00 |
| Tax | USD 96.60 |

Proceed to pay

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

New 7 Polyhedral Role Playing Dice With Gold Dragon Design,Perfect For Dungeons And Dragons,Pathfinder,Warhammer,Rpg Games - Buy 2025 New Dice Set rpg Dice Set dnd Dice Set wholesale Price Dice Set Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/New-7-Polyhedral-Role-Playing-Dice_10000024145589.html

**Collection Date**

Tue, 28 Jan 2025 08:29:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Bg5NgA8L6/DVbFqPoCcKsPXYppQU5AZ4jUgmmmsxUkbK+4k3ZrcM27gkQsUR5iNeIU08SXVhO9zs6OMD9l/P23CLwDbyqtR2F/ItxUjw/4YHfme8li40bKR2uC6pt1oZKW4hUjB+qtdlAuxC0D4J3J04ne/GcZZQ1Bhn5bBgFCSsa7tJluhzFvdImguWnyc28oadxgx/tve9N4i4tacAIqw0vB7y/yL6uD/J2BPzeouKfe4DDJ8PF/RWkrG1fxhwO/JJ5r3Fws+RLV/bRuPt8RUm/s4dZV4RJLB3TlohfCQ+fiT/JMCWKYr4gKISRawAEY3ve2xFlXtv5V4cwA0abQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]New-7-Polyhedral-Role-Playing-Dice_10000024145589.html]]_Tue,-28-Jan-2025-08-29-06-GMT.mhtml

**Hash (SHA256)**

b0beedd754e30557e6d76870130cc5d57019859be05cdeadf2c9ad7b8f9aed3b

**Signature (PKCS#1v1.5)**

WOdSHKG8LciBPqLU9oBXIAu6v13VA6zblNvKgewdur4156QMEVSd/bqjP4FEAQl4PxoY+fJCtdppHtDtC1oYpuyTyUpkPW+0ZFuQvcx2nhTzmffnTGge9sptSoBiADBuFTXdFjlMJTXmUuQyvFCwVMug6P6c5uLJUkRr/qXZRHvyTcwL8rX+FPmFF+2qiJWlGBs3eJW6yZuvPpVU3TZXHwTVQQLLoxhK/6TDxIh6XiDG1tB+bgGICZclJmTg0N7H4q20zBHejYhOzIs7R5GAr7Rg0Ywj2/GC+XXqxSXVrkyawmAsPmcYG958GU/HLkKemeWjGbe2myhyCpub7464hw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 08:30:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C1BvQd2a7H3Qpy4c+XYNJ+vx0TVOW2WfSRfVEJ36Q8+nuzXB+O3Miw7a8iub7ci+/7b8gxlDO1x78W2aVdaPdyQmLU3Ic/JQL65Hg3ilXZFc7vQa+Wzxw7v33rEhi7mPEshWeU7VCF5WHXLn0Jos8nP9MAgS8TR2o5F2v9Z0Gv
+sOvWYyayUhsvgRY9xooTQxxN5HyRubvC8VSlJ1AXoWi2yfEbNeauESmwBWbNIIdSReHOZc59ts9KYDsE8Em9gKHxV2ySydZVFIYwJ/0tHjN2kleg9UXqlzTCDyWoskpXM2A0pvHKpbOPaRid3INIt9jwLmSPtBIA7dr1GYi9lQw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-08-30-30-GMT.mhtml

**Hash (SHA256)**

804e53ae2aec1e5ad52854d8e40f50b631e1ba0518bc682deb0fee70f51670d6

**Signature (PKCS#1v1.5)**

g2UutGXxFLMHKRggn8poiftjTZbKr/63IWtVu5UlORyoMtGoPOPZJyDKnv7a1lRDZboR+gknXRUPnCpqh4Y9t6Zg+zQeKe33YmD46i0tEVPjrg27Doai9gofu2xZYftwfP/aVtgbn4BAruW4oNZnZ6liEOiMm8Yqr7pIiLAIUOUe6GX363GLaECK3If955cqxWHec4fbNuyxuMUsKu4HZdSY2u3lUzY5vlC
+p0grsPa6Ey/Ak17kkb62/IHuCO19t+BSmH1QU8O55Xp2kfuU/X88Lf4dg7B/yc1/aY9RiTUiTlwFlO+l/lqLkhupL78mWoauy17bQ4gM6/WelaZ1Nw==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods

**Items and delivery options**

Sold by: Shenzhen CLC Game And Gift Limited

Delivery by Feb 26 | Shipping fee: ~~USD 13.03~~ Free | Change



New 7 Polyhedral Role Playing Dice with Gold Dragon Design, Perfect for Dungeons and Dragons, Pathfinder, Warhammer, RPG Games

Min. order: 20 sets

Color: Blue

USD 0.99 /set | 20 | USD 19.80

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Need Help?

**Order summary (20 items)**

| | |
|---|---|
| Item subtotal | USD 19.80 |
| Shipping fee | USD 13.03 |
| Shipping discount | - USD 13.03 |
| Subtotal | USD 19.80 |
| Tax | USD 2.30 |

You saved USD 13.03 on this order!

Pay now for FREE shipping!

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Feb 26 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

7-in-1 Dnd Dice Unique Rotating D&d Dice Set Spinner Metal Roulette Dice Fingertip Gyro For Dnd Warhammer And Role-playing Games - Buy 7-in-1 Spinner Dnd Dice Set metal Rotate Dungeons And Dragons Dnd Compass Dice cool Rpg Role Playing Table Game Dice roulette Dice Spinner 7-in-1 Dragon Metallic D&d Dice metal Dice Spinner roulette Dice Wheel dnd 7 In 1 Zinc Alloy Rotating Dice 7-in-1 Roulette Dnd unique Dice fidget Spinner Dnd Dice roulette Dice Spinner All In 1 roulette Dice Dnd Spinner mechanical Dice dnd Dice Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/7-in-1-DND-Dice-Unique_1601277757360.html

**Collection Date**

Tue, 28 Jan 2025 08:31:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iaJkarmbqDSKN+XfFTRKor628NsN7QnJ4dlveDUhVrel4HqjO6I+71oU8lvpsfyNdOhxU6+DqN2xePxN9nDUlUhf00Qt5GcmyKvxhxW7ZlDEqhgt6zZpsnv95Ap4k7mnL+d1/G0GdKg8qQte/EvY5DpmF+u+NdAed50YLcetS/kgf3Qxe79G9JCPzMeQukjdAw4sowCKZJYB2lIyPgh+5dBgaGC03tkzZguY/wDrE8Q5+4qyZk/KpE0yJ9Z3XoVnHM+lBcs4H1+tZCVbG6ObwfOuVHk42yXfJX7/m0hnx2RaCcrWsaKi0+3UXQ6D7C8492xdqDHETtp/zmJehDg8jQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]7-in-1-DND-Dice-Unique_1601277757360.html]]_Tue,-28-Jan-2025-08-31-59-GMT.mhtml

**Hash (SHA256)**

bacfdc2f4c7e1db853463644a33a5471ebf978f3a61b595729cf5b14e1438724

**Signature (PKCS#1v1.5)**

RcbsSaQWa+eT2M8VHGFS1yoMMrYiYx7HWAzUuIXGMfMLd5ebRCFONc7pu+5Zk1Z9HNAEGJ29n+Ue5l5YzfPF8YC5/6Xp7aW3GXKp6X/8mUlvsYPsqC56J0vRXzXEvwUC75VZeVsQ+Hy8scf8UhxWc7wD52ETMRB8teXDibYJn/1+6MjLwz2TpTlmvJgmKZMmL+Jm02S/+1IJfQCaiRe4LbLJjK5KWk3IaWV+M6QZNWEbBulcHNNPUm3mbaDbJ9bpqtTe4qpCdOPToCOiGcw0fzOgDXkgI6G4OfnQF2FY6ZfODZ2ee9Az4B3yDHTBTAD/chMvTRCzf98dAaw+p2iWww==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 08:33:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HW4aYzY6dophIYipMoiMFIkyfR8Ab/FUICFCa0BQ/BjtoKXVXwvkcSTB8GoJzKq8P6lbt0FB61g8cpv6nshE4UbTk5lYkIm0XuWyVML9mSmGEDWnTzb4xWzWdXc2PTeHQIY10bz/gFn6a1aVMx/MyzSg3J49xz3S2iGXG/Gg4RYm/YDtb5cR3Jw42JBkEw/YgWwwwFEJZKKhZ
+3BnsHhIxtWZs/cxd90trdRJPmXv4f1HTMNJzmPuQ3Rbh3BRrmkQUNBWFV48fyZchK8Z4ANQL8HO9r+n9HvXmLH3uPQJ0npM9sgzvIWaOxVT3WXYvK+cnIN+oe1/tOhjTPx+T/tCw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-08-33-13-GMT.mhtml

**Hash (SHA256)**

ab2b403a760efb5ad43167c712dcc2e4215582edaf82644b1d79ae3056ccdb83

**Signature (PKCS#1v1.5)**

FMkG7kcXn34OUZIZ6KgJnMlQc0ZKA2R/MsJlNfYR9r0DidPoNVmC+v+IKkCza8tOOrdx0E3O1nnDL8JjOHMH9Tv3S53cbEmikFwzUTUb6WIqJzk2bTDDhyVwuLr7bM2Xl+BbmUpvV0vU/Ru0isebP5lZfNrSQSpMz45lLfZcmjrAqxu3eAA6rH6BJThhyXUfQ7Prw42edCkgyHUU5JkOsjnh/
L8udDLaOGaUbQ9GlDPyTTI2RIsFPK0WEAH3zWd5yGyiGnGyWSHUofuS5X0HEIP1KKq2OCH10o2J/ZhsMBulLF3YRVYyIWGHI5OsdPNGw7MIirhgC8og8oCwNLgidw==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods

**Items and delivery options**

Sold by: Shenzhen Hairan Digital Co. Ltd

Delivery by Mar 31 | Shipping fee: ~~USD 85.13~~ USD 65.13 Change



7-in-1 DND Dice Unique Rotating D&D Dice Set Spinner Metal Roulette Dice Fingertip Gyro for DND Warhammer and Role-Playing Games

Min. order: 10 pieces

Color: Silver

USD 9.40 /piece

100

Only 100 left

USD 940.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (100 items)**

| | |
|---|---|
| Item subtotal | USD 940.00 |
| Shipping fee | USD 85.13 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 1,005.13 |
| Tax | USD 71.76 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Mar 31 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Steelseries Custom Rgb Desk Mat Playmat Warhammer Gaming Mouse Pad - Buy Gaming Mousepad,Rgb Gaming Mouse Mat,Gaming Mousemat Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/steelseries-custom-RGB-desk-mat-playmat_62166547797.html

**Collection Date**

Tue, 28 Jan 2025 09:49:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WW+hOgo3yyYCeB4p5cpYDoWiBfuUVKUvdYRvmHXjoHCc9EAQZAD7PZ/crNF4K6ZmHO/xqCxFAnNAsrTkFdW3O0oOOMKH1t9F9SQKEi4TSieN7GLeQ2LDuUBeNGiOkQfeMYpc7wgpbjtXXZPgua4fWo0AHxbWxxgl5VWswPmDztgHxGzddyS4eTk9QjUnfEB9ux6MzEagzWSxbYz+AbLi+E2bJI/ZwG5jrkZzwtA6v2cNkcvBQt67dk7bOh3LYAqCUZvnDddqGXiieouHZ4+FF64IrVTxWeeltjeOayQknAeBwjPuVdz4JuxV2PAVSRJ/CJfkleX6/li7nhhq1qOcxg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]steelseries-custom-RGB-desk-mat-playmat_62166547797.html]]_Tue,-28-Jan-2025-09-49-00-GMT.mhtml

**Hash (SHA256)**

73455a004bc4af7b40c6305d5d65b21c780177b01d58167805454322261d1d2ca

**Signature (PKCS#1v1.5)**

Jt/roLpbjXq1pGE2WcNKNC+MWHSjKsrEB+I44M9+u2NW88swE/LPto1cCR2snq9VV4Uf1ctsDl1fV3zXohX9H7KrBVIG7eye4gug75dFaVkENRN9R6QlY45zPyvszDYZnmYZxuRiUIVOjP5DfQHUOOQb2hwRYeyXVfE6mlIVXoK28aMMpfh02uHZXjuWtwk2idF+vXNaGCyrg+x4DzW8YM889y3LI1Nj7ccqZ46YasmV9jXogl99zgUm4FDcmgXq85Fe+PvPWq6GogSyaKb3ZzgqapJ/u454mJIx9OvYjikkYAT/nLj5EtG8X0fxDYRjK6FPhNkKDnXz1Rt1nNNg9g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 09:50:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HljO8LXeau7nCwk3hNBOG25reCJrh43j96nzHU1UVUtTdi3b2evrc6IcfbQq3m1hwKpCFdJqWM7021ob1KHJkRKzUR8MWFSjYDsjbGktWPfPMFb21Ca9LKS4ubjJlBPgKO7kxFKbopTBP7QEdljtoPmQEUwIzgMiXnAn39hnFOedfJ/
kuCyAOWuUJSAtKQHrqLI5vXjMdVRUx7OJNqLXVUXjQqlu3078YN7Xc989fVlNLJTqsEQTplvbA4De2A6/BX/QwTnRWUVAbZ/ZU0fQ52L8/CYmaSWydPgpx0wn92dqvp3PKD+8tpkUMWxMTQ3RYvF+y3ZvFpVCuOVc4cpF4A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-09-50-19-GMT.mhtml

**Hash (SHA256)**

2eaf54949c60c70deec538e8b2d6934f816bf09c219fd2f4dc823dca40cb9d98

**Signature (PKCS#1v1.5)**

QyeZ4YklGn/WHU3HoFX4CBN5PD36vSTfv/F+V28zeU16HmSk7ckweAiXCGvdUyOxdYU4Bt9GLPcl3YAD6Tghy+0CNzXm9QcE
+641D7ckKaTEjWG7UyOJZgIJ0FWPV2rYbR81Mi5WQXRvFa8ZyCXzZNdykRPVq14teywzCGJPRGwhdiyaWHMXrwRjEaUNzUihx6Oo7lLP3YsoljD218BDpbTXA8AXOFd5cpH4A8EGawnIOfLgxPPJ8+dJU+lErZDE4Y8KPM92dWQ4H+8/De5edEGHoBwGrDw2evM5XpGNj20Vd
+5e7fyNZBgOB35szA4n2QbkEzytti4xNFu6x5GR9Q==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

Add a new card

Other payment methods

**Items and delivery options**

Sold by: Shenzhen Hongheng Technology Co., Ltd.

Delivery by Apr 2 | Shipping fee: ~~USD 1,351.19~~ USD 1,331.19 Change



steelseries custom RGB desk mat playmat warhammer Gaming mouse pad

Min. order: 1 piece

color: Blue

USD 7.00 /piece | 750 | USD 5,250.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

**Order summary (750 items)**

| | |
|---|---|
| Item subtotal | USD 5,250.00 |
| Shipping fee | USD 1,351.19 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 6,581.19 |
| Tax | USD 462.08 |

You saved USD 20.00 on this order!

Pay now for USD 20.00 off shipping!

Proceed to pay

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 12 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Wholesale Polyhedron Logo Gold Skull Metal Dice Set Warhammer Board Game Rpg Dice Accessories Dnd Metal Skull Dice - Buy Dnd Polyhedral Dice Set Bulk Dice Wholesale,Dnd Metal Dnd Dice Metallic Role Playing Dice New Dnd Dice,Dnd Custom Logo Dice Dice Set Dnd Custom Dice Set Custom Dice Tray Dnd Dice Set Metal Product on Alibaba.com

**URL**

https://www.alibaba.com/product-detail/Wholesale-Polyhedron-Logo-Gold-Skull-Metal_1600813703307.html

**Collection Date**

Tue, 28 Jan 2025 10:21:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HMfc7O/30mQ4OHlXYlJN7Ldlmx7BjIpfQGn7hRIEJdCF/T0/BpACyYb8r356MmY6q9s/NMaw+CWqucYZyl8CEgf3SOTOiIBc4ePjkzAdEZpi8+Il5X3ti9wCHrtI+IzjQGusvf3K+DN6qMsJGDZImu+Jb3bllaCGdDwrFf3YCHZRDCB0qCFkoZk9B670rOg01slBmFWAW2l2J5RvZ8gv2G+THvT2qdaLq+evRJvOb1YjI+X/LMLLE2XLlo0sAucFxa4+sY+H/OmQPwFPZdrNt4aEUnpVYG8qJ5GZhYVANT4wk6RRrFR+FdfYim0t7dYtJ64HsomilT8PXFIf0OqyWg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.alibaba.com[fs]product-detail[fs]Wholesale-Polyhedron-Logo-Gold-Skull-Metal_1600813703307.html]]_Tue,-28-Jan-2025-10-21-27-GMT.mhtml

**Hash (SHA256)**

10ed2bc98163d4269590cb62f0d501b8147b1b24480aea3b825c3d53599c56fe

**Signature (PKCS#1v1.5)**

e/M+lpn9ZzVwMGPPFoVFeSGtR7XIQE7QkfQOjDiGFXqYq0gMofiWc/BWwfoPKowFF5NUukL0w1Zr0z5Z3K8svuH/qSY357gktc6H4iIU/qmXtDVg67ORe1DOJfZ5urGi2ictyCrdy34cAfBeIlGHNLY3muiSI+QDye/HlENJ8EXvVqCt12HMZ479eAfbUqghx3ay4jigsWmCF9Sxwg4GmBpznLfALbl1vT/5fgkafEr4xUWPPb0K42n3alZ8MpRUUHGeJwlYgRT3vCewEwjfPcGGNFwx0mOQTCSvqt9cUekNcNm2yZ9PmL2JG1mVGq1LVOPH2P8sFzPuMp7jd00jHg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Manufacturers, Suppliers, Exporters & Importers from the world's largest online B2B marketplace-Alibaba.com

**URL**

https://biz.alibaba.com/contract/nowBuy.htm

**Collection Date**

Tue, 28 Jan 2025 10:22:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LUiKkbZs9+0d5d862057ncyPCMG+VSG16/mh7KcjIvTN1SY/IFPmIIQiB0OyCuri4rnruUW7gJH7/h2GqJRv+WHofaFiOm5ZvmsrDzpFxblAAXRLLfRtXRO2CGcIJU43Uukr3HMWCmTpO1SacGwFeJqRX9sXiCHHAjaNBh0kw+tuIyASwc4g477L8SQg2E8pI3xvpq0EUSoHesiv2zq
+VuQXy80b34iEBAxnOSksCJ4yjAPFGtYN+6BCvbaAciiUv//1LTmh1MBKfbMhY1uggE1x+0b8YiKd4DSh8hCDOMkR8NK5HSMMi5BCglMCPyJ42xooMX4G1CassVy0Budnxg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]biz.alibaba.com[fs]contract[fs]nowBuy.htm]]_Tue,-28-Jan-2025-10-22-51-GMT.mhtml

**Hash (SHA256)**

c87140d07096962a8ec71adf6a72f52dc4d8990612074ecbf5e100dc7c5e6595

**Signature (PKCS#1v1.5)**

X5dMInPBv3oqvKr51V2faGcC/B+K0I/sYyZ1Zh+ICDr2cBsR6pTAMSzlFlCYud7LZFvbdqG4tkFVCDw5EZe030yvSMWDPE1/qDnrS8deT43shSgg+ZjtouJHFK1LONeGaO4PiO8l7kVHTLjD1U
+SoaUnhvnrXBVHLKS9IthdT4Pw8VPp3H0Cyb9mxYqmJeRKJvlw1Ra7id7bCap9vyvLx2jQcSroq342GKQNUUdSn31bX5p6fGmTDvcyfQBSQ7fzJnVWg6j6rwaEN4lPT+vXdxo83X7FNqQssRhaZHm1FNCJjU300nV4oiS8qh1CtJCPohPzLo2QnS88cBGafs9tOA==

Alibaba.com

## Start order

**Shipping address** Change

[redacted]

111 NE 1st Ave, Miami, Florida, 33132-2505, United States of America

[redacted]

**Payment method**

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

**Items and delivery options**

**Sold by: Shenzhen Jianai Craft Jewelry Co., Ltd.**

Delivery by May 15 | Shipping fee: ~~USD 758.11~~ USD 738.11 Change



Wholesale Polyhedron Logo Gold Skull Metal Dice Set Warhammer Board Game RPG Dice Accessories DND Metal Skull Dice

Min. order: 100 sets

Color: Antique Gold
USD 6.50 /set

2000

USD 13,000.00

Add note to supplier

**Apply for tax exemption**

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Need Help?

### Order summary (2000 items)

| | |
|---|---|
| Item subtotal | USD 13,000.00 |
| Shipping fee | USD 758.11 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 13,738.11 |
| Tax | USD 963.07 |
| Amount due | USD 14,701.18 |

You saved USD 20.00 on this order!

Pay now for **USD 20.00 off shipping!**

**Submit order**

Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 55 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2024 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4