

# Evidence Collection Report

Page Title
Warhammer 40k Bolter Rifle Upgrade All-in Kit - Etsy

URL
https://www.etsy.com/listing/1164193787

Collection Date
Tue, 21 Jan 2025 11:36:22 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stannou

IP Address
146.70.226.173

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
03Wyr9lbSFghuM47J3hNCrwP6tgU06KRyQkOKHUcPTwfiPQ0ujkRQUcJyCakrygjxuxwenzC4XruokBgtMv3jg8OYXf03hHMapR1ex42Hcoft05X1rwHc8OZv6HjXAohmjxUZvM8tDYh
+qDngUUUncKPEUIJkt4iMFquQzyyHdWyHXv1zDMHrk3oKmfHrdWT4qUZ45KV3XZ7eHExKH6Ho5zVp7gZLhgLUz7Xy78yMII+5oLbMKyUBAQKAhVa,Ats3ADkBymkhVwOmXRDK2OpHkTxnMsdiaiZueBn4A4isiXYHCe4y4ZY2Z3CSAsss

SCREEN CAPTURE

MHTML

File Name
screencap_ZbHpsQjZh@5[www.etsy.com[fu]listing@jv]1164193787[_Tue,21-Jan-2025-11:36:22-GMT.mhtml

Hash (SHA256)
cda684ef49fdfdd04342c1b53eb4d224163e7a7e1dd61fd9d03960338150b36e98bc

Signature (PKCS#1v1.5)
84wPFY8ch7teaz1jrzQ3zwBhsZydW3hdjxbshX149614DPffNChV+rPfkSJudQvJ4o1e38bMrfLfcvsOD0Pfuce0t8WiQ4TZ4oj5wDQc0VfhJgs4Q72GjudcwZK+Gr9yV4XdwEh8DAZ2a60+A6KZZ2debejRQqLdrH44mNN2uUgkIrTu6XyUfGZZD0HxFr8Br9fbcmWw 027PNjPh+
+wNmmg0sfyBQsMbgfQLjbypa2CrV6xsH05usFCww1QVPNeboU2+1faU9gMrBkfcHSD8+TX75n78jp4iKmZWHMcmOcy1D_2Av3Afx6pCzKY9VV3fsBAMiAvh9u_v00wUVchP9axzoQ6Uou0llowa5QR44



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11170663193/review/review

**Collection Date**

Tue, 21 Jan 2025 11:38:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

146.70.228.173

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YNyOfDFyAc9KNqcepHCEkGogJv4x5liC01nDZjS/i+a6QCbA4FCYWMiju4DoTdjK7vgy6VSOdZr2eSMFzdN3HEnTRZkBxEkLkIEd+9VAge0xfdOiWvDwxdWOodVqp33rDgqPnWJbXAHD2DecXJzZ16N9WKxagVUrmX1oioNC4TFM/MkVRwKX9fo9p23TpziD7Vgv+FicllmRlJU3XYqaMr1gA8AeX/55koGGhpJoq2eg/4Kiqu/KL5WetxSGgmXFXI9kV6+IPYtiirBKVwhChT75XY6po470nuVUXIaAeJ4+2wKEzUF1j5Sh8LXPpgUlRrMn4hFWnjDWfQW1cS4OAQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.etsy.com[fs]cart[fs]11170663193[fs]review[fs]review]]_Tue,-21-Jan-2025-11-38-53-GMT.mhtml

**Hash (SHA256)**

8dbe3ecb1b43b3c0d1fb19de94895d0492862073e6896380317e6bc775f1d16b

**Signature (PKCS#1v1.5)**

ni76NlLYj50c/JX5g+QN+mUmrS/hq1JA/NwoRs4idtvtHkGq0qG8LNNp3iVvMzvFgzGczDeDYGfsZ1i9E2Lsijyfix LrYP2c00CxAJzxBBqsJOJ0hvq5EhZd1UUdyXhhct5GO7kyuS4VlQU43Kk/l6F3ADD7wlZXLZU9BsFHywYf6vCneehf73TLdqN3nYpoG6eg0nMAqCeTBSG0lJZWv3VfYAYFDZNXoSn+eeAX0MpuKLWn/JTAfJiqjuUmjqLBcZzENlldwCzSrZiQT+GnjYUtdxe6mWY8nOmxzxhvyK1pX7kVMfOtTdAdykVvU+oCMuL3Tbq7mB2XkgxKrQrv+Q==



AXENCIS
Investigation Name: Chris Starras

# Evidence Collection Report

**Page Title**

Ruined Citadel by Gamescape2d Dungeons and Dragons D&D Wargames Dnd Tabletop Games Scatter Terrain - Etsy

**URL**

https://www.etsy.com/listing/1229008854/ruined-citadel-by-gamescape2d-dungeons

**Collection Date**

Thu, 23 Jan 2025 06:11:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Starras

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (RSA) / PKCS#1v1.5)**

PEmf368KDxKpsPh7G6P6nBD1r6CLwV7oV2WyDtugfM3cGkFZHz6RcXvE6XpRPgFMMf,mzdwwwsDU4rCdcImr1tJAsgs1WKCfopefa7AXos79hDJkaeB1yxSEDGFkkG
p9yQ4JfmjOjsRQ4w9wQ9ChzVYxyqyyB9zQEYlEDI6beFWYfWw2jJzTNHotgHpJ7QxJrhaEl0gPhEuJ5yfoxQ4gBhk8vk7m1FYTHgMNgyosZSysY2qoGxmH9MiNgApyESp2r+

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[DHs]u[Dt][8]www.etsy.com[fs]listing[f]1229008854[fs]ruined-citadel-by-gamescape2d-dungeons[].Thu,23-Jan-2025-06-11-24-GMT.mhtml

**Hash (SHA256)**

1410fc2de3d6976e57e567ae4f217d60cced7db0cbbece1046ef6b68feb7d7100

**Signature (PKCS#1v1.5)**

zVeOvLSGoL+73PGGAXoVdM0Io9W9nRW3V33vK7Kp6z4yZzvghcznow2gT00bsu1Yhpr7GbJu2zzqdIG9NdRRRUvZVH4C+VTb9JxaRT1pxSEZDFkGq6y0s2HbAaUKHoav9q9E9r3cUl
ED6kpUD2vJl9D1SGn0oQ9r7wjR4WFMVvUaznk6Abv9BUPRAAvVkxogotZVQbJSiumr3FR3bVJ24XDKUo+mLm5WqOd3H0SxG7A4y4HU7T9gXUUPbyTjgHHN1jpmEXZSkrVYvO2VmpOebBbkwEBmrQ



   
    
     
      

           
           
  



# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11178779093/review/review

**Collection Date**

Thu, 23 Jan 2025 06:12:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R1Jc44zAq3Gh02MElo8NuM/4Rw2gC8hB3bhy8FyOBBmlYpy3zV2ndkAkwXMhxUlbKI4+acMiyJSmarvpefMQo06em0FPzGiMijuqRw9ViiXZc9rHeO
+KzkSlBAKYNLrEbf438/0UwAweGovHEVQglxCTCqE19biKR3KSSA26QnnFLEYAkCoplotr4WEzkM8jv/5WKE5iNPLieYa87f6AsUyb2tCDtqyzFZJf+0aUNo/XmMPYwn8V0/XYqUKq8eGPKJ7ENfxZiQ2THofnv9eDMOJMhjJREmeanU
+76ds3vYmUQjolM2+sXSizlNWdnNXcRZsxCRdcKwyPr5rtdK2ig==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11178779093[fs]review[fs]review]]_Thu,-23-Jan-2025-06-12-06-GMT.mhtml

**Hash (SHA256)**

c48574a0eecbc9734569713787c08af27088a262eab807f895d13e24e3afd408

**Signature (PKCS#1v1.5)**

WICk8O17ysvxaf1RQl/4VcGSNLPx6kJVtKqPctX/ij6bZASnBSm86QxfuQXk20llAKlTd/2GTAvK4M7a5wof6C72PVCy7hbnXGG+pPLsRZ+iXBcQME38CkvZmolrDYkawud0WutiLukPzmYUPHJ9hHH+ddqD3p61i6dFJsbnGH6eC21E8Wcw+SB5LM0lnidst5gbAljkP9HHYiWChSNY1pF/
XwXQqfosikMtd2MKuHbnkbrKMlzna8Br0p09GVhk+hYpyse193i1GsyzbxhiC7qesSCYtRofOpOUjps3bO7wzKiQJPhexRxjHTM4igRgFW3U1VMLM09Ngdlcxi0iAqA==



AXENCIS

# Evidence Collection Report

**Page Title**
I'm A Tank Warhammer 40K Ork Inspired T Shirt - Etsy

**URL**
https://www.etsy.com/listing/1354160834/im-a-tank-warhammer-40k-ork-inspired-t

**Collection Date**
Tue, 21 Jan 2025 08:49:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
146.70.228.173

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
a640cd2Gc10dUjd78fdHb40bfc14Fyd8eCfyb02e6jbf41cU431AKrHbdp_Uc0rx+GK3oa3OdfMaq0q14z3sV+gpyY8Qb_bTbg3sFxvf98eBfj7GXrDvcFsYQ08HdrtoG4jW4bdhVrgG7u0e6mcdog3DIQCeGGHHHHoW3z4dWZd+UqtDK6nVBMG3WEyIm1sLndf3z9x4jUU3BgM50uZXcJ

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[9hlpoQ0h]@www.etsy.com/[iLtiing]0p/1354160834[h]m-a-tank-warhammer-40k-ork-inspired-t@, Tue, 21-Jan-2025 08:49:52 GMT.mhtml

**Hash (SHA256)**
8630eDfc1b1d3179eed22344Ahf11e2eolc1a3f013e4baf88f80bdhba2382353

**Signature (PKCS#1v1.5)**
fen24bbA166b3ukfaG|LfsnJPwuZJxmWLsT4cUS3c0GBaPw10FqNdsG6YbbAaqNiP9pbxv5TJszL1n6PT4iIx2ZBOZ2O3GeutR7FmkMNXzu58lbb4zw2D0X0MCMnqB9zUbaNnfi1tLhaB1zBaWujw3aqq8zj91c0dvYktU0rGhmcb5d3J7GU9mSjVtkrG6Kuq5W7w9kYwmtMsaOKtXeAa56acxc



     



     

    

      

        

         

     





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Etsy - Checkout - Review

**URL**
https://www.etsy.com/cart/1112802140/review/review

**Collection Date**
Tue, 21 Jan 2025 08:50:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
146.70.228.173

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Y2TuiBCj4k1P8bhGbSHat2+1qS6Qvkh6qc65Jkj0Fqas30xrzRwYRkDWWkAiC9N3xAk88/
omI96SWJrCOOcSsExuUKi7dSp4CiMv2V35LUrWcATbh6mBNMmBepRirwlIoUUnPtY89Hj1D/7hgWvpCKCHI/2CgkREP7dKEXpmXB3LG0I6jd2pFvMkkZOqsfmbXCNnfC7NXyvTgkoATFi5RVtXBkr53stCoLVrW3xDUaMemEq5TXjeFh9qTNvYX2EGlLo/
cPiyW3C1inUB21zIRdTeKD2JzBIe7oMS9vVGmQw0IakE7shDc+Yyuey6rVtPw+LbqBwE4Pl5MYdxx7pTA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]1112802140[fs]review[fs]review]]_Tue,-21-Jan-2025-08-50-49-GMT.mhtml

**Hash (SHA256)**
216fe9cd16d09cf62ad65cab14401d68526733e4ed68cc392b516fa4ec768481

**Signature (PKCS#1v1.5)**
DaUVIUZVU/SbwUr/ei7RhnapWYYgp6yW4AQS2Po0t3AAU/Zk8Z8RAd3vSbeumpH5ZR+R39wbF1Ol5kup5Al4UgGAht9ViXdlXnfiK+8s8Zx02dMfqSOJyfTEb1ezXAEMe09MoxMMFnEkTxlt50W/bVwbQyziCCimeQVEOy2uPWzVt8sv/S4VL98QEEenuiryqr8N9gEtiTkExYnJDyBdLgxdDfDlV/I/tzg
+i4JKuZEhNJ9dC6aiL9Szxc6ucb/ehKEB8cHljfu2vjZ+RyWu5c4mPUg+RhoPQN6Jtzuon8SjGYjKZYReSHa5gwKKfbEmxPxRmX7y8WCigzpKovfBOg==





# Evidence Collection Report

Page Title
Warhammer Tool Holder - Etsy

URL
https://www.etsy.com/listing/1698960728/warhammer-tool-holder

Collection Date
Thu, 23 Jan 2025 07:42:21 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address
37.221.112.230

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
E5x+gRfsaTjX9LhNEkQgQQ9+e6pFuIkH5LqC5U-LUInVZiQYwIzwuz9LakXV8IFJ-dLEQqk4CEFXkqWP+NwCKf9EUqbUPUoJbFOv7uuyk/XnFhkgbMyIwxZbCI-J7TKANKE2Ng6AFGyHnKywGnkICkftMHHPFGT7HeFyfYGEdO6Exq7822BL+HQ69GDffyDN6EFps3xtorxVO5uXKV/ofIKnuSWetGPf/vpxjPDdxsZ+D1HkbGb5c3nhqH5t1Tmg5A1+vpP1lj6lJgSdLK65t15hHbnAHpXdFvaben9mt34vdgw0JX0kE8cKe4to+voVfFOtYw5qXnKwW4CM0+

# File Signatures

SCREEN CAPTURE

File Type
MHTML

File Name
screencap_EhfpdyD5gRJQwww.etsy.com@listing@Q1698960728(warhammer-tool-holder)_Thu_23-Jan-2025 07:42:21-GMT.mhtml

Hash (SHA256)
3fc362836fbe60e5026ff0586d790fa8d5116fe08d558d434d88efe59a6e

Signature (PKCS#1v1.5)
B7X3mtUJ/w3525389OwvpDp0670J3b19ie3aJxr9611ikgtTF+MVU1qbo38BuL7lxKUtXbM8by1E9YJQ3LIv+3bfTvyI0IX3oGkYS7jZm4u9xesJmthR+++yKbGSWt0mxCP+CKKXpxoQdtD/dhyxidLaxtbyz+2WNnOb7bqppoGCNNN+Hjw08J7jx3HmC0JtCMRyokrWW4moPf200445sDb4ixD0rDnmCpDp3PZLQM3oJvvxSs9xf2i/4X5J10yg+

---







# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11179635016/review/review

**Collection Date**

Thu, 23 Jan 2025 07:43:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kbsTxZvRzHhg8mCi29z7RYnkbt8KK3PdzqDl0jACbJZh9WzRPHLO6rOYzyxcMnl6feOo2D7cEmEClnMDatM8PCfRUfOG+/j1v5OZKvESPeETHWhN1L6REDnw7Lr6SivbqxRdS/8y8u+MDCJV4IPW2P06gY+IbOtrn8zqkTwkTIM/AFpuG3s7SWqjdUtZ9R6bMGenVSr6UT
+0Vnau56iJoSlACnJ7rWe1MFMloOEhlbe6ektBWrfUM+rF8IBj03fndDiwRuK2w4FPRLc3fJM0I7otL/3QCVD7ZyUrhziQxWsMPEY1GAuY1a93f4rbaY/ij1ohvMN0pXldhtrqKWjdhwKw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11179635016[fs]review[fs]review]]_Thu,-23-Jan-2025-07-43-04-GMT.mhtml

**Hash (SHA256)**

e0e0c9ca8b23080c2566c18ef9b462092b5f0e93d641fa3b49d61f137d2be60f

**Signature (PKCS#1v1.5)**

fCX7HuCSkRVPBApJa16gKz1D5eTCLvqBdmCst8LfSY9fUsrIE5c7IPTYBGX0nn4/6ITbtFh8097Ia/czQ0wgbMgX/9aKaMroqlY5YL97jnL6P3MJJmQX+wwVgBGfaWY3p4hRKYSui48QGeR5i/slweywahz1L7RDY1JIwe
+yzKceYMShvvKm2SFmjFKF8u8hDm6GyrHB38Nbz3W7P59l7n390mfKkzVbsmrO7PIsBgpa8qPEZNtWOg6ZmHk0NZio4Dd3/tmQUZlPLJExjPS2kqRonU6r2zJavSM5P1QPrhle6jvHUqgVcgz/elvr9IEXvfOyC25vpzicW86Ugw2WAXQ==





# Evidence Collection Report

**Page Title**
170mm Oval Rock Scenic Resin Bases Warhammer 40K 40000 Aos Age of Sigmar Slate Stone Wilderness Bases Imperial Knight - Etsy

**URL**
https://www.etsy.com/listing/1644922339/170mm-oval-rock-scenic-resin-bases

**Collection Date**
Wed, 22 Jan 2025 12:00:30 UTC (US Department of Commerce r NIST authenticated timestamp)

**Collected by**
Chris Stamoulis

**IP Address**
37.221.112.220

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
nG9lxb254BFzj3oVr169 qWh+Nu+d0pbAUbjgNdgdzUqbJ+MGLkYd0FRfyFwkkzC0RhZwsEIfMkiEvzLu0HUEbjr6dt46vkbF2kAxDXKhNnmyYi7aHntKGCTcaKabzZUK0dkQ0dt4oSQvBoIbDEkpOrVb2ZFIg6YtzQYVjpHkZeGjanrTCGUEZML/rsy7Vdi0n4mFrm7XBZezpsLFwe/
PkS8DSSj2KF2S1YTlZ2mhSQnKn2tczJQWcZvF5asuJbkf2ZBrsVxsf0PlY3d4kGaRxK9yqCBbyGfJPfrbmXbU2CuAWwhqhUjpgvJeSMQkH+dCoeHS1Obgn/yZSA++

## File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_jJhtyziUjS2hjXfGwww.etsy.comJ5JtsingJ1644922339J9s170mm-oval-rock-scenic-resin-basesJ_Wed,-22-Jan-2025-12-00-39-GMT.mhtml

**Hash (SHA256)**
40dc0818t92b5e10929f73faeb8ebhfJ4tct29f370ff1od52e55cb38ba7bd869

**Signature (PKCS#1v1.5)**
iwK6wLBc5rbDBFNqoa617zzjbxfaBpKWQKA0jJbBoHMfbaaJY2mguK0nECerC5N1vneACKTNJa28viK02nU6sJ0GjyJ5LimEcBSstv3CN7ZHd0lz7wQf5h8R5zxiH7JMGg6vfzkit40vtkRkXnDJQN/uKEm0vO3fv3xQ/7VmyNWjp3VhmCt0vKYDrMJe36vCjBA+kXTxyJ/WH6CvDXlkroaxc8nX9DGv98W/a1l1oXtL8jqPqhBuLfaX
jJc3mgZOONIScerAAUygaBFXnV0WDJoeeNvunFJyAMbFLtq6BboHcWHPP7Hy0FTG0ZBcp3covtfwAR7PQHDpEK/+WYK71oMkSqNzLuzVtYAzpLcfUjd1n2i7TMnyYoJo6eBFQSw+AmVqoROrBidRfNiOcJ5/

---







AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Etsy - Checkout - Review

**URL**
https://www.etsy.com/cart/11175013663/review/review

**Collection Date**
Wed, 22 Jan 2025 12:01:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
37.221.112.220

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
h28eASkjr+qEFCRiG2DFBnV3xF7Fq4IWrUXl7xikbCmyKrDIS2tkHji9l0FhwfZFM6SZ8JUlflhMqH8NGc/9Z15rsj8M1L5JhU5i+ZQZhC7IjdMH3109gt0M2ofRzzEoTjKikzozuMqLszb8LxrW
+VtZUQ6qVBVKjF1Fbh0ciam6xUMR0fWb8v78iuMGi5LRs0mTcZscIKjEV09Ek7x4HhmFdN/6GY4w5Ri5s82NM+jYps6hbw+WBoG1LY+zoX0NkY7uqCFJWWsSRToQNgKP/Rr6PFUd5HEww0hEXsvA4nHZAVTZy3qyoP0emQ/6dDp+WiZyT9gIqxTrP9doOpTvqIw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]]fs][fs]www.etsy.com[fs]cart[fs]11175013663[fs]review[fs]review]]_Wed,-22-Jan-2025-12-01-09-GMT.mhtml

**Hash (SHA256)**
4a579e7ac7dec56b7c7fa342650d81c1c077b91a5616b78646fa732d1b72d8c9

**Signature (PKCS#1v1.5)**
YiNg8DHL9vq4P6wqYy2hF1yvyNFDNgDIFT1yTx9qUXbpBXnpvnhmTKPiZ/e3UiC/iRzCDTxa2rISIQp89ANwT1mtcZyJdM+I1UIEMI22wi0biT/7AOptWOydEWEbgTtCt5JTnmRX07RpqymepPGHzLw0Q4hgC0H40ulFmqlxlnrFaGEnJTGKS+4CqXvLJI29OwRs/
bpZjoP40LRfpZHwYJtggfMisUh0jOTVMKYY8ZEMAtjm0aDEaq94dMVADP/fTsFErjVo7+O/K1gLFEo6U6Qr74kwYaLgwUxTramBiLu6qU2S1CZ+0vU0wgZP6VtAcv9L7X6stbzXzHPuda39g==





# Evidence Collection Report

Page Title
Citadel Paint Rack, Citadel Paint Station, Paint Storage Rack, Paint Paint Organizer, Craft Paint Storage Rack, Paint Bottle Holder - Etsy
URL
https://www.etsy.com/listing/1519550011/citadel-paint-rack-citadel-paint-station
Collected by
Chris Stanley
IP Address
37.237.117.205
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
VavhprlxikJyGttUfx5jjSGUqheCJg5XljJyD2ecNoM0smZGSgmgy1Xl/q1Mj2/GBwe6bguX1xifT56ECCRfDHVGLh32uAAhd3CRT2XalJdWhIMrDL1Cxdh5imt5hiouu2QpRmoX7T5ixIf1ti5bWvbL5lzVbMRJKTAKJSg3bJ0pmfCCJpGqQOr
ybQpZ7MMzGZBAfSdhQUmGggATfWNuGasd9NRMQ9/9QXILRRL05nKj0MXd0ATx0wzd0zv0mfbKpBNhbDqvdUzV1JrQ5pqNsd0AT5n5E0dJ/qQC7+SEDLTGjBbNsTwp87Yia5GlKbQ7Q0kxt

# File Signatures

SCREEN CAPTURE
XHTML
File Name
screencap_ZbhpoDQ8Rybevw.sha.com/8ljfdstmg8Qf4rl/CB9287/2fxQGitadel-paint-rack-citadel-paint-station@_Thu_03_Jan.2025.07.48.56.GMT.mhtml
Hash (SHA256)
fe55fdc6b10bfad0fb94a142a20658d71fb4ef5584dbab23b7f73ed01w
Signature (PKCS#1v1.5)
Pcq02bvzD0GhZbCBZGQQPkF4zGbmmGnm5S18DFLvbqbWGdmdZF1dFeGdm/7+kSSW9MkQ7X7fNjbmhpkkzRRB3Zs0cQCGbmZSS7zMGmw7XXnSWZ2bDMameGGd2BnQLp7qCVn02
8cZyBKHSnCcOLbzLwAdCAGTQZYGNLQt+lK18lhpUzxsfDsmqWGegHnuWHqqXClyJAfHRNUnhvCCJbyXPbSDsbmbBZqNqNQnDaAMvuGGd2Bdhhh2dhsTCvQ04WG4XnDI5gZqWsapGGQLxQb0a+c



               







# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11179642502/review/review

**Collection Date**

Thu, 23 Jan 2025 07:48:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b8Z639te1YH+U3L/bOKMMnwXfovIAVF3s2qc2biEcGX+yvdULDXV8bhANuJdAJ2JqiiQUQp6w9Ome+b9R8e0pUj6klUQdqkTLO9mQD0LlmLsOpYgQvoE/4B37KXyMi5LQd5nz7qCsHGJ7LSqI9GJuHAgjzciX4Oya3oaKqf5YmIRw0u3ztptPJ5gn027EbVE6BQcXn/a8agdjTwvTVA9QRO5anI1IH1sQZIg+y+3CkJqdX3YZznAe6dtNqr9OcrS2Ig20Hmq1Gz1wXi3vJprWCMOAoVga6V9aDMEZcwmaAm66DGhbvK9UM8E8IzRDgjkS3JKUKBEAMJ9BIQX/OjUQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]|fs][fs]www.etsy.com[fs]cart[fs]11179642502[fs]review[fs]review]]_Thu,-23-Jan-2025-07-48-10-GMT.mhtml

**Hash (SHA256)**

952de55a527bf2ccd80b6cc0b4a2bc55f24d0746c9b253db5edf4f28a2f60753

**Signature (PKCS#1v1.5)**

h/COtjAdu8fqIhsQXGEeVWQbdkLJ80mhhq/kheRlp3iwHH54GnzbNsOSpdhjz8HDv31CiE+H3WrqrnsCbphuWMZEGP8W4xbW7DnUJeGiYa/y9OKwtrC6+E6RNzQLbrS8e2c6CaV+Ph3Ir6lG9GliekO2oQNBw05wMk4r+ThRaefzKSb9pep9ROnxKzVg/2brqhud/9PV15/QzinIVHbkQZsB5Lyn6+08l+9gVio8HWlawDj4uYim9OIEtpWcXLUVpZuZIS5O4RFEhI4Inzb3W8sZwmsfzP7E2Oq81eO+6qGRsnf5c2FWynCDncSEWUKDHQYJqsXtszJTgIYHIauw==





# Evidence Collection Report

Page Title
STL FILES Cidadel Paint Pot Holder 12ml & 18ml Print Your Own Anti Spill Paint Rush Oil Single Dual Triple Holders - Etsy

URL
https://www.etsy.com/listing/1744668785/stl-files-citadel-paint-pot-holder-12ml

Collection Date
Thu, 23-Jan-2025 07:24:15 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stamos

IP Address
37.221.113.229

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7)

...

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[httpsz[d]efqsec.com[b]stnnghb27144668785)[k]d-files-citadel-paint-pot-holder-12ml]_Thu_23-Jan-2025-07-24-13-GMT.mhtml

Hash (SHA256)
3f067ca4f2b11ce27d2dd6bex4f4b89fecc2b7ad0b8afc31ec2ef83cd1188675

Signature (PKCS#7 v1.5)

...



   

       
       

  

         
        






# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11179607122/review/review

**Collection Date**

Thu, 23 Jan 2025 07:24:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GdlUDBn/
u1bDogDkbzupwzrbCB0ncaproYla01zQp3F0KbUnWAyrUTqudCKgaXub3iBhUoVMzCwAuQUxvNuzUUOLkE16LwbI67VKm0/6hiMkXfcrmKLxasmtBl3Hq17HIqXVH6j47RKUi38LyZaAP3ohpB2labdroj2DYGyZFXONTt2OnMilfMw5z93UYkSWvc9AfM2qQp5e5KuQg2ED8gZaeuD0qH2w/
sdmAW190/waNIf9hJ8VPrCNFXXfwiOLqYMNC5UG+IfEChyUwDcSHhsMH5uJEWeTrmbiD2IZa/uOMMCF6M1aDyBYkcH2igWOeSHtHEIu/dZXkGibZ/mN8Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11179607122[fs]review[fs]review]]_Thu,-23-Jan-2025-07-24-49-GMT.mhtml

**Hash (SHA256)**

2254cd07ed4ba8cde322ae9372c8a41586b19c1939e8629197d67fe1d1098afe

**Signature (PKCS#1v1.5)**

UWgAnmRv2ZVnZEwP3KFheu5k/WpAEmlJqRyHkbilv3+mxvghQZjEXmVfoWfx2mcS1cw89sfpi7n5NvfPTgnJQ2E/mA0fMOo1S/
IUx0m8Vh7lK0gnLUFYwGA6uRoCJPuKFHd0R96WAHe8tWIyaF1oXrpFsewPBROBcWC9U0MKF23Fim9hnb2xZ66FYqEoDBL8yxN1HNC9TAqgatYuhL5qMM6DBv7yEqXJDc4sJ45aFFNbKCipMLVJzyj9J8/bH1u4RMCEcELe0kCvsB71nT2ybBWQcQWy
+3nLTYiremhI7ds9KKAFWIdZt0OPIWi6DmWtDklCRzAQyg16Nemxnmx09xA==





# Evidence Collection Report

Page Title
Citadel Paint Rack, Citadel Paint Pin Holder, Wood Paint Stand, Paint Organizer, Paint Jar Holder, Citadel Paint Storage, Paint Storage Rack - Etsy

URL
https://www.etsy.com/listing/1835635946/citadel-paint-rack-citadel-paint-pin

Collection Date
Thu, 23 Jan 2025 06:41:39 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address
37.221.113.230

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
LJu9anr9cB5LkVVKRbwQ4Gr72jVOrnQM3LQ5FGkuTX6RhKydUbf1vBXjxpzBh5CppyLMGVkGLIGMBdnr4NRegGoF27uGYsI8Zc9Gcb5zXKV+XWF4rL8uDkC4kFbMi7Q2+QbMgGEHFhJM6gyjHUSf6wQKsy14h7orwAUpDkkuwaB94zrwoUC7bLv8hjwfGzvt2b5l4GyiZsosGdG8uuw2Ttar0cTdAhXYjeQ7
+7grCdX7bsNO7xSG8vCRnW+Q3itpaStUKdDkLdZzcJPZQXrFT0tefxWQpAzgpJBTrH3AZ1wAkEfGzvt2b5l4GyiZsosGdGGAd

# File Signatures

SCREEN CAPTURE
MHTML:

File Name
screencap_JlhrpdJjdf@www.etsy.com|Jlisting@1835635946@|citadel-paint-rack-citadel-paint-pin@_Thu.23.Jan.2025-06-41-58-GMT.mhtml

Hash (SHA256)
e04e00f0abeb83bb907023586b6b2342ac0279fbd3b402420ef5aead4cb4c821c

Signature (PKCS#1v1.5)
MqzbT7jp7VjZypoHFQ9DWLp8fWLmjPqdt/1/zIbSGRKpTVjQyjemnMKLjxpYfVpuwpcPPBsW1eUy5pMYd3cNKxH9rVFpHpAdtzA0f2S5lfB+pj/vT5AKkdZWDxfdLFQY
Qxe8B8GUYdkCFpVzAIaxB71Wm9Q0+SDC+1fzfKWYd4j8zpdRfGTbNJ1wXdxaaar/1aZybJLN1PjtfjTF6t7r3ewCL/JlwaWfmJcAVeu9tdFT7Wn0KeJDwWZCTwWPIkTWyCZiWVg-wQ-b1R00+QhJfHBzMJ4vb



    

    

      







Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11178837655/review/review

**Collection Date**

Thu, 23 Jan 2025 06:42:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Zm83+Psnqr1jaLtgfJHwh0jkY/+mMg9Gi+ACaA+be7Pi0PhhssU7Iu34DISrvw4diDjOAN353mb69xpM9+UTq7bUXuOfbE5FX34zDJagpejJFZZN1vE7i3cFXE8nm5zyNLi7beC8Ss31skFPHyTbwkMiHPNdU3U1WtvcEgUpeBEue7h/EDViIvX5gsjW9R4iWyUHXMvRg924AHf5tIF6gGCueCJofQjReKFRCRWTVXjBXjSvoOJbIAdTx8WmZ+yVBZyW6akeXBjlFEHoZM0C2YuWE4WX1eodLXM3VumQydxZcp2/7gWOK7Zt+6qH3rEyc9cxU90OIV9sSk1btIuLeA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11178837655[fs]review[fs]review]]_Thu,-23-Jan-2025-06-42-24-GMT.mhtml

**Hash (SHA256)**

e09f9104e6b033d8e838102cb5276dfa6c1cdfdb4575627779954fe9709129a67

**Signature (PKCS#1v1.5)**

eoXaAuDV6N9Xlo+LT+ovtIaePZJuH42WBirv9Fu6Ce1gHsWsHWFTEGkr9qjFnOWipcygtfDs9jlaW/BdStxOETk5/mgZHB1Mf1z4x7rIlF34LlPuRTpaA5qLpYC4MOn+4KhNeNZUTK1SdOWtVDL9V+3RuZxPGC7qkneU+SOBB3GNYvlyTC+EyjPhKsXmhFoeODPVDo0OgKuA8Jky4u/GAeh89gfWJ+0tYuI1QGMN2y1RpT2fA5dG4eFq/Til5bZlV9Aa+r+X3liPsWSPveswQ6WHPbbS8nbiekLeilT0waljPiLrfPTORgYb7g/MmquhSINXtolY9KWLuF9rtS94LJg==



**AXENCIS**
Investigate. Name. Own. Destroy.

# Evidence Collection Report

Page Title
Warhammer 40,000 Space Marines Led Wall Decoration Adeptus Astartes - Etsy

URL
https://www.etsy.com/listing/1805156643/warhammer-40000-space-marines-led-wall

Collected by
Chris Stanou

Collected Date
Tue, 04 Mar 2025 10:22:06 UTC (US Department of Commerce / NIST authenticated timestamp)

IP Address
37.221.112.239

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/133.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
haFNtRxPn6cWm46u7LJmjAvBAzPGD3JTV7Cadhy5u0gUPxd5OWFBs0caFf86816GJS41Vkd3GCGadfLax4JgQZdcp3WgUZKDFI5dh4e6n6ffrXxUFMZ42Rrss7/f/wZ7ZOzgL)FQwkNa/
CPHm5S0jo7n4RsFW0HMozhksgDS4zDwdGiDTbdc0TngUG1UK3VDhmdsaeVUI0FWyCAaSB41D4zDwd+bdkVUI7nIE6qGG3zNCVuSEVGf0STLUbKSHHxK7TxZLUbKGqqeeRoWb/1snobCiqNzpe8zBT8Lu30e0LJBp/EzYvivr/1MPdt9++y7YgHQ==

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[I4pbpJj00fRJ0www.etsy.com/fJ0lstngjfJQ1805156643lfJ0warhammer-40000-space-marines-led-wall]_Tue, 04 Mar 2025 10:22:06 GMT.mhtml

Hash (SHA256)
8fb1c2241bc05a8683c26ccc7bf5d53620c74a801fe4e02fe025e5a0 af0e0fb05

Signature (PKCS#1v1.5)
2buYv3D7jsvhtZ8Aju00bX4ULrXZLI0hwyBdTnmHvg4sfZ4ESc1drH07sFrog1g7cZtJ5pKh4xda1w5Fb3b1LKGYFl813Gqfc5/IG7bf04ClM0v64yg4eBQ73D5sXDM30rJHdebWsmW+f5BOnUmP8bqqpL6iedTeaRbCv6r1pcmBeXYRgTbXxrl5VhWoVUSSU7v+kaS7Gp7J3K9jxAMrFFS16g7IbxTwr18F1ak3LinuSkDskaFekmcVU0PwG6eC7/WoMockVtwK1mx6XKJd1pghQ5a0RRBFpGKBt/uk2f71UQ6MctZlpZhaxiFu



More from this shop


     

You may also like

     


     

         

         

          



  





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11363777180/review/review

**Collection Date**

Tue, 04 Mar 2025 10:23:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/133.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MQHH6F181eY31UTmozc82WCnuDuxBVw1IYVoH9SbPgMKI1La7Gy8GBnf9PP9AnJU66m0zxfFaw R4Om4OT3ysNM4E0yvC0kdQH3DWqM0CqbwXF88X67X9kv5o3yW0GxbstuntrHmm4Xqf2Xg9owPnKCd10bzQiZ/Xp5oCQiLGWT2ETaX2M9iGZ4ZkT0WMVZ/yJVg96Js3HT8LsoIcvZUEJFGMkwETtKMzMPDvmhKq2tgJ5cZD3UXs818hQtx1DvBoIvvrSZws46L/07zN+SSqP7A9/fSNkfkRcB2ankyRgeR/WlPWn8HXL0g0cNcTs+sLKS846ouj4uEClOh8gQbncO==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.etsy.com[fs]cart[fs]11363777180[fs]review[fs]review]]_Tue,-04-Mar-2025-10-23-01-GMT.mhtml

**Hash (SHA256)**

c9c66c5ef8d6292ff4fc4857bb2145104c4c9a88c911a31ae7cdf2da5f59061

**Signature (PKCS#1v1.5)**

e85lhBYavx8Jz6bSlXXe13ZA8q7y0zmwOgGVKuiKnL1iEtAotCZarn8pVOMIsklcxMtnFkcD6Xo1SdN+E1C6nC2BYr1YAiekkAnxu5ycNVw+2tqsN4zKiP5zou0mFQSOl4hNJqpdRt0C+yatIiW7IUVX6mKuqkGx7zl/oF5VaB2xhWgvA2jPgTDp62WEu4SieAXpCFVQuOo0SSI/3VvzjrC2G2dL1+PlChqs7pehW7oDFwaFweGZ8nwCGawIoAPnptSf+6xadrPxGi4yDuE6umkL24QyjzSCE1DOOFAOvQUWKAXYzINJ41G/UoFf3OogPifBnyzmYdDBaQxn//3ng==





# Evidence Collection Report

**Page Title**
Warhammer 40k Terrain Set UKTC - Etsy

**URL**
https://www.etsy.com/listing/1799496907/warhammer-40k-terrain-set-uktc

**Collection Date**
Wed, 22 Jan 2025 06:06:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stennis

**IP Address**
37.221.112.200

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
PD7CJmkKFZ7IGhqe0wMfSaE7Ft1DtDGStRuTKpHg0F7bMbtMQ2H0xDxyb9V3CHJnJ2XCmZ1IrkK+Z+V765jPsmb8Mbeg4DdbJw0rGHxG5WIDpJxEF0ZZxoo8FA4rSCnwWc5UugEgYeWNbMkBLQ8wk4unEvoaFHtMQrhGa3YeUWJjN1xT0jOzEbrqWHe4cQWrRgR7CbJtkaJB1K3vEZdyHDqJXaXSVTBiW5zbQFQuw0rkJtgwSn0e4n9iaaVPwQH+V7wtlyBgRQ8jqrGSZ9P72uhXqjVcKvZ2DWBqg1JSo1uN0CbK9WSdzLtakG0iOa7cVTR4GQrCuEsDdsMnIrbgBYhbSb0UK4YRRPFOtrquzuNqtkIGeDl60QsNphnedRytQm

# File Signatures

**SCREEN CAPTURE**
XHTML

**File Name**
screencap_[httpsJjEdyBprwww.etsy.comJlJlistingJj27994969071jwarhammer-40k-terrain-set-uktc]]_Wed,22-Jan-2025-06-06-54-GMT.mhtml

**Hash (SHA256)**
a3a3eec15e989c6d372ec2b581bb57ea966518d767972910059e50ac62404

**Signature (PKCS#1v1.5)**
Sd1YgsF7bqFMdbBdd+r5f82gSbb0rbAyZ2diB9MA3VMsSAmBwdhEd8t9uJykv2zg5b0QJUdyRMMRcrOxkKKj05eKVdSMKl9jAc+e5MdfDJMNs1dMUyO6+QoOkLW90jTe44kpkhvfJkyQ5SdSRQd8d7aOaykFfhdxE+8XQOBQGQG9eadahKeWYd29zzKnQsPH0S0xFwQSp2gEj09+Y5xdXBb4iRnDxSEN5b44wLLbH5i9lMbpLK7QP5NzJ8rSwRFSgjrzqS3YxDAf1sN9YjHp0ab1KatvAw9J46ti1i6c0lOZ1/rK9gbWyWQ08j2dg1K8jrA4t2gdZR8fCLk8fKUh8ycxf9SFVh8fKLk8fKg0gd0gO09gadwiy1SYLm4t0yKzF0fVdJKf5n2iraQf1xdL0kLvLSEQS+F+2M0i6k6q



**Etsy**

In 5 carts, 2 bought in the past 24 hours

## $64.39

WargamingBasicsUK ★★★★★

✓ Returns & exchanges accepted

Pay in 4 installments of $16.09. Klarna. Learn more

**Buy it now** — $64.39

**Add to cart**

♡ Add to collection

Star Seller. This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Item details**

**Highlights**
■ Made by WargamingBasicsUK
■ Materials: MDF

Full set of Warhammer 40k UKTC terrain that is made to the latest UKTC Terrain and maps pack.

Read more about this item

**Shipping and return policies**

Order today to get by **Jan 27–Feb 11**

🔄 Returns & exchanges accepted within 14 days

💰 Cost to ship: $25.78

🚚 Ships from: United Kingdom

Seller's other items: View all

Did you know?

Etsy Purchase Protection
Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

💬 Etsy offsets carbon emissions from shipping and packaging on this purchase.

Meet your sellers



**Chris**
Owner of WargamingBasicsUK
♡ Follow shop

**Message Chris**

This seller usually responds within a few hours.

**37 reviews** ★★★★★

Reviews for this item  37    Reviews for this shop  27

  

Sort by: Suggested ▾

★★★★★    ✓ Recommends this item
Used it for a game of 40k soon as I got it, couldn't be more perfect. Best part is you can add onto the building and give it your own twist
Purchased item: Warhammer 40k Terrain Set UKTC



★★★★★    ✓ Recommends this item
Great seller loads of support throughout the transaction and a great product
Purchased item: Warhammer 40k Terrain Set UKTC
Andrea Leonard  Dec 9, 2024

★★★★★    ✓ Recommends this item
Great terrain set, elevates our games at home beyond random boxes from the kitchen for buildings! Easy to make balanced, competitive but good looking maps with this set
Purchased item: Warhammer 40k Terrain Set UKTC
Chloe  Nov 19, 2024

★★★★★    ✓ Recommends this item
Just received it, everything is perfect and high quality, I recommend this seller! +++
Purchased item: Warhammer 40k Terrain Set UKTC
Nicolas Rey  Oct 19, 2024

**Photos from reviews**
  

**More from this shop**  See 114 items
WargamingBasicsUK
    

Deployment Markers     Deep Strike Markers     Battle Shock Marker     Deployment & Movement Set     Unit Cohesion Marker     World Eaters Blessings Tracker
WargamingBasicsUK     WargamingBasicsUK     WargamingBasicsUK     WargamingBasicsUK     WargamingBasicsUK     WargamingBasicsUK
$6.44          $6.44          $3.22          $25.76         $3.86          $13.55

**You may also like** including ads ⓘ  See more
     

Modular Area Terrain Pack     StageTop Gaming Table - ELITE version - A Modular Tabletop System for board games, TTRPGs, puzzles, and more     40K Flat Terrain Set - For Tabletop Wargaming     40K Full Terrain Set - For Streets, Layouts (Updated for Pariah Nexus) - Vol 1     Sector 4/6c Terrain Layout Cathedral Set with 28mm Buildings & Builder for 28th Point Tournament     Imperial Manor - Fantasy Scenery Terrain for War Games
VioTerra     ZephyrGamingTerrain     CastleofAttackTabletop     CarlHobbitStudio     LargeWardTerrain     GameMatStudio
$22.20          $485.91        $159.10        $67.50         See price        $88.90
$69.99 (15% off)

Disclaimer: As with all children's products, adult supervision is required. Products that contain small parts may pose a choking hazard and should not be used by children under 3. Sellers are responsible for following applicable laws and regulations, including posting items with accurate labeling and warnings. Etsy assumes no responsibility for the accuracy, labeling, or content of sellers' listings and products. Always read labels, warnings, directions and other information provided with the product before using it. If you have questions about a product, contact the seller directly. See Etsy's Terms of Use for more information.

**Explore related searches**
  

40k Terrain   40k Terrain   Wargame   Terrain Set   32mm Terrain   Gloss Model   Sector   Immortals   Necron Battlefield   10k Wall 40k   40k Die   Kitbash   Freechron 40k   WEP Scenery   Table Top   Wargaming   Orks Alone 40k

40k Only     Grim Dark     Cathedral     10 X 100     40k Kitbase
Minis        Only        Wargaming     Base 40k

**Explore more related searches**
40k Painted Terrain Set     Warhammer 40k Ruins     40k 2nd Edition Battle Bunker     40k Ork Scenery
Views on Jan 21, 2025

Homepage > Toys & Games > Toys > Miniature Toys > Role Playing Miniatures

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.
Subscribe

Etsy is powered by 100% renewable electricity.

Download The Etsy App

**Shop**          **About**
Gift cards        Etsy, Inc.
Etsy Registry     Policies
Sitemap           Investors
Etsy Blog         Careers
Etsy United Kingdom   Press
Etsy Canada       Impact

**Sell**           **Help**
Sell on Etsy      Help Center
Teams             Privacy settings
Forums
Affiliates & Creators

United States  |  English (US)  |  $ (USD)
© 2025 Etsy, Inc.   Terms of Use   Privacy   Interest based ads   Local Share   Regions





# Evidence Collection Report

**Page Title**
Etsy - Checkout - Review

**URL**
https://www.etsy.com/cart/11175153348/review/review

**Collection Date**
Wed, 22 Jan 2025 06:08:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
37.221.112.220

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Wgp2PhF/bjvyDOVSpT5wYoGXbRX/F/U9NG2vpvFEzTT0spOkuz8x3BlDbmmEc4JArS/mM0UgxCScXvdFpFa1ft5Q+0JinFC+eAcEw2UpffnfekS5GHJj6vg/VrBcL/mSHlYMvjohIM8/
YnpHbYd14haRk1Nv00lF0ghGTJmPlBEQxNHwSWU1qEluBM8qyodh7tzSJJlYoEmeS8Pf8KY4NGUuQTTRVRJkX9twtv4bFckVP48rXdHU0LueVBGPdU9hTQwBPDXRVhshHBnT0SG45Wc0obK9AN28Z2EqZb0slvnxFwayXcmMTNar95CptJPgba4HGsRSDXkbyBzqGb8sfQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11175153348[fs]review[fs]review]]_Wed,-22-Jan-2025-06-08-07-GMT.mhtml

**Hash (SHA256)**
a9658deb3eea00cf6b4f7eeaec7338488a4a78550b3f49019b09d5cf73295271

**Signature (PKCS#1v1.5)**
QwndAAKY7+jRnJ86fut6+5PsL0pYjhghdQ1BWldp22nJNKHDpq8NBMeeUsNY+P6n8O0tatGVCxiGwVplv91YfAOM25orEBul6wYpr+A9tAFYiRUAhnRuzfZ/VcvuXceb05s8FKDMm70t8Vlpbw8hgQURtXRFYbPy8aLo6vIouKxAc2Aa30dAH+z0GU9Q+agxyjfeplzktqIZiXurzNgm0BpTA8h/
DVelgWPFmyu3swzF7aJVaSf5P7m4JB0JDgkBRF4vjrB2mrEVWVpD6XDRv8ZbNJGxBK37wn4On7Rg2E30SZx+JaN0Az4B5mgE5/+q+ajhQErh4xA84asyuw1Apg==



AXENCIS

Investigate Name: Chris Stamos

# Evidence Collection Report

Page Title
Painted Set for WARHAMMER Iron Castle Ruins Set Terrain Scenery 30 Pro All Together 3D Printed in Top Quality, FOR Mordheim or LOTR - Etsy

URL
https://www.etsy.com/listing/1714342991

Collected by
Chris Stamos

Collection Date
Wed, 22 Jan 2025 08:16:09 UTC (US Department of Commerce / NIST authenticated timestamp)

IP Address
37.221.112.220

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
R6ZjJa4hJmwpkPw42s5e9eEvui3nTU3m5D4fQ4GImpd1owqGZbQ5AMoLujcMGVFbpzYDemzCEWnDUWfqrKw5UIzmm2PXGxpo68ST41 qyyJ4a1c4k7Ur5x6wqsMPLCzFr3wWWYdNCpAc9vDm3ntKJ4wdt5h6wJ2rEzSmoMRNIoXnUmbGYqCyz5eqVyYlaLeqd1iX6ra5Tr36

## File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_[httpsJJf[@]]www.etsy.com[&stringfly]1714342991]]_Wed,22-Jan-2025-08-16-09-GMT.mhtml

Hash (SHA256)
8b1e8f21a7fa6b84b5362cd71109ae8d694e62e3f8de669de78e0c42f3fb60f8e3e9a0

Signature (PKCS#1v1.5)
PDOeqwpaurj1p174jdcUbieasHfrKrdG7zH5YfKmLwdgAKJN1I8Nmq9WjyArv+01Y3fGBJz3i5gzs+KfQ6pz8GEnPFJvbpdejY+mrdBJ2XBPwCBw2M3ee1LJbr9oTWn2LTIvxNrZY+aSrXn0BuDhiKnaSZ7DDwNCmWuqVd8k9aqmaAFbbh0myhmjigmZ0iPLXfSdkoKHuJJo2m0Q



 

  

     

     

  

   

    





# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11174678957/review/review

**Collection Date**

Wed, 22 Jan 2025 08:17:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

B7CKI4jAvLUAgJ+Wp6chI/z4f4wJkz+9Vzn8+UjjX0NQxPs0dAvI84TfU5ykI+23fX3DVcqBXszPzLf2a+/19InJla+XcFc1QBW6yVqZiVaJVFX6qkS0pS7JtyIkHWHNmYTMrktFNq+OFfIYLFMZ+MjTwxXss9c9auNDdaoLhMGHIaC2LMNJZ3Ev+tNpq9VbysPV+w2eJxSxIsH5njdrtbzyfeKejL2uhVFMHpW49L2cb4Mhw6+U63o6YSwViGFWJ7FfDx9HFEwGt9Ns3Fc1W7S9bYqu2W8sebntwp1Jlyj38E8L6cf82IIrxevMW2uD3aHpjNtOzKcjubqkY1zyUGA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11174678957[fs]review[fs]review]]_Wed,-22-Jan-2025-08-17-07-GMT.mhtml

**Hash (SHA256)**

072848cb90861afbce56f8d7c3d61132277e908d7a40df4cc41aac08b2abb630d

**Signature (PKCS#1v1.5)**

U8AP0lmZKo0aa8f0aRdAK1ZrRd2OLm1CGEevGRbeBVPO7+sTbpchurJhHYS0w/i72950hh86qTXTzNdRzGedh3Y4doLmbtF+38ZGuZX6a501ucJeE07xIcAbnzgEZWVk8hmD85k1sGIdLrg08SquAnpVwijLwWvkNzbGDaP8+kJqi2ppdDCBPTqEvVdqtU08czenQGacSG4uc1jHgHYMQxbBOR3cJM9FJxIkIhm8N+q+CJP/8DuuRun+Ab7pL5Xhhb7rZvTeiqo2YDmILXWqpSAoz+tpnLzYS7IAFtv0dKfT0ihk2nhLApX8EVnR6wMch/+y59o0uLFxf3JhPUKLxA==



© 2025 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions    Help Center

Merchant is Etsy, Inc. (USA), Etsy Ireland UC (Ireland), Etsy UK Limited (United Kingdom), Etsy Canada Limited (Canada), or Etsy Australia Pty Limited (Australia) depending on the currency and location of the payment instrument issuance.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201    Etsy Ireland UC One Le Pole Square Ship Street Great Dublin 8



# Evidence Collection Report

Page Title
Warhammer Display Shelves - Etsy

URL
https://www.etsy.com/listing/1696190913/warhammer-display-shelves

Collection Date
Wed, 22 Jan 2025 08:20:06 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address
37.221.112.220

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
TUHYsFg3q0D2Qaysof4zcqGbMEkIqyVLwtFZbdHkFgdw8RzNcykTG1mC7z0gQg0aaRRG7D30bU5ZIC1HeM4gMuodaXbFBHrk80qp783rOohCoScOpc5FCmaKZLrTCs+CKK6iZM24G3lM8xKnIVFzoVeRyTGAsnZ1HJBpX+mTBrEwON3zz5Q41kJK7M8Fzx37KVD8RjXasaNmeirST68hdn4NKpGGvTlLl74RWomWqaHihQCJuAqcdkTQ==Tv=1v+fw=

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[Bntpds[Dh@hQwww.etsy.com][Dstnsgh][1696190913]Warhammer-display-shelves][Wed,-22-Jan-2025-08-29-06-GMT.mhtml

Hash (SHA256)
h2oyCGUkG7uBEnhjg3AyVwmoFFhQ14U00WAFQJ1wuJns01YIT81ZFK54RkD7GdJVIJXrymOOe/i8rSQoU74TY9PbdSbe7TWuUkPhQbMIA6NbMHW6mG1Vfx4mRMhWVdrYWgMQx7jpSobpBsJyTzV7N8LICbMwFNMbs0pm3grkSm7XUBKtLQV11OaQQLQwGpgnTe0f50ps0QJDop0QFJZkLy1jFBqQ4Juqx8QRqZLKxApbxhX1r83YVTvdw1z0lEvdIWO+nmw2NOvTkfDN4Db/ISSghbyTVK10px1K8PhHHsdhHo4uUSmRTSrpNnvtAB0mD8HVvoOOwNhq=





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11174697449/review/review

**Collection Date**

Wed, 22 Jan 2025 08:30:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HmWxTdc3U+9UXJBeRFUzNr5fAcgtn8FeUV2HlULkWg9MeOjNdAGpUj62XJ+yyd4CbqDMr4KLWlm/v44UP3cd+1J6nP1vkBNjDtrAkL1YtsCxmzbAKRKzGZtecr5M4TSSzubd1YOAM/7CrNJSlmwBqcW0s7PrSAT9pOmEAqeqwrrdAFoOEKtynJBSEWd/XimJ20DtdIQM3ndTlnjxEjyXCTNrdbWTO5/W/j6IPPWWfGpnAPgxd3ztThWEgnkcA+KWGDKofKbo6cQnJleo7qSojkDx5bEe2NWLWP32baxOqocu2NABH58I4S91RikgRqfO87xyjXI0g8JOQTZ2Uh0qpw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11174697449[fs]review[fs]review]]_Wed,-22-Jan-2025-08-30-02-GMT.mhtml

**Hash (SHA256)**

e89a2af55eb980881819756113765dac88c0b61799f1e1627d7279c85722c0c8

**Signature (PKCS#1v1.5)**

L7jRODLdAQ42oHsdACZsvyJtYZPUy6csntZ0H23nSHfkerjUQtgQQRT8TUjI33YMFfVAGW1aHmIxf3JQpTec+Dbprr31kL8/IPL8N7Nu4QveAXTXY4zxtAfAvfMQvvAWVdFL1oSD0HEc9vXbe0uh1T2zEFNUS+Dod2p68maMTAN7l8cOHp4Rk7vkwDJtA4Mp8UhR2qWKL3F5U9ZePODdZLZ/faiLbtDKrk14yfIBCqNoqGcrgjMYyqpXNwb9hu2JF2C+dO845/87NSDkHixxWQzKGeKFhE8+qWa8SdttxwzcLHS7Mw/WGFy8m99+zg1AtHGF/6vz9CNULReU0SthM3Cw==



AXENCIS

# Evidence Collection Report

Page Title
Argenta Action Figure Videogames Resin PLA Warhammer - Etsy

URL
https://www.etsy.com/listing/1841321555

Collection Date
Tue, 21 Jan 2025 10:14:20 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stearns

IP Address
146.70.228.170

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
C/f1Z7Xu3FnCAOFWOfvMGwBvCH87uZBX3tLBBrYf80lvOKH.bXqkt3OGdGpy64nxJFyRMcT0R3NCg869zg3Azkm14x7hDZNYgVLvkg88g7w4Wy14LK8nyChnJgNn8vF+o4n8IhhrtCXF5rKdomHb/rCo3Jqb0Z4NHCNgOnmzsU4CdhN4+mnODOVyW3k9hAtC8uehNt=
+OYNvUlO3WaEZUtd2p7OmTsqbACrkUnCo7LUEJq6Sfbzf5X7g6RGmAcT5HjHDX/mWkWA+dzfYjjHHhd73pDnm+07qpdQM5kyrmYi7HjVxedF72kV+dQ6WY5YELVkRlG4zF5t6owoQ+

SCREEN CAPTURE

MHTML

File Name
screencap_[https[3A][2F][2Fwww.etsy.com[2Flisting[2F1841321555]]_Tue_21-Jan-2025-10-14-26-GMT.mhtml

Hash (SHA256)
76935b2d2c62c5201d6e3bd94ber0f005922735f8c9544c1a7db4ff8ce9fc618

Signature (PKCS#1v1.5)
GAVp2dgpzxVrgKeyamWv4kehfRekxjx+ISmV4SMX1rfUdEkA2V1NmqKKEfvOKC/Cyntqw+uk6SymIpUc3v6pQ03vD3vZYqbBFXO8q9bwnXGCKvG4Tvb5oZJ1WmJ+AHBggqxbdAtVYV+fdoLXAA4TkwiYTQGx4ztUNmW1Rq3EQzGfrodDfhrPxGbe2ghDvXnTXkq16gEbL3efdrwSSRGZK3zq+PJirGfwAQfybNxZj77AVqr9boE9s9NJXD4WbosSnZ/3dSSlafkhpmmZbnflfcRpcHRGXyP2Aq8wMMfbFf/VdhOxhQfhdtmvI+

# File Signatures



## $32.60+

Argenta · Action Figure · Videogames · Resin · PLA · Warhammer

     

     

     

          

         

            

      





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11128159330/review/review

**Collection Date**

Tue, 21 Jan 2025 10:15:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

146.70.228.173

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EsMNme+RlHYoJQGnhRAd6AbIMycyACKBoRqkfhrMQ8qrp2XLvqc8mkrIcR6x4Olq4iiLLWh+5zRnsc5bCmcL0V3kqEljtuE9Sx7guXyhNg
+0FVL7iygoR9LSXFFb8UbioNulaytEbL7QDrSkpw8Nj0w2vLITQqOxE2TU31qWIyEMg6ZS5ukDeNn/9fJShBoIfwQEskKQW5zwxtXRXUncwXPLp0zFz6p/KG/+/+LXgxoDRSfh0sihz/7BMCcdCjQi3UCaU5PQ4ZiFMKz1sTuvuL9xfeS8oowdhZAqHlvABT
+083wLzAWSJUH9fnHqbErnyiYJW7UC11+B0eLMB/YTKg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11128159330[fs]review[fs]review]]_Tue,-21-Jan-2025-10-15-22-GMT.mhtml

**Hash (SHA256)**

298d7c8322d33084bfd04192d7f29f1fde12cb3d1ebb8358b5022680dc492909

**Signature (PKCS#1v1.5)**

YL9lkLaA5kTKpj4wcYSMtkoXJJubKM5Kib7oEHlAtrsgFsF++YKNRzUVqurxHXvTpGjLjB+0vVXDVE4kDjz6TzypT+1N4eh8tPg2TDOLHk8QHEIXQTIoSSyHfdr2A60BA1XN5HMfNe1s72iuYwXIW3AR/arOu9fMBXFE/pFy09xhndk1TUhyJjZA+gJq6hGfV/YBp9mTQsU0th
+WvBF3MzyMNDhWgQo1zoVLVHmu4YTqJcLVFyIseSw7swqT2eKxWJSUoUMCn3OqBibC5BqmVBftcwx3/+9yMJDBznK4oWwydV0MOIuZ/dQe4VHj0xM41+Ac7cqQN87E4wtdLm1+6w==





# Evidence Collection Report

Page Title
Panzer Tank Wrack Warhammer 40K Scifi Terrain Für Tabletop Wargame Miniatureupside - Etsy

URL
https://www.etsy.com/listing/1751544085/panzer-tank-wrack-warhammer-40k-scifi

Collection Date
Tue, 21 Jan 2025 08:41:48 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stannou

IP Address
146.70.226.173

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
C7adq30v2GY3bVWroVeveWWDfie0Q7wsKBKHH6K7qm0exDaZ7Lynd4Wfu7FpbETFdX68Qqw57JcLJeDBZ3lH1kdfPdaE8t+VtA5Dp+1o9AjdgzmdWxexPKDmDHI4LBpq2or7c5jeIGgmwmgnzqkeDiD4
4DoinbrJ7T46T7dcZLQ7NpqHEYDfSFVC2bBX11J8eYS6D2Mq1OZqtqMWrqCIeww5wGFut0Nfxm3Eug3DkQ7tcmhPddc4eetAU4cEH9ZT9kSesOY5W8tdigvwCsnE1JijkXDZ3ir7LrW7vKmVDEwgaAgFcC

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_[httpsi[Zq3D]2uhvww.etsy.com[Z]listing[Z]1751544085[]panzer-tank-wrack-warhammer-40k-scifi[_Tue-21-Jan-2025-08-41-48-GMT.mhtml

Hash (SHA256)
757f48cb2d56060bbf20c99860ee12da81a0156747371688688d00cb94baea8

Signature (PKCS#1v1.5)
gdpm4k30r7Wqbrkjp6VeXGB28WZrPjDXr+H2Br2jZaWSs31qikV4kbK4nNKZzK7dnrsC+m41LvYN4c9B5xHYR04Xw+dScHbkaSz0Se54GkVWaG6Qai7Sb56nioU9jnvuKv3DgxjkdPh9MBmFGYET9rLLmpvs2dJWotr4m4c2Q2r42L6v4nO+de4lOOOvMRVaUrbkz1271JLtrABHRCgR0O3qh1
dQeMRpqFkqhCnC+1omRcLbmysBHUMMA4pyUFpw0cTu1TY5iQF3pW98R8muXhUE3qJxF9UpV8DuECC38oRGtoNGnKtWSjHesjvPsRbTKnicwfG29ah0z














































AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11128009806/review/review

**Collection Date**

Tue, 21 Jan 2025 08:43:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

146.70.228.173

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FSsDJiWY6VoCpneKjuV5h4f322QdVdhbemhvL0h8wWYnNcbikS0c37WgnHlCzTxhkUlLuubTpixXSgTrHnVl2+uw+oDVE2Gx7MsvfWGxR2EB6gv5DlXTBVrZNtOJ61vl4uC3sCM+yhD4ScEqFMMbAvpytIWKTR6rLTBHR/jndrzUK1ixNka5gl7R+i2o0ggzzUWl5qiZQMZahJDhKBapV21hfWTqmtP+2A3CM+2/rHVfdPlRww3Yw+Uk9fiaqzKh08UbrOPCsreA+B5HllpJVfLjcwA0O2eV0/aFDfxFrqavTqK5jpBHj8l5w8z+1k2a7poRj+zAgij8x5vK0l6/0Zw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11128009806[fs]review[fs]review]]_Tue,-21-Jan-2025-08-43-54-GMT.mhtml

**Hash (SHA256)**

3c2ee8aa386a50bce9ca1c96b88bd55d07d3b919b8d9f672a41588bff415fdb3

**Signature (PKCS#1v1.5)**

OlH+2sSsufEV3UGeL6VSJZ0Sw2IWhb48vEfy45tZDkkDUTEvwH2+ZliuLK69D8nv+1xIw9SZtECnY9A4xKckWLbt/H6t7f2+L1SV1i5nywsAP/wnhzO+O3t02EEFSlXPzqv7x+YQFOc1ZA7HEqHmtnyVUaaFvOTGr3pOlJogm/+jsckQ+xF3hqnbd8ICenA8e+Dcz6jFRxbMaTNYTXF7+dKHeW+OfrHChg63DIdJmR+xj1wWRVPM3nfceiJ/EuZgVd2ss+tc4z5OkRyW2gieqJWy3bSHqVvkH97XRYj/e+yhInNG1c0ulhN6nt1l/3oKjLnBzvRVU48xBmAkmLBYFiw==





# Evidence Collection Report

**Page Title**
Citadel Paint Rack Organizer, Paint Bottle Holder, Citadel Paint Station, Paint Storage Rack, Citadel Paint For Holder,craft Paint Organizer - Etsy

**URL**
https://www.etsy.com/listing/1599042399/citadel-paint-rack-organizer-paint

**Collection Date**
Thu, 23 Jan 2025 08:00:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Ekenna

**IP Address**
37.221.113.230

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
FdFpFgfjCdvMgAdBM3PU2Czp4XAxvaP6jfjaawV9fhwVBm31AxJ.QnnnNRFhwV2zaQVPFFmEjJawV2aA4QevAdbBAGbMQwvbwhEnBhnDmbQQqEv3DQvBLQv7A,VbAvBBLAdQdHQmbQaaawVbhbvwVawhAdDMR8hzdwVwJJawvQ9zbEddnD0cwvJADEWAAZDfkJx4wDbLGQyM4q3bGAwNzAeazqw==
RGhDGnM7MfZ5JQ2QVp7BvBwvuSZZMhWzaFvQRFDGz1sT5scEm7u0ZQzMrvvzxQOdpqQMdjEAeBQAMjw7QoR0gFZ17AkdJ3jqNzFFxDFGnRYGLsTNQpaFMVyyUmRm8jf5X4tuJawhk1wA4Xp7

# File Signatures

**SCREEN CAPTURE**

**XHTML**

**File Name**
screencap_ZkHyisjEj@{boww.etsy.com{f}listing{fs}}1599042399{fs}citadel-paint-rack-organizer-paint[]_Thu_23-Jan-2025v08-02-0AA7.mhtml

**Hash (SHA256)**
b7fvBJG7Rsf0wE2vJAdHaFBfdW7cca9bwzbKvBd9bb622ed4b0vD0

**Signature (PKCS#1v1.5)**
FqAVhNwB7buEgWdfCJGFtxE1nhhnEdLwmK6WKTF0PfpfNgRhaAD3JzdyHfS2GWw7EWhLTaADTwbh77y3dvHpfYkwKGWaK4rKT23fbSrvJDn15gMJTN7v4ihH5QZQSTAQmTwbb9FGWwmxjj2AThphhwPuhJJGbrtHnfnQ3BbSapfhaDavyDQQ3sgaAQnpSFd5hdwMyJJ7jpJ4SQAQ77nx==

---


























# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11179666020/review/review

**Collection Date**

Thu, 23 Jan 2025 08:01:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UunAiF2XkYXmyyZCmMAyKnNTjcj1zalivs5dNbw0qVQh6qf2WiVNvd93NQAT7yZBrQDDn1aj60WGD1A/f5e3hTFrLJ+QltUWZ74R6fPqc5shIO9KcHzPrpRw/j85HwT43DGrRlBS3HGZYr4/
NIpIrG0HyIyCXTgId9XUMCThsVP7JCUgydr1XfIvtOh2xcll45HDQmAUAhhPIxg4y4xhLqVjxaEutDhYoBC8ss0TkY9Zo+7BejIQfEiayE+ioAtDs46EztFCTpLULjC9ZHl0kC96Us0FovpBKk8zR9pWIO3fEt2jc4B/G3wvl3HtRTLjqttyetdZcSYB/nWaJi3DJA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs]fs]www.etsy.com[fs]cart[fs]11179666020[fs]review[fs]review]]_Thu,-23-Jan-2025-08-01-40-GMT.mhtml

**Hash (SHA256)**

d5241075270eb7f64ee7261c6b98e4249aa1ab1d69594b3ddf8ff5c93bfe5204

**Signature (PKCS#1v1.5)**

USHqIg18swM9ArB/Bp98d8vkvx39k39ZdZ/0d79zJoISshFan7s5MgsxnJPNGfeM4VNwhLAPWGeBQdsOwfuLFFG5NL8LNGEqwu9Jqx4t2xATnvADGdJj4CBwIpU4QDTgIXthxsJH62VkD56Sm+PWmsErNL12PQIHyxPoVXLBgez/
IyufwaUegWAAErt7yLSgYv9o605L7bORsD4Uh3SWN1hyE4y27I1TzVH0QZS0Rhu6mG6jkMR9cH960I1Hr6zFG6RQycig3s5Pt6+WnxeJtqcNkQevs4RwQEqhM06EJAkaC72idTT5GHKTc6jum5ALLN8n3nMyoUEhAS96RR+rj8w==





# Evidence Collection Report

**Page Title**
Warhammer and Cat Lovers Tee, Funny Warhammer 40k Shirt, Warhammer 40k Merch, Cat Lovers Gift, Geek Tee for Him or Her, Unisex Graphic Tee - Etsy

**URL**
https://www.etsy.com/listing/1831013682/warhammer-and-cat-lovers-tee-funny

**Collected by**

**Collection Date**
Wed, 22 Jan 2025 10:53:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
27.221.112.220

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
b9d71dd5f84f010e0425425c04b00d2f3e5e0f2aa5c3ba4038478bd3af0d67bf1700ds65d9d7b5e669f3c604c3daf690f3a8f27e92a9d4bb5f5we6840f42853f954dab6a965e7lb5ea265ea9b465d8407dd28...

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**
screencap_[httpsx[2x][@]www.etsy.com[h][listing[h]1831013682[h]warhammer-and-cat-lovers-tee-funny]_Wed_22-Jan-2025-10-53-25-GMT.mhtml

**Hash (SHA256)**
7b832333adf0e1516b566becd857594542ea2be7874314dfc5263bb60cdb79b

**Signature (PKCS#1v1.5)**
mSfrSdQ00m760UkSSK4f9+Gjf2m01dU+2XK5uvfT8ay71YF3VUqhab3vtkkt7hp8jkU...



   
    

        

          

          





# Evidence Collection Report

**Page Title**
Etsy - Checkout - Review

**URL**
https://www.etsy.com/cart/11174910513/review/review

**Collection Date**
Wed, 22 Jan 2025 10:54:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
37.221.112.220

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
TwoUq8ou3CuwiZW3owzH39XNUn0MW8fkfE28+IoQuBvx3mgnFJfXM+OqclDbqYkEpdjghXfJBvYDSNh0ndVbKuShSyClD5PLthIL6RbKvOiOCoAhLu/qj8ZIsDGwGe1HH6CRTjEEhcxErbmqz3Nf1/IBFoeT1g41PADrVm9MrwKIjtIb1SoIKpeYZdOjHv13TuKrT+ +52p1G7W7EiFfY9vakjcR9ZA8hLzmbx1Y4On3TypZRU+R95h6LjSh54Y43HlDgWSWEktgO7i60d1pWexyJHLPuWI6/OPwSlg3sE5LPLINR2XMDc5vbIVcQtREaNztgWMPBedjNnbB53FaIA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[|https[s][fs][fs]www.etsy.com[fs]cart[fs]11174910513[fs]review[fs]review]|_Wed,-22-Jan-2025-10-54-17-GMT.mhtml

**Hash (SHA256)**
710105c857589442f3013daa3f2ca01420a53dc417106 2673b6bb8159bab8069

**Signature (PKCS#1v1.5)**
eeNv2DSTMtS1f2cpgFsZW9Y5m4gueUtVpwJXGQoIdKrRduOc0pTEsiEJo+5tGz8cJp0poSsaeWkd3ru3FJs5CCrUGeWVSiDHQeot7AHk8YekL48HPRfxkdP7Bf9OOx1Kxxf44Ev1XCZqE3fciqjRA4r+2PSa +1PVskOwK1o4DZZP4pjNK7uziQloEhlT41CVPia31cEB7dMeauct4qtX3RZ5wYNh7M/0Nd3fXHXvWVP/DnbowTTsopHQY5y4PguezntwVOA49w0N/enLx4TUwxhaeZQpCoMuDUdIxIayKkJ8KyhVm5ACsL1uLBQ9D/iHNWV2OclavFFeoafOXd7jg==





# Evidence Collection Report

Page Title
Omnissian Axe Adeptus Mechanicus Cosplay Warhammer 40K Rogue Trader 3D Print Files - Etsy

URL
https://www.etsy.com/listing/1602420990/omnissian-axe-adeptus-mechanicus-cosplay

Collection Date
Wed, 22 Jan 2025 06:09:40 UTC (US Department of Commerce / NIST Authenticated timestamp)

Collected by
Chris Stavrou

IP Address
37.221.112.220

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
FjtCyKMhA1vAGBD6dVhfQdmDYhAr5zSLPNg9My6V2EBSHDhm8bjaaDj7cmjTgwHnFr3cUdLC6xV7BsqwpcALxKGKz5dBdwxoMy4aQvztDXCjSoeSAxCExzA9vMFjP3WDe8fHr3cUdC93oVtmVp
+A6RLGZ5VORD7F9ECHSxg1vLDMVXmVczqNFUgyusJZXGpcnVHKzePzQW2VKHbhr6RQsxaRfwZP2KLT7ACDASLZ5ggNAPyYEvJqznbQKdOMx37LXBAN7CUaqaRyCt

## File Signatures

SCREEN CAPTURE

MHTML

File Name
snmesau_Jhhytu82hQSvww.etsy.com8Obringfhj1602420990Jhmnissian-axe-adeptus-mechanicus-cosplayJLmw2-Jan-2025-06-09-40-GMT.mhtml

Hash (SHA256)
6da5091f466d4d2f7a7bb42762f3a1d6051bfca3cNha8c6Bcb4d4b6e7bca3co8b2

Signature (PKCS#1v1.5)
ZWoJFC0c50Vha8DmYV1aLzCwU9hN83eW1aXmLaN5Z0qNeA183U14-hoX5QXO9fRLb1h6ZkpW4nJH1qkFexJ4nRNm44eZjaH1985LpUDg+vQL6Nb9Xkpk6yeW7e1CsjDwg3Z6tmK2vfM0Sbg8eB+H5sHz0cdf2KUwMw
tdaeMUL0Q5P1EHDEL4ZWKX5Y1ZCDAM7eWUd0Lpp4gxSKuUvDag/kdQKQL26Px5rC6KWPoMCdmKWHdaPCFt4EmCqJUb9ONVOLb1gWDwSQ4u



### Explore related searches


      

     

            
          
     






Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11175159184/review/review

**Collection Date**

Wed, 22 Jan 2025 06:10:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bFG+K4oXXirNWRa0go0i6MgT9clGEadPc8s6x2vek4naAUxW2G9PbjAIMDcpZHJTQ85ZxGEhnDYO4UffJIMXjjERlaurxk8s0e1oKQZsv8h2MmUUvPY5rs0OfhEEQRSIM6TyPBQIA8oJuZnUAgn+KwwZ24vHR1oNmkTlLNV+sUZBcpENIa5RqnMMbnzOJMn4eZI6QJPejSloSO4J67T/lhZczsAyXzDKNjriFQDUspaytPXBS2sJYwMfT+m8cu53UpM3/bwccVqNqSl0I54k1e33DpWNtjs07ogJYBxEUvaT5nvUlWYGsRoAZRmn67bM7mhyrl4Z5pGD/w9o18vIxA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11175159184[fs]review[fs]review]]_Wed,-22-Jan-2025-06-10-40-GMT.mhtml

**Hash (SHA256)**

51b04294e808a9a3cdff7a50e1317a6d1a47257877d2a0641ad51a99be1a9914

**Signature (PKCS#1v1.5)**

TNslMytY5i8TpeqiOmik7WSeh!et8foRkNKidC1juFlamOuTM5C8DXyxCYkC6Zwi/HzDTxP/HQbtHSSzBXvjGemnUKg6VXIApz5nmiaX8tEC9A2LVKtbUqjaZh1dvsPQ6LO8cnBfwIqIhX8qtoXLH3uChRd3sx3QtPNertxPceBUG1pAl6eab8xo29XgaZJah81OgKzzvyUdRroNfIfVUCFjY2qpyUoQ0IEqLK+hh4DodqsWd6N5+g9TxhMKCxXCv+ehwMu4GWzdDv6Ozc+p4huUo13rAqKkgR/i1vyozAPZpjwF2bwUG8CL8I8L9ZPoxab/GCVVtneW/1Mju5rSSqg==



Merchant is Etsy, Inc. (USA), Etsy Ireland UC (Ireland), Etsy UK Limited (United Kingdom), Etsy Canada Limited (Canada), or Etsy Australia Pty Limited (Australia) depending on the currency and location of the payment instrument issuance.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201        Etsy Ireland UC One Le Pole Square Ship Street Great Dublin 8



# Evidence Collection Report

**Page Title**
Objective Markers for Board Games Numbered 1-6, 32 Mm Sizes. Use for Games Like Warhammer 40K for Instance - Etsy

**URL**
https://www.etsy.com/listing/1179980059/objective-markers-for-board-games

**Collection Date**
Wed, 22 Jan 2025 10:08:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stannou

**IP Address**
37.221.112.220

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Dov2VaKY5x4rUYSeOrsO4dU55C1VCy7pbz8F+tCTrAeRoAK6SAHrGRVyWw38XptQZ4mzY1xarakngb/LT8bxs0bovgXSgebEdvhkDd9jM/9xooErw9hJqh8XhmGL5zdYqEE73lgr8zY10vDTOUJ4JViPXz8JPwEBYEo9tamaDT9gtakZJQpsO9GbYVsixij8fpMZxGnjuDvjWA4VeLwuX1/vxPCfy7owUzPoUftwf47TAMqW9RG8JOL5tdkLQDeGC83xj7TM2KJq0ocaWqZ+Yc7tKh62

## File Signatures

SCREEN CAPTURE
MHTML

**File Name**
screencap_[httpss][s][b][ss][listing][1179980059][objective-markers-for-board-games]_Wed_22-Jan-2025-10-08-02-GMT.mhtml

**Hash (SHA256)**
d810e016fa1e430b55dcc1a8efabbe0500ee1c787208e9e852fdd6d27e0d62

**Signature (PKCS#1v1.5)**
KErGjjaS3L5xDeyyYkZkJPkKPJLhkmezgrJSwMNihLA8Zh7L2r6oOv40Ih2dVH4sXikfMeyz+56GBzLBhL5AMA0x6LDfFYbbSugAqBGw7Z9FVdfMwBvRqLAolkzKMWdMrbsd+rPVZ9kQWAXDdUxqzoTHmzkmz2FvBBzV5XP5hFWFbKmLdk4diYP6zz5XTZVCSn8Gh2hU7ajzpqqbyFnK84yXiseYVFW3Ke4Bv4YpVRmDdidAS3AKDb5v5I









# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11174846907/review/review

**Collection Date**

Wed, 22 Jan 2025 10:08:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

37.221.112.220

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UxCrJBQMk5fGrso9wuBEcvEYmc9uN1gkipMrwca3ocq5nlsp9vvXViguU6A3MrlN8nEmF9lw0urZa0a8f9rIzOh0tKUsDLIDxc23C2QIRrFkR6apQlTcRjW8EUyhgyucjZW4nq3PzohL3g6aGsf3uBdDqn/BrhlQ3/qK4DN/hpSOHlju/Hy6KmbrSxluvDlzVO8YAoVfK/OV2gldS/2Ad
+evxCD9Qp35utWg5uimZynRELGbhXsMN/0cAnXqWe57VX55sVhhS8SQm9v6aEmRJ9q9xX1rSvS14xc4/EyPNq/4zkNReA48y4ZHfPafTydQEblXd8tV4z1F1VPXX4jtUw==

# File Signatures

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]11174846907[fs]review[fs]review]]_Wed,-22-Jan-2025-10-08-49-GMT.mhtml

**Hash (SHA256)**

c52f189e1df9874b636a73f58655e40bf2c4cdfe0c836ba6408759b263570622

**Signature (PKCS#1v1.5)**

XH7pLPluRsnT7vE9PAbHkq5tkrMiSkF8tfMulwTGP0YcAQqH0WygO2gGz3Gg6aEfOyFcNoq88bfxr/WfGbJO/SqSc0lyVQouPEADuiWY/ZWbUkZAfPEuuwJRd9r38NGoD8XMwI3PtCDlFY0lpGxRo8cobJqrqD0wL7W1Q9QZea1IFl2FF9bG8OL1D8lDhTFdDpJalwoG
+9i61xURLPDC4bb0DJ5V10OQ7HywCj4kuaso0qn/dFPM2YsdlBgiZolq8vuY7zVqv0L2970PFagroFeR80xkQgcdTJBrJoH2a+CC5bOZY4G0it5JiI0Ly0GM4JNd8quMfXKMhmmKylhp56A++





# Evidence Collection Report

**Page Title**
Warhammer 40K LED Lightbox Customizable RGBW LED Light With Mobile App Control Zemtsab 3D - Etsy

**URL**
https://www.etsy.com/listing/1840515813/warhammer-40k-led-lightbox-customizable

**Collection Date**
Tue, 21 Jan 2025 07:04:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stamou

**IP Address**
146.70.228.173

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7.1.3)**
L3yjgEDr+mXEn+1JzhtksgsNXVfwwFd6RpyMXCetqZJtgmay7C9ILfv7smmV7ibkpjUk0o+aVZ6FMWB7ZpSv5boeEA1iBqfoiMqgNM9W5RU9uFzVPwhHReCdcfdubhxv26telgmmYiTW3D9G3++pxOjsV2SPxAXD9Go+v++oXDGJLqTWcJ5ho8pbtK+w3HX++2Pwd4brBwpz1YEpB37bNrjZSpiThqJ9QBH+7zdMT1G5eaM9uVDo2ZI7jDLwBkFe1Cryng4t9gJGh9GEd5K6Ho/mQ5rtV

**SCREEN CAPTURE**

MHTML

**File Name**
evidencega_ZHtpls8zEhJIfwwrw_okey.com/k3aimgjh214etb1187.2[Warhammer-40k-led-lightbox-customizable]_Tue-21-Jan-2025-07-04-14-GMT.mhtml

**Hash (SHA256)**
66cad4f6010b7eb1c2dz4c4b7b97d9fb5ec244030dcb640b6f9e69be46d236da

**Signature (PKCS#7v1.3)**
z1uGxc3SPfYSe3oguoWm/xgyk0WkW1HAwaq7t49KbmgFoicqA0UIbwD6qisu2v7srv4v9Vyk/kmaVTtR/p0o6Ez0y/4d7TzrmtgHAdnbg5oxdAvkw6wn/2J/ozbJEXY+G++IPvJLqPZHbfM6M3PkmcJpPZ8KF0vR2JCB0QOtkP/S/BQNJ9MsdFLW2p+ckqdzZ/9GxdRfGMXxyvc/jpFDeHYM0e9kFJ0TlRDxVJerk7YsJrg7DC7XvvXZ4WcqGG0u6Wbcu9EeAv9lO6JlyKm0t7yhLwbKcMGwDlT6jLrKm/YSsyyTiNyd5qsSwdKwBkFe1Cryng4t9gJGh9GEdiK6+2+8ebGPdzSAeu




     
     
     
    
           
        




# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11127923430/review/review

**Collection Date**

Tue, 21 Jan 2025 07:55:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

146.70.228.173

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g7BnRn29iy3Z5zKSEnqegBNjzRMnwamMvTgAz15UfYiDtHpRjSK5vnLAEGap3MuaNSwXbGLB+38W+AA4T8xxR37P7CKSdZpN8LZhduWlGac3Uassfr Y3Ej8d6u8i0TmaK8Ltq0IVuJmD837DG1kwxxqMcwolzXzqwqCPKw+/E9g2vjPnR/ZeWX6eOwsz2mXnJsh7lZ1HBZ/ Xci5HpCDV7bvWEzZAXMuXCaj5uhgVt/VFO+VcU6RFhDlB4KrOjA/hLSAVkdJ6y/cXTxlFmb4y+6GYEB3XOdi8STT4pgXftJv43yUs5POH2K3ktZKQaKHBkzhbMKV9Zjds VljZ45xQNw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]|fs|[fs]www.etsy.com|fs]cart|fs]1127923430[fs]review][fs]review]]_Tue,-21-Jan-2025-07-55-23-GMT.mhtml

**Hash (SHA256)**

70b4f6adbcf3b9bc403e84470121f11c3ebf1bd06fd9e60199efba112641c29b

**Signature (PKCS#1v1.5)**

Skrv6E88FyT8xrBaTP51g60jQHrcBeSoPcNEcSr3fMWN7+4B3X1GkdKQbHTgLIP0h4YS3Y9V0bqkgGmxeXXO2eViyzYScKiPnDoi3id79bD+pdMy36SQBCGEfdETC8bAFu0VZUKoqoWTrPivlZPGXpg+TeUhsnHvrBExhMJH22VGBGvDqUnIWWCATmtSZE7/yvWVg+PfLcccG0RjJUVkRevrIRWb +HTBwhR++Kal1PKKQreQj2dNSG64Quze2kKapErLY6BRQmYP0gmVCapJa2RRx8CWi8obvvNJGsvrkXPSi9hXx2i+E7YdwgLYoSPKm4foLAAvl9+HViXN5VEWIw==



AXENCIS

# Evidence Collection Report

Page Title
Lieutenant Demetrian Titus Helmet Keychain,warhammer 40K Space Marine Titus Helmet Accessory, Space Marine Helmet Keychain,Ultramarines - Etsy

URL
https://www.etsy.com/listing/1829488139/lieutenant-demetrian-titus-helmet

Collection Date
Tue, 21 Jan 2025 08:13:27 UTC (US Department of Commerce's NIST authenticated timestamp)

Collected by
Chris Stannou

IP Address
146.70.226.173

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
YwHF8MWgUvZnfzGGteVdjL2gdZ8PFgEbmGmO2t0AfRt7wH9hb8F7fPOCSqdWbaSlGUOPJjbaoRqbvkGUzXNC9Mn1eei0AnPwtHI2ijipUljndSUhA73Chk61vgaNGRqu6EqXqsnjO46ZitsuSpLJv2Lc4cDtNGhWDSQrzsuxbkeRiJzQI7cJiOCHd4+/1VWP7NsLWlKMVCpdIJuOsfhZmXzAJzUCdoXWppKcb4pltY7ptIsa6Ujnv8l0t29jNJc4aPmWOdZWEyrk9OuLVwoBJZ7FBG9gKyTJLKsJaYbH4MQ==

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_IJHApsZjIZ@www.etsy.com/[listing]/1829488139/[lieutenant-demetrian-titus-helmet]_Tue,21-Jan-2025-08-13-27-GMT.mhtml

Hash (SHA256)
bd345973e76785ca28c0660230948a4bb31124358d629c9768fa93f55db50604

Signature (PKCS#1v1.5)
GTUSuViyHgkyGfsuFVRFkhGssXEIDh0VH+13LVrUqOHG2w74BBSRfwp+WmTL14WmHhd0jtRPPjYW8NJk5V9fVfr+dG9+WkO2uok2K9x24a2h70G3dS5O0l8qHqSQ/lzaeiO1VizK1pmfHpYhiYpyrSFGgEeUiWCIpuktNdexkuyhGw5EgL0v5DurmyIT8tzHFomBgrP0MMOtESZNcQLcdVZNdWNw



   

      
        
   
    
        
        
         





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/11127967110/review/review

**Collection Date**

Tue, 21 Jan 2025 08:14:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

146.70.228.173

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fI+wC0LatKmRjv7cIa2zWiBx1CkaeLheS5GHpApzpC9cNZiXRyDV7poQwUyggAeFbkGa/GIzzxQyvRZAZWk5X9ydZ0nzIWXd5FXpe0SvQYddOEWFFdKD3y/amo6yOHbVtIPw/7qQlU8gLM2Jhwpq/LUuQfDT4bhtDyDtSAlRcCd5jNe8mPmHaAou9mAuW7EuT1NoqZVIwFIh4+6wmSjN00w/f7lHDoYjxNnXzbrCU/nZbFZqLy5Yp5JobkzCgBC5zfktoo4kKA9oE5qWAoTfSwGtQ7pmOoSKCFnK5+KEeqcja1sq9V97Frp+6DBbEOiGJSR4bhMWcl0adwonhcneFQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.etsy.com[fs]cart[fs]1112796710[fs]review][fs]review]]_Tue,-21-Jan-2025-08-14-16-GMT.mhtml

**Hash (SHA256)**

970efdb3baae1a6ae1d64b9527495bd084b99b07e28b6a6b5bd32cf35f1c5a0f

**Signature (PKCS#1v1.5)**

Ij1ir9DMhyI4KWYDNV2UFbngiKDQxZmFlR2sccm27bJR5+QISVlhOsiVQa0hWTp52lL6q8TfcN8mPkHK6p0fYaUja6s3t0N1ZK7t5ydqUP0fkggoKgh3+IUs10KZFw/0hSx3vYwwZVJwfswQEjgEkgxbFdef0J3va/+NaSXvqtVkvYfBh8U3BMFT8SKXfD9TqAlAq8WGxV673/UWU56k2DAkEcPwhRwQzN+AzQRyCWFg5XeyNVMTI5JZtLK/t9pn+ZVVT5WLEUkF0jQGf3BnoLUKJC2bAsxBizKGsXvLG3ZlYEEs/ZXrOft7Dmp/HqwJZMdY8cpCzPFWtwK58pa/Ig==





# Evidence Collection Report

**Page Title**
Exterminatus - Warhammer - T-Shirt | TeePublic

**URL**
https://www.teepublic.com/t-shirt/42534433-exterminatus

**Collection Date**
Thu, 30 Jan 2025 10:09:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
146.70.147.118

**Browser Information**

**Digital Signature (SHA256 / PKCS#1 v1.5)**

e2ce691a18ca484cd4dee2dddf84dd4a4481750d12fa6e9ee7bfa6001b651b84...

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[64cyb][dc5]www.teepublic.com[45e]4d[b52534433-exterminatus] Thu, 30 Jan 2025 10:09:46 GMT.mhtml

**Hash (SHA256)**

3297e6a34b9cf5b9b5e6a3a3fb9f3c2e...

**Signature (PKCS#1 v1.5)**

c3ge49gf8e3281ecd3421a7ce179d15e32ee32a...













AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | TeePublic

**URL**
https://www.teepublic.com/checkout

**Collection Date**
Thu, 30 Jan 2025 10:37:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
146.70.147.118

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
eqSlY2dJij9uyOMWRWLtFpnVJ69ThrPG3ciScrFBU+dwzJcmwWgBEPrHG8Nm3q4+zpt5W4v0tdeonrZvHWVQjZVDV9YOK0JD62zWmEhyOi2HRhfECU06F1XfXQML09n64G7MnM8mWe+EME5WWxXKOe/PcJ8Ae1UrBRGxa2vUXVhfP6ZWTDxERxRAFsaqu29VQo4C+Z6OE+3tv176mKgcpBSy8kuD9mq0vkpSwfFBbNgx+c48AbEnwQmXbqnxz9soxEmpxC8fHC9z5jj38LoVSiBmQTBMtqfs0Onv8eoU4N+Suac+0WjP9Lg/slD00IWH6yxxiG/7UC4g57RqZpQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s]][s][fs]www.teepublic.com[fs]checkout[]_Thu,-30-Jan-2025-10-37-24-GMT.mhtml

**Hash (SHA256)**
b5d3de9d75277e76a2b795caef8197f09718b9124530a124366cf98b4899819

**Signature (PKCS#1v1.5)**
fum6l+rpm43VPLjURfvE6argzROBY69c0DxlUXFZDCWXzV7sd9RlWUb+JExsBJbBuB48ZVinw50tVRkIztGSblLR6iyTDrsyOobc2IDceIt/F3Nsy0tpx6hnN5ODsrmjAIUP1L/9zaKF6E3y0pJ54l+yZBv42o0csE6bj1Q69K3URhXcx0VJ5fShtcJ72JV9fSkuh4XdolOBIrYbRnv59phTlD+QLqckhyG56WyUV8vMHppddV24hqt+OENRfKV0h4WSJf6DiK4VGi0mph/VDhw/+2BVchcGsfxzi+L39B6R+F23UF2wt+gg+iUX6RMlTFv8nF6OXpVUUceptKH5g+=

---







# Evidence Collection Report

Page Title
True love • space marines - Warhammer - T-Shirt | TeePublic

Collection Date
Thu, 30 Jan 2025 10:53:49 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
146.70.147.118

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 V. 5)

# File Signatures

SCREEN CAPTURE
XHTML
File Name
screencap_[tmpz2jJ]@stevie.mipublic.com/[at:ny][eaTAT7M-true-love-space-marines], Thu, 30 Jan 2025 10:53:49 GMT-inline
Hash (SHA256)

Signature (PKCS#1 V. 5)



     














Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | TeePublic

**URL**
https://www.teepublic.com/checkout

**Collection Date**
Thu, 30 Jan 2025 10:23:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
146.70.147.118

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
nbI4XZG5ASqSmxqbJT62rk9ZD70nghxMidnBXZmjqRa+wjg41mQEIUswsaomcILUW7idOlZhLYZH/2D8ZNjtqAu5LaXF8b99ENSo9eF/kOD6QKvp7bVWa0SaaIuMkLYy0bvSWHCKfi4yE0L9GGrv9JGUqwfckfooH9LVSBOiyo9NWMLC/VP1q2tQ6jAeHE/pBuULjzw7jzQCgLT9DW5sdcn7oTq/vK1Xct4GX259/0UgpeUJCZf1nE2g0K+C/7gUdmdkkuU0qQRg4+xFQRDFPjxDLamgtlcIJ77Q22fA+g7e8qcs1sTVJZtrpe9R8IbsIUFsiIHhZRhVkrGCNPRio4zGg==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s]//s]www.teepublic.com[fs]checkout[]_Thu,-30-Jan-2025-10-23-10-GMT.mhtml

**Hash (SHA256)**
5df3cb2a4a1e7a2ddd9371c0fca1416650537ef6a9b0b008cc497bf670b707a9

**Signature (PKCS#1v1.5)**
PSnQiH7TsYHPFgwJwyFgSev5iBvsqWR5ZearCwrYsOT59PbbV0r7pcE/B83GB9sjbtTLaShEAVWbTsqB68lSauEt2wWENywcihGyJqVy99dd8FuBZ+xKzM0xw62m+LzsNc2x0gLAmYHi4bsnj0Q8Op0bi6F4eQ4d7S4g2SjKkTI2/mf+*brQ83en3REba3sImASprquyyj0eUG7AlbFw1BtOg7vWHXTIzeJP3t/6OixLmz7q/jHdcxBAKbNY5OcBl1Mj01rLQ0KwglqC0WViYByMHT6piMTMDFZswt55ddfM3TmTyaf3tuEYt4DmZWZ0QnDNfaYoOq5/9X5yH3YbXpO==







# Evidence Collection Report

**Page Title**
God-Emperor - Warhammer 40k - T-Shirt | TeePublic

**URL**
https://www.teepublic.com/t-shirt/50341128-god-emperor

**Collection Date**
Thu, 06 Jan 2025 15:09:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Scott Chrostowicz

**IP Address**
146.75.147.118

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

**Digital Signature (SHA256 + PKCS#1 v1.5)**

## File Signatures

SCREEN CAPTURE
INITIAL
File Name
Hash (SHA256):
Signature (PKCS#1 v1.5):













Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | TeePublic

**URL**
https://www.teepublic.com/checkout

**Collection Date**
Thu, 30 Jan 2025 10:30:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
146.70.147.118

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
I0LEBi8SvVctf9UUiS97R0OFm7zJ2SoU8LQQk75fPcNGqomqvBrlBVtZ+qA57Zz7u+fYva/s5R8XIq/J2OxIcvEZCvfe93/dSe8uPl4kZu4/E8HwOb0WdinRXhG6l/po0J5/4p9hs6VH+89P6/aeXUsyT3eaXd87SQ6xSE61okEBgKTT0cR61NbexgY8V1n1BXC1CX1NRJn3EhmdH8LuUUJamQ4HymtEZkMe6hQ990xGsFdg7aShGiepirSNq7CFDh+zALyLDEUweOvISeR8TbfgUgnhRhzq+fjgLhh4eXgZVktDqekwnGLQWyiVcyolg5iQdr0ZzIAjl+UnxOQ++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]]s][fs][fs]www.teepublic.com[fs]checkout[]_Thu,-30-Jan-2025-10-30-47-GMT.mhtml

**Hash (SHA256)**
1ccafaa653f3c395133ae815ee8703d356e3dcde8d4d6e125cb624b4855a9f3e

**Signature (PKCS#1v1.5)**
nfRztrzJioYHiNAMpO5gJeGM5eAfMzGuyvZqDAvkG1AXvQzeW0gVNzkLz92Simdpig.JieH7mhj83Mc6zBOuwtwP8EXL6q5PYngF7+oDP2oaOsQbG5VfdJCy0/YtJ+9li/DrVKp9vsVszRpkV1N6Djav8BkLNW8xEL0Q5SpalyKiuWfDwomJoazpE01eFGoPwuGHsVMV3OHANqWr+NTiUShzKTbyqesr6/M6ytLDRasrX9tFwWpC1E8JSgwQ3fzdq0hUVboKfvZ5SSRmdX8c7nb/deSqJmRVTk1CN71X2iLB0Q1yU59d2wCb7GCB/Tr4eO9Odb1AWwdwSBQZxA7aBbQ==









# Evidence Collection Report

**Page Title**

BROTHER! - Warhammer 40k - T-Shirt | TeePublic

**URL**

https://www.teepublic.com/t-shirt/6518881-brother

**Collection Date**

Thu, 30 Jan 2025 10:19:26 UTC (US Department of Commerce > NIST authenticated timestamp)

**Collected by**

Sarah Chrzanowksu

**IP Address**

146.75.147.118

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 & ...)**

a0b8d6a200b33771627d97dae2a0bfd21e34908fd60f7ce01a0ed41d39a5a5fe...

## File Signatures

SCREEN CAPTURE

MHTML

File Name

evidence_[6518881]@www.teepublic.com[digit-d1e0]20180891-brother]_Thu_30-Jan-2025-10-19-26-GMT.mhtml

Hash (SHA256)

b3226f9d78238cbd1e436d9e8db6082c41dcbed0c66fd7777993fde3b4...

Signature (PKCS#7 v1.5)

0b23f1b5c0e0a3f3e2c3c6c1b4c4b7c4b7c4...















AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | TeePublic

**URL**
https://www.teepublic.com/checkout

**Collection Date**
Thu, 30 Jan 2025 10:20:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
146.70.147.118

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
dJc9Bu.i63hTWSWpwxFuFfxTu+wgtlqQDwc91GRwted1a+GUTOUYU7r4+YFlXhTsymkwBk3RAYoa3xd96V+ONonUlOhVmBrRASLgrYMMYGWrM0+CAxfKRGbuFj0YMPbMFPT8QDzxlfRJzmnSre/xZy77ZffNB1Ht9BkQwpC8ZLhG/YTxkVEhl6VhYgUSEfkWzVZuEX3fhFLHct67Cd0CNo8K1AmAQcFw8gDNtjU8ujK8hOrYY2LVX05rUKBGRYXswzVykOVOqaU/xZGab3zrSR/v04QHa8uAZcHK4m50k+LHMf4RpCx8PMOl8lzEpSms8sfnp3lJreQj9x9IqsmN3A==

## File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s]][s][fs]www.teepublic.com[fs]checkout[]_Thu,-30-Jan-2025-10-20-28-GMT.mhtml

**Hash (SHA256)**
92d79abe88b82bd74f06b5854f63012f38aa7fa95cc91b50ec636c0e39d15b91

**Signature (PKCS#1v1.5)**
il6mg4e8g109QA01mHiCewWAkq9HCf2nHDT5gQa2vxzjXHV0QMfqxqfefCw3/wf+e3n/6n3fK7aGbx28B4iQXRY+fM1+NEeh8cEbJbZ7aES+EPxu2te2nfzRowOOC9ToHYGOI8BOXxwLzrSBZPlUqjYMXb/LksH4JuDfXe4XFWoe60EzT591JwYdUow3hJDq39fA5tnNvY5VAMTV02AETy8o/iBFUgzON7ciRMzsbzsGRssM05EMsBJeJifmFCpz2Ll0hdWZXc9yPB93v8K538s9PCNC2d9gYfRGFuAl8Po4NlbHHjZ3C6bu207SEBF6+LkQWL9v7vQixlTQWwSXxQ==







Case 1:25-cv-02146-RRA   Document 6-11   Entered on FLSD Docket 04/10/2025   Page 49 of 50



# Evidence Collection Report

Page Title
Adepta Sororita Fire - Warhammer - T-Shirt | TeePublic

URL
https://www.teepublic.com/t-shirt/29955900-adepta-sororita-fire

Collection Date
Thu, 05 Jan 2025 15:32:34 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
146.70.147.118

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
61cd39f48342346daa6gea49d963bacc449ea8bb0671dd2d1355fg4 f43b4a1d0f64d9ef75f24dbdcaca954a1ca573a7330da99a459ab9adf5e332643546419a
f4fea6a9e6b1cadb60c234e948e3c5b34f73dfa9e2a3e3b2e3a8ee3ce...

# File Signatures

MHTML

File Name
screencap_[https://[(@domixrespublic.com@]d-phn3@3959199.adepta-sororita-fire][ Thu, 06 Jan 2024 15:32:34 GMT.mhtml

File Hash (SHA256)
39978f1ce786c9dda9a8dd94668df674a05e6b4da9bce4b1ec7ad50fa320127b535

Signature (PKCS#1 v1.5)
b9ec92ce8b6aa68e5a5dc0e8e8b8dbdc9cb37a06af35a5e3bb7e6a75
67ba9cc9de9b77b0ff24b9da6b88ce1b8e9a35a9b0ce5a1f99dc4b8...













Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | TeePublic

**URL**
https://www.teepublic.com/checkout

**Collection Date**
Thu, 30 Jan 2025 10:33:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
146.70.147.118

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Ij3xwkHi3xJbB7fxeQXG1CKgcLVC1MLhLFQqxyQG3IZAb3vWXu0ty16jnTbB4swiQzQfb/3GhQlN0WJugQWXRQSY2MbpoHyORMZOrGgAW0yD+Zfmim JyUhnrT9WsRTCEaThoquSbx6VW4cADLUQqXS3t7uwevpZCSJNMJOkzuBOvY5AVxCDIDSkkd3zHB+JOgmRP1rmWtnMjpIoVdRS3+xJyMseG6XTOs5yX51hVL6pt4zxGAd4AmfGdz3TEiO3SjpbecxWACkO7PVVN9udazO/onubJthzy8hpZU07t4hjVhVczcbXLBMY31yqnyHt7jFhwkWppdPXyg/lqDVTCQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]][s]][s]www.teepublic.com[fs]checkout[]_Thu,-30-Jan-2025-10-33-33-GMT.mhtml

**Hash (SHA256)**
d9dc48a414c872be505f9be87ed7a87a4e3dd1efd3bead9cee82f73dbfb6dd5f

**Signature (PKCS#1v1.5)**
SJUiUnxf[PHqT]5EuQ0xNZiM4CJpsmOZYYEPyH7kRtpqaMOnrUmwSDrPukOI4ida8UW0jOaXHWvQyeG4iJ1GI+cG9Bgj5C9riOfSJW2Ap8ehdfs4OuFveoVbuxJ7+NBrY61LCm7UqLnRRJinwgFwvoJ1F+hKlKtZbwtmoQNExfvMmmVky8o9mFrOHZFVhOwQzrdT6fZiwLZm72PQgTt3rJUvu1PjSFyWMPlbyX7HGs5Xu2/eMKzsz7PvVNWyGPqOeAZDiamFeu7O5WZuznAzrdts/gwanx63yfDIULbK7Gy9Obhaolkxy2GDazLBv0kNSxg/suw8UsK2www/fQlUbRQ==





