IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 1:25-CV-21746

FILED BY ___M___ D.C.
MAY 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

GAMES WORKSHOP LIMITED,
Plaintiff,

v.

THE UNREGISTERED INDIVIDUALS, PARTNERSHIPS AND ASSOCIATIONS IDENTIFIED IN EXHIBIT A,
Defendants.

ANSWER TO THE COMPLAINT

Defendant [Sławomir Sus /Mini Monsters Shop], in response to the Complaint filed by Plaintiff Games Workshop Limited, kindly submits the following clarifications:

1. Jurisdiction and venue.

I do not conduct business or sell directly in the United States. The sale was conducted through Etsy, which shows listings worldwide. All sales to customers from the USA were individual. I would like to point out that I earned only 127.42 Euro on the indicated product on the Etsy portal, as proof of which I am attaching a screenshot from the Etsy portal.

The defendant does not admit personal jurisdiction and reserves the right to contest jurisdiction, because it is not based in the United States and does not intentionally direct its business activities to Florida or the United States.

I do not have the ability to defend myself before the Court of the United States.

2. Denying the allegations of infringement.

My products are manufactured by me, in no way are they copies of original Games Workshop products. They are not modeled or similar to Games Workshop products. They are only alternative substitutes that can be used in many tabletop games.

In offering my products, I did not act with the intention of causing damage or threatening the Plaintiff's market position.
The use of the words "Warhammer 40K" was purely descriptive and was intended to indicate the product's compatibility with the universe, not to suggest brand affiliation.

I also did not use any of Plaintiff's registered trademarks.

It was never my intention to mislead customers. All photos presenting the product are marked with the address of my online store and also have my company logo, which is intended to clearly indicate that it is a product of my company.

3. Plaintiff's Trademarks
Nominative Fair Use: The term "Warhammer 40K" was used truthfully to describe compatibility with the fictional universe, and not as a trademark.

4. Allegations of Infringement

Defendant denies all allegations that it participated in the sale, promotion, or distribution of counterfeit or infringing goods, as described in the complaint.

Defendant claims that all goods offered for sale were legally manufactured and do not infringe Plaintiff's trademarks. My products are marked with my company's marks, the Mini Monsters marks.

The defendant denies that any actions caused confusion among customers.

5. Affirmative defense
The plaintiff's claims are barred by the doctrine of fair use, first sale, or lack of willful infringement.

The plaintiff has not presented a claim on the basis of which relief may be obtained.

6. The defendant kindly requests the Court to:

To dismiss the Plaintiff's complaint and not to enforce the amount of compensation presented in the lawsuit. The requested amount is astronomical and unrealistic for me to pay, as well as disproportionate to the material benefit obtained from the sale of the item stated in the lawsuit. As above, it is only 127.42 Euro.

I have great hope that the court will consider my explanation as justified and dismiss the Plaintiff's lawsuit.

English is not my primary language of communication, so I am also enclosing the entire text in Polish.

Yours sincerely,
[Sławomir Sus / Mini Monsters Shop]
[Saturna 11A/1, 80-297 Banino, Poland]
[e-mail: dargo000@wp.pl]
[15.05.2025]

*/signature/ Sławomir Sus*

W SĄDZIE OKRĘGOWYM STANÓW ZJEDNOCZONYCH
DLA POŁUDNIOWEGO OKRĘGU FLORYDY
NUMER SPRAWY: 1:25-CV-21746

GAMES WORKSHOP LIMITED,
Powód,
v.
OSOBOM OSOBOWYM, SPÓŁKOM I STOWARZYSZENIOM
NIEZAREJESTROWANYM OKREŚLONYM W ZAŁĄCZNIKU A,
Pozwani.

ODPOWIEDŹ NA SKARGĘ
Pozwany [Sławomir Sus /Mini Monsters Shop], w odpowiedzi na Skargę złożoną przez Powoda Games Workshop Limited, uprzejmie przesyła wyjaśnienia:

1. Jurysdykcja i miejsce.
Nie prowadzę działalności gospodarczej ani bezpośredniej sprzedaży na terenie Stanów Zjednoczonych. Sprzedaż była prowadzona poprzez portal Etsy, który pokazuje oferty na całym świecie. Wszelka sprzedaż klientom z USA miała charakter jednostkowy.
Chciałem zaznaczyć że na wskazanym produkcie na portalu Etsy zarobiłem jedynie 127,42 Euro na dowód czego załączam zrzut ekranu z portalu Etsy.
Pozwany nie przyznaje się do jurysdykcji osobistej i zastrzega sobie prawo do kwestionowania jurysdykcji, ponieważ nie ma siedziby w Stanach Zjednoczonych i celowo nie kieruje działalności gospodarczej na Florydę lub Stany Zjednoczone.
Nie posiadam możliwości obrony przed Sądem Stanów Zjednoczonych.

2. Zaprzeczenie zarzutom naruszeń.
Moje produkty są wytworzone przeze mnie, w żadnym wypadku nie są kopiami oryginalnych produktów firmy Games Workshop. Nie są też wzorowane lub podobne do produktów firmy Games Workshop. Stanowią jedynie alternatywne zamienniki, które można wykorzystać w wielu grach bitewnych.

Oferując moje produkty nie działałem z zamiarem wyrządzenia szkody lub zagrożeniu pozycji rynkowej Powoda.

Użycie słowa „Warhammer 40K" miało charakter czysto opisowy i miało na celu wskazanie zgodności produktu z uniwersum, a nie sugerowanie przynależności do marki.
Nie używałem też żadnych zastrzeżonych znaków towarowych Powoda.
Moim zamiarem nie było nigdy wprowadzenie klientów w błąd. Wszystkie zdjęcia prezentujące produkt są oznaczone adresem mojego sklepu internetowego, posiadają także logo mojej firmy co ma w sposób jednoznaczny wskazywać że jest to produkt mojej firmy.

3. Odpowiedź na zarzuty dotyczące znaków towarowych
Nominatywny dozwolony użytek: Termin „Warhammer 40K" został użyty zgodnie z prawdą w celu opisania zgodności z fikcyjnym uniwersum, a nie jako znak towarowy.

4. Zarzuty naruszenia
Pozwany zaprzecza wszystkim zarzutom, że brał udział w sprzedaży, promocji lub dystrybucji towarów podrobionych lub naruszających prawa, jak opisano w skardze.

Pozwany twierdzi, że wszelkie towary oferowane do sprzedaży zostały legalnie wytworzone i nie naruszają znaków towarowych powoda. Moje produkty są oznakowane znakami mojej firmy czyli znakami Mini Monsters.

Pozwany zaprzecza, że jakiekolwiek działania spowodowały zamieszanie wśród konsumentów.

5. Roszczenia powoda są wykluczone na mocy doktryny dozwolonego użytku, pierwszej sprzedaży lub braku umyślnego naruszenia.

Powód nie przedstawił roszczenia, na podstawie którego można uzyskać ulgę.

6. Pozwany uprzejmie prosi Sąd:

O oddalenie skargi Powoda oraz o nie egzekwowanie przedstawionej w pozwie kwoty odszkodowania. Żądana kwota jest dla mnie astronomiczna i nierealna do zapłaty, a także niewspółmierna do uzyskanej korzyści materialnej z tytułu sprzedaży podanego w pozwie przedmiotu. Jak powyżej jest to zaledwie kwota 127.42 Euro.

Żywię ogromną nadzieję, że sąd uzna moje wytłumaczenie za zasadne i oddali pozew Powoda.

Z poważaniem,
[Sławomir Sus / Mini Monsters Shop]
[Saturna 11A/1, 80-297 Banino, Polska]
[e-mail: dargo000@wp.pl]
[15.05.2025]

*Sławomir Sus* (signature)



**BARRICADES - 28mm 32mm Scale | Wargaming t...**

0 w ofercie

18.49 €

Automatyczne wznowienie 30 lis 2025

**OSTATNIE 30 DNI**

10 wizyt    1 ocublenie

**CAŁY CZAS**

6 transakcji sprzedaży · Przychody 127,42 €

12 wznowień

Dezaktywowane Przez Etsy



