

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 1:25-CV-21746

GAMES WORKSHOP LIMITED,
Plaintiff,
V. THE UNREGISTERED IDIVIDUALS, PARTNERSHIPS, AND ASSOCIATIONS IDENTIFIED IN SCHEDULE A.
Defendants.

ANSWER TO THE COMPLAINT

Defendant [Branden Arthur] in response to the Complaint filed by Plaintiff Games Workshop Limited, kindly submits the following clarifications:

1. Jurisdiction and venue.

I do not conduct business to sell directly in the United states. This listing was an effort to sell unneeded personal items. I do not operate a business in the wargaming market. I would like to state that no sales were conducted of the item in question, as proof of which I am attaching a screen shot from my Ebay Sales portal.

2. Denying the allegations of infringement.

The item in question was designed and created by me for personal use. They are in no way copies of original Games Workshop products. They are not modeled or copies of Games Workshop products. They are only alternatives with unique features that can be used in all tabletop games.

In listing this item, I did not act with the intention or knowledge of causing damage or threatening the Plaintiff's market position.

The use of "Warhammer Fantasy Battles" and "Warhammer Old World" was purely descriptive and was intended to indicate the product's compatibility and my personal use of it, not to suggest brand affiliation.

I also did not use any of the Plaintiffs "Warhammer Marks".

It was never my intention to mislead customers. The image used was of my personal design

3. Plaintiff's Trademarks

Nominative Fair Use: The terms "Warhammer Fantasy Battles" and "Warhammer Old World" was used to describe a potential use or compatibility of the items. It was not intended to be used as a trademark.

4. Allegations of Infringement

Defendant denies all allegations that it participated in the sale, promotion, or distribution of counterfeit goods, as described in the complaint.

Defendant claims that all goods offered for sale were legally manufactured and do not Infringe Plaintiffs trademarks. The products were of surplus personal items.

The defendant denies that any actions caused confusion among customers.

5. Affirmative defense

The Plaintiffs claims are barred by the doctrine of fair use, first sale, or lack of willful infringement.

The Plaintiff has not presented a claim based on which relief may be obtained.

6. The defendant requests the Court:

To dismiss the Plaintiffs complaint and not to enforce the amount of compensation presented in the lawsuit. The requested amount is disproportionately large compared to the $0 of items sold. It far exceeds the potential material benefits obtained from the sale of the item stated in the lawsuit. Which was $0.

I truly hope the court will consider my explanation as justified and dismiss the Plaintiffs lawsuit.

Dated: May, 30, 2025

Respectfully submitted,

[Branden Arthur]
[3006 Dover Road, SE Calgary, Alberta, Canada T2B 1V6]
[theduck_101@hotmail.com]
[403.975.0516]

# Seller Hub   vonduck101 ( 26 )

Overview | Orders ⌄ | Listings ⌄ | Marketing | Advertising ⌄ | Store | **Performance** ⌄ | Payments ⌄ | Research ⌄

Summary
Seller Level
**Sales**
Traffic
Service Metrics

Sales: [ This year ⌄ ]   Compared to: [ Same period last year ⌄ ]   ( Generate Report

## Report for Jan 1, 2025 - May 30, 2025
Compared to Jan 1, 2024 - May 30, 2024 (151 days)

### Buyer insights
Compared to the prior time period

| Total buyers ⓘ | Breakdown ⓘ | Percent of total |
|---|---|---|
| **0** | One-time buyers: 0 | 0.0% |
| ▼ 0.0% | ▼ 0.0% | |
| | Repeat buyers: 0 | 0.0% |
| | ▼ 0.0% | |

We couldn't find any sales or selling costs in the selected time period. Try changing the date range

### Listings insights

( Sold via advertising (0) )   ( Sold via Best offer (0) )   ( Sold via Seller initiated offer (0) )   | Search by Item Title, Keywords

| Listing | Quantity sold | Total sales ⓘ | Taxes and government fees | Total |

We couldn't find any sales in the selected time period. Try changing the date range or f

# Seller Hub   vonduck101  ( 26  )

Overview | Orders ⌄ | Listings ⌄ | Marketing | Advertising ⌄ | Store | Performance ⌄ | Payments ⌄ | Research ⌄

Summary
Seller Level
Sales
Traffic
Service Metrics

Sales:  [ Last year ⌄ ]   Compared to:  [ Prior year ⌄ ]   [ Generate Report ]

## Report for Jan 1, 2024 - Dec 31, 2024
Compared to Jan 1, 2023 - Dec 31, 2023 (365 days)

### Buyer insights
Compared to the prior time period

| Total buyers ⓘ | Breakdown ⓘ | Percent of total |
|---|---|---|
| 0 ▼ 100.0% | One-time buyers: 0 ▼ 100.0% | 0.0% |
|  | Repeat buyers: 0 ▼ 0.0% | 0.0% |

We couldn't find any sales or selling costs in the selected time period. Try changing the date range

## Listings insights

( Sold via advertising (0) )   ( Sold via Best offer (0) )   ( Sold via Seller initiated offer (0) )   | Search by Item Title, Keywords |

| Listing | Quantity sold | Total sales ⓘ | Taxes and government fees | Total |
|---|---|---|---|---|

We couldn't find any sales in the selected time period. Try changing the date range or f

<tt />
Evidence Collection Report



File Signatures





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rgxo

**Collection Date**
Tue, 14 Jan 2025 10:59:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
37.221.112.220

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
NGpWY3hGjgEuuvo54ud3IUy14frhwti9COYQMAbORT3QZ+OcKBFJ6a3LqMCjOrt8mqlb7WnzskireCukvb+XdUxijn+E1xGrvWy/bP06VqiVjCUpJ/M9lwTqC9tzrwBOT8Rql9grkKZqocMQoChxZkCNtjqxcC+1wjcfQo6Gb0e2Kqx26x+5ZujHe78A5aZt5UUe10FBBhyuhw1l06hvaMISVZxeli8hOj2kfpnwo1pPu+rn3eS2a4ZkJyBADOOLPZIMAv51zR8O4LaWDn1Pcm6wsx5papEs1H9E0Va3dKONnKtEPIG/4psX61GMs2ZHNWhK0gOlEfMzGGB1c5B5Fng==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https][s][fs][fs]pay.ebay.com[fs]rgxo]]_Tue,-14-Jan-2025-10-59-09-GMT.mhtml

**Hash (SHA256)**
07683f2ced549780e20fa9d518b7ebeeed5e6344989f367ef10318be1f5608e3

**Signature (PKCS#1v1.5)**
I4qA3lWkUK03DXPfCs3YjSkhaEFNx0vMvaM9bKipkHixsmSLO2/Tqd8piDD4DBx4/Lu4C996MfeN0WpjyNxcbTauhtIX451wKNFZ4jLYfN0gC4rQJr593WGUxc99MCmmESHdniKPeBV3Cyk7MoaliOWKDCjdHuwmbmUhcytyTyrvXX7MhMAS6z6s51GagLumJi9tHV70WGJRq9Ct15GTGl7vMX7ersQUGs8YlD+p4rctvltdfu9N1P7JUjscQ/66MNrzOu/eiPO4yX9OWf2VZZKBhgEgXyMnb0gUQKwuTFqETXz081BkcgejGixme8GxHHlRveeYt.sp5JNDd/jUZw==

---

ebay **Checkout**

How do you like our checkout? Give us feedback

**Review order**

vonduck101 · Add note for seller
100% positive feedback

3d Printed Magnetized Movement Tray for Warhammer Old World
C $11.99

Quantity: 1

**Delivery**
Est. delivery: Jan 21 – Jan 29
Canada Post Small Packets - USA - Air
C $8.54

**Ship to**
ⓘ We updated the address so it matches postal service records

111 NE 1st St
Miami, FL 33132-2506
United States

Change

**Pay with**

Add new card
[VISA] [●●] [DC]

[PayPal] PayPal

[G Pay] Google Pay

[PayPal Credit]   ⌄

**Add coupons**

[Enter code]   ( Apply )

| Item (1) | C $11.99 |
| Shipping | C $8.54 |
| Tax* | C $1.44 |
| **Order total** | **C $21.97** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

( Confirm and pay )

Select a payment method

Purchase protected by eBay Money Back Guarantee

?

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices [] and AdChoice []