Clerk of Court
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128

From:
Alunni Alexandre
14 rue du Point du Jour
77165 Saint Soupplets, France
alexandre.alunni@gmail.com

Date: [05/22/2025]

FILED BY MC D.C.
JUN - 2 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: Case No. 25-cv-21746-ALTMAN – Statement from Pro Se Defendant (Artagnok-Cosplay)

To whom it may concern,

I respectfully submit this letter as a pro se defendant in the above-referenced matter. My name is Alunni Alexandre, known online under the alias "Artagnok-Cosplay." I am a French citizen and resident with no business, assets, or operations in the United States. I am not represented by legal counsel and I am submitting this response to explain my situation in good faith and to respectfully ask for consideration.

1. Personal Context and Good Faith
   I am not a commercial seller. My Etsy account was a hobby activity where I shared original, 3D-modeled items inspired by general science fiction and cosplay themes. I completed 14 sales totaling under $400 USD. These items were created from scratch and not based on any proprietary 3D files, logos, or artwork from Games Workshop.

As soon as I was contacted, I removed the listings and permanently ceased the activity. I communicated with Plaintiff's attorneys respectfully and clearly expressed my intention to resolve the situation amicably. I reiterated that my work was non-commercial and fan-driven.

2. Nature of Evidence and Procedural Issues
   The evidence appears to rely solely on keyword-based searches on specific platforms like Etsy, not on actual examination of the content. It seems that I was included in the case based on search terms rather than verified infringement. This broad targeting places small, independent hobbyists like myself in the same category as potentially infringing commercial entities, which is not appropriate.

3. Jurisdictional Limitations
   As an Officer of the Judicial Police in France, I am well-versed in jurisdictional rules. I know that for a U.S. judgment to be enforced in France, it would need to go through an exequatur procedure — a formal legal recognition process in my jurisdiction. Given the lack of commercial damage, absence of intent, and my compliance in ceasing the activity, I believe no such enforcement would be applicable or successful.

4. Broader Legal Strategy
   I am aware that Games Workshop has recently taken a stricter approach against fan content, especially with the expansion of its own cosplay and merchandise lines. This action seems to be part of a broader business strategy to limit unofficial community participation, rather than a case of proven damage.

5. Request for Dismissal
   In light of the facts — low sales, non-commercial intent, prompt compliance, cooperative communication, and lack of jurisdiction — I respectfully request that the Court dismiss the case against me or grant relief it deems fair.

Certificate of Service:
I hereby certify that a copy of this statement has been sent via email to Plaintiff's counsel: Javier Sobrado / The Brickell Ip Group

Respectfully submitted,

Alunni Alexandre
Artagnok-Cosplay



REC'D BY _____ D.C.

JUN 02 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of Court
Wilkie D. Ferguson, Jr.
400 North Miami Avenue
Miami FL 33128
United States