UNITED STATES DISTRICT COURT
for the
Southern District of Florida
Miami Division

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br>An individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JNP DESIGNS LLC, et al.,<br><br>　　　　Defendants. | Case No.: 1:25-cv-21476-RKA |

### Declaration of Nitza M. Marquez-Perez

　　I, Nitza M. Marquez-Perez, make the following declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

　　(1) JNP Designs LLC is, and at all relevant times has been, a Florida-organized, manager-managed limited liability company.  I am its sole manager, sole member, and the only person listed on the company's latest annual report filed with the Florida Department of State (see the attached Sunbiz screenshot).

　　(2) Florida law requires that a domestic limited liability company be served "by service on its registered agent" unless and until a process server, after the statutorily required diligence, is unable to do so.  See Fla. Stat. § 48.062(2)–(5).

　　(3) Because I am the company's only registered agent and I was never served, the statutory prerequisites for valid service have not been met.

　　(4) Neither I nor anyone at my address was ever approached by a process server, received a summons by hand delivery via a certified process server, nor was any summons left at the premises.

　　(5) I have never attempted to evade service.

　　(6) The first time I learned of this lawsuit was when I received an e-mail from Plaintiff's counsel, Javier Sobrado, Esq., attaching a motion for default.

Declaration of Nitza M. Marquez-Perez
Case No.: 1:25-cv-21476-RKA
Page **2** of **3**

(7) After receiving the email, I immediately retained an attorney to review the docket and challenge service.

(8) Because no valid service has occurred, the Court lacks personal jurisdiction over JNP Designs LLC.

(9) Service was likewise defective under Federal Rule of Civil Procedure 4(h), which governs service on a domestic limited-liability company.

(10) I respectfully request that the Court quash any purported service, vacate the clerk's default, and deny Plaintiff's motion for default judgment.

Dated: July 8, 2025

Respectfully submitted,

By _____
Nitza M. Marquez-Perez
Agent/Owner/Manager of JNP Designs LLC
Email: jnlaserdesign@gmail.com
Phone: (305) 979-0422

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of this document was served by Pacer to the following:

**Counsel for Plaintiffs**
THE BRICKELL IP GROUP, PLLC
Javier Sobrado, Esq.
1101 Brickell Avenue,
South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
Primary Email: jsobrado@brickellip.com

**Co-Counsel for Plaintiffs**
THE BRICKELL IP GROUP, PLLC
Richard Guerra, Esq.
1101 Brickell Avenue,
South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
Email: rguerra@brickellip.com

Declaration of Nitza M. Marquez-Perez
Case No.: 1:25-cv-21476-RKA
Page **3** of **3**

**Attorney for Defendant JNP Designs LLC**
Michael Van Cleve, Law
Michael Van Cleve, Esquire
99 NW 183rd Street, Room 242B
North Miami Beach, FL 33169
Telephone: (786) 309-9043
Email: michael@michaelvanclevelaw.com

By_____
MICHAEL VAN CLEVE, ESQ.
/s/Michael Van Cleve, Esq.
FLORIDA BAR NO.: 89413