UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-21746-RKA

GAMES WORKSHOP LTD.,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, Plaintiff, Games Workshop Ltd., by undersigned counsel, hereby gives notice that it has settled its claims with Defendant No. 74 dhgworld, with prejudice.

Date: October 23, 2025

Respectfully submitted by,

*s/ Javier Sobrado*
Attorney Email address: jsobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*

1